UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660 |

**PLAINTIFF COMPUTER & COMMUNICATIONS INDUSTRYASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF 20 PAGES**

Plaintiff Computer & Communications Industry Association ("CCIA") files this Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Motion") and shows the following:

Local Rule CV-7(c)(2) limits motions other than discovery and case management motions to 20 pages. CCIA seeks leave to file a Motion for Preliminary Injunction of up to 45 pages to explain the background of this case, the challenged law, the complex legal issues in play, and why a preliminary injunction should be granted. A copy of the Motion for Preliminary Injunction is attached.

CCIA seeks this relief for good cause and in the interest of justice. Defendant Ken Paxton, in his official capacity as Attorney General of Texas, does not oppose the Motion.

WHEREFORE, CCIA respectfully requests that this Court grant the Unopposed Motion for Leave and permit CCIA to file a Motion for Preliminary Injunction in excess of the page limit in the Court's Local Rules.

| | |
|---|---|
| Brian Willen*<br>Wilson Sonsini Goodrich & Rosati<br>1301 6th Ave #40<br>New York, New York 10019<br>Telephone: (650) 849-3340<br>bwillen@wsgr.com<br><br>Lauren Gallo White*<br>Wilson Sonsini Goodrich & Rosati<br>One Market Plaza, Spear Tower #3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2158<br>lwhite@wsgr.com<br><br>Deno Himonas*<br>Wilson Sonsini Goodrich & Rosati<br>95 S State St Suite 1000,<br>Salt Lake City, UT 84111<br>Telephone: (801) 401-8520<br>dhimonas@wsgr.com<br><br>*pro hac vice application forthcoming<br><br>**ATTORNEYS FOR PLAINTIFF<br>COMPUTER & COMMUNICATIONS<br>INDUSTRY ASSOCIATION** | Respectfully submitted,<br><br>*/s/ Catherine L. Robb*<br>Laura Lee Prather<br>Texas Bar No. 16234200<br>laura.prather@haynesboone.com<br>Catherine L. Robb<br>Texas Bar No. 24007924<br>catherine.robb@haynesboone.com<br>Michael J. Lambert<br>Texas Bar No. 24128020<br>michael.lambert@haynesboone.com<br>Reid Pillifant<br>Texas Bar No. 24126157<br>reid.pillifant@haynesboone.com<br><br>**HAYNES AND BOONE, LLP**<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 867-8400<br>Facsimile: (512) 867-8470<br><br>**ATTORNEYS FOR PLAINTIFF<br>COMPUTER & COMMUNICATIONS<br>INDUSTRY ASSOCIATION** |

## CERTIFICATE OF CONFERENCE

I certify that on October 16, 2025, counsel for CCIA conferred with counsel for Defendant by email about the relief requested in this Motion. Defendant's counsel stated that Defendant does not oppose CCIA's request for an extension of the page limit for its Motion for Preliminary Injunction up to 45 pages.

/s/ Catherine L. Robb
Catherine L. Robb

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, a true and correct copy of the above document was filed electronically with the Court's CM/ECF system and served by electronic mail to:

Kimberly Gdula
Chief of the General Litigation Division
Office of the Texas Attorney General
300 W. 15th Street
Austin, TX 78701
Kimberly.Gdula@oag.texas.gov

*Attorney for Defendant Ken Paxton,*
*in his official capacity as Attorney General of Texas*

                                                    */s/ Catherine L. Robb*
                                                    Catherine L. Robb