# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660 |

## ORDER

The Court, having considered Plaintiff Computer & Communications Industry Association's ("CCIA") Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that CCIA may file its Motion for Preliminary Injunction in excess of 20 pages not to exceed 45 pages.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____