# EXHIBIT C

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. <u>1:25-cv-01660</u> |

## DECLARATION OF MATTHEW BYE IN SUPPORT OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Matthew Bye, declare as follows:

1.      I am the Managing Director of Android Ecosystem Strategy, which includes strategy for the Google Play store.

2.      Google Play meets the definition of an "App Store" regulated under the Texas App Store Accountability Act, S.B. 2420 (2025) (the "Act"). Google Play is "a publicly available Internet website, software application, or other electronic service that distributes software applications from the owner or developer of a software application to the user of a mobile device." Tex. Bus. & Com. Code § 121.001(2).

3.      People in Texas use Google Play.

4.      Google is a member of the Computer & Communications Industry Association.

5.      I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

## I. Google Play Overview

6. Google Play is a global digital distribution platform that allows businesses to distribute—and users to find, install, and manage—software applications ("apps") and other digital content. Google Play facilitates access for billions of users worldwide—and millions of users in America—to discover millions of high-quality apps, games, books, movies, and other digital content configured for the Android ecosystem. In the context of apps and games, Google Play does this by connecting app publishers with app users and offering an array of services, tools, and features for both. (App publishers are sometimes referred to here as "developers" in line with how the Act refers to them.)

7. On the publisher side, Google Play provides numerous tools and services to help build, test, launch, and improve apps. We also help publishers by offering educational materials on best practices for designing safer, more secure, and more privacy-protective user experiences.[1] We conduct pre-publication security checks of all apps before they are made available to users. We provide built-in software to continuously screen for malware that could compromise the security of user devices and the Google Play ecosystem. We provide publishers with tools to run experiments and beta test their apps, upload and launch their apps, retrieve information about app quality, optimize their listings, automate permissions, manage subscriptions, utilize AI-powered features, and respond to customer reviews. In addition, our data analytics tools help developers understand how their apps are being discovered by users and what features and content are most useful.[2]

---

[1] *See, e.g.*, Google Play Academy, Build Privacy-Friendly Apps (Oct. 18, 2021), https://perma.cc/B9K7-4XFH.

[2] *See, e.g.*, Google Play, Developer Reporting API, https://perma.cc/B2DT-8GKJ; Google Play, Statistics, https://perma.cc/HU7R-6KB4.

8.      On the user side, we bring together a vast offering of apps, movies, shows, books, and games so they are easily accessible for users; we organize those offerings so users can easily browse and navigate them; and we help protect users from malware, unsafe privacy and security practices, low quality apps, and abusive content and practices. Users also receive automatic updates—including critical security updates—through Google Play for apps they have already downloaded and apps pre-installed on their Android devices. Google Play thereby enables users to enjoy and focus on content and the app experience rather than needing to navigate technical and security concerns (such as malware risks) that might otherwise be associated with digital content sourced from millions of different developers.

9.      App stores like Google Play offer services that facilitate the creation of and access to significant amounts of speech. Although developers can choose to offer their apps in other ways (such as permitting them to be "side-loaded" from a separate website maintained by the publisher), many developers prefer to focus on creating new services and features rather than maintaining a separate website and running their own security checks. Many developers therefore choose not to offer their apps to the public outside of an app store. In addition, some users prefer to download apps and offerings through Google Play (or another app store) knowing the apps have been subject to standardized policies and controls. Google Play controls are only applicable to offerings accessed through Google Play.

## II.      Google Play Facilitates Access to Vast Amounts of Protected Speech and Information

10.      *Users' expressive activities.* Google Play acts as a gateway where users can view, download, and otherwise engage with expressive, communicative, and informational digital content and services. These include substantial amounts of core speech, including books, movies, TV, games, and millions of expressive, communicative, and informational apps dedicated to

Docusign Envelope ID: 03C3343E-6AF9-482E-8BF3-5F8EB3A1C271

(among other things) education, communication, entertainment, knowledge sharing, informational analysis, gaming, social media, research, and more. Google Play also facilitates a significant amount of valuable commercial speech.

11.     To download apps, books, games, movies and other offerings from Google Play, and to receive automatic updates for previously downloaded apps, users must have a Google Account, be signed into that account, and agree to Google Play's Terms of Service. If a user is known to be under the age of 13, they cannot create their own Google Account; instead, their parents must create a supervised Google Account on their behalf and manage those accounts through Family Link. Children age 13 or older can create their own Google Accounts and choose to have their parents help supervise their Google Accounts. Generally, users are not required to verify their identities or provide a governmental ID to have a Google Account, and many users do not wish to disclose this type of sensitive information to Google.

12.     When minors and their parents visit Google Play, they can browse among high level menu topics consisting of Games, Apps, Movies & TV, Books, and Kids content.

13.     For example, in Google Play's Books section, content is organized by medium (*e.g.*, audio books and ebooks) and topical categories, such as Arts & entertainment, Biographies & memoirs, Business & investing, Fiction & literature, and more. Users can also create wishlists and a personalized library with different "shelves" for different genres. Below is an image a user might see when browsing Books.



14.     The Movies & TV section of the store allows users to browse among movies and television shows to buy or rent. Again, Google Play categorizes this content to help users browse these materials, such as "New," "Top selling," and "Top charts" titles. Below is an image a user might see in this section of the store.



15.     The Apps section of the store similarly includes features to help users browse and search across a vast spectrum of apps. For example, users can sort apps across topical categories,

such as Communication (*e.g.*, VoIP apps, video messengers, and spam blockers), Productivity (*e.g.*, notetaking apps, Microsoft Excel and Copilot), Books & reference (*e.g.*, wildlife tracking apps, diary apps, plant and garden care, library apps, and planners and journals), Business tools (*e.g.*, voice notes, Concur, Slack, scheduling apps, and business card apps), and Art & design (*e.g.*, sketchbooks, photo editors, and drawing tutorials). We also offer curated categories and categories that might be of interest to users, such as "top free," and "top paid" apps. Below is an image reflecting what a user might see in the Google Play desktop user interface when searching apps configured for a phone.



16.     Google Play features countless apps that facilitate communication, learning, and expression across billions of users. To name just a few, WhatsApp Messenger has been

Docusign Envelope ID: 03C3343E-6AF9-482E-8BF3-5F8EB3A1C271

downloaded more than 10 billion times; Instagram has been downloaded more than 5 billion times; Netflix and TikTok have each been downloaded more than 1 billion times; ChatGPT has been downloaded more than 500 million times; and Hulu, Kindle, Audible, and Threads have each been downloaded more than 100 million times. The news apps ABC News, Associated Press, BBC, CBS, CNN, Fox News, Fox Business News, NBC News, NYTimes, and WSJ have collectively been downloaded roughly 100 million times.

17.     *Publishers.* All of these expressive offerings are made possible by a vibrant community of publishers, developers, and content creators (referred to collectively here as publishers). These include publishers of religious material (such as Bible Chat and Al Quran), practical instruction (such as Bilt and CDL Prep & Practice Test Genie), political opinion (such as Allsides and Sandbox), scientific research (such as PubMed and Medscape), educational content (such as Duolingo and Khan Academy), social media (such as X and Snapchat), blogging and writing tools (such as Substack and Medium), book and library apps (such as Libby), magazines (such as The New Yorker and Vogue), video streaming (such as Prime Video), television (such as Fubo and Tubi), short-form video (such as YouTube), music (such as Spotify and Amazon Music), poetry (such as Daily Poetry and Poetizer), photography (such as Lightroom and VSCO), art (such as Etsy and Behance), culture (such as Pinterest and Tumblr), and informational tools (such as calculators, rulers, compasses, and navigation apps).

18.     Although some developers who offer apps in Google Play are large corporate entities, more than half of such developers are individuals, small businesses, non-profits, and new and emerging creators attracted by Google Play's broad suite of developer tools and low burdens to access. Government agencies also offer a number of apps that facilitate access to a wide range

Docusign Envelope ID: 03C3343E-6AF9-482E-8BF3-5F8EB3A1C271

of public informational tools, services, and resources.  The following are just a few of the content-rich apps offered by these developers:

a. **National Park Service App** is the official app for all 420+ national parks. The app provides interactive maps, tours of park places, on-the-ground accessibility information, and more to help users make the most of their visit to national parks.

b. **Music Volume EQ** is an app developed by Dub Studio Productions, a family music business that gives people control over the music on their phone with an equalizer, bass booster, and 3D virtualizer to simulate different acoustic environments.

c. **Forest Stay Focused** is an app that helps people take a break from their smartphones and focus on other activities.

d. **Atom: Meditation for Beginners** is a meditation app that helps users build a meditation practice with guided meditations, breathing exercises, and gratitude techniques.

e. **Ridely** is an online voice and training app for the equestrian community that provides personalized training programs, a library of videos and articles, ride logging functionality, and connection with a broader community of equestrians.

f. **Yorescape** recreates historical cities and civilizations digitally for users to explore the ruins of ancient Egypt, Greece, Italy, Lebanon, and Mexico. The app eventually hopes to cover sites around the world.

g. **SHI: Language Games** is an app developed by anthropologists that uses interactive games and recorded voices to teach native Alaskan dialects.

h. **Voloco** is an app that helps aspiring singers, rappers and content creators to perfect their sound and achieve near-studio quality vocals using just their phone.

    i.   **Tarjimly** is a free translation app used by doctors, aid workers, and NGOs worldwide in work to support refugee communities and facilitate the provision of emergency services.

    j.   **Be My Eyes** uses AI to provide detailed visual descriptions of videos and photos to assist the millions of visually impaired people worldwide by giving them back a sense of independence and a connection to the world around them.

    k.   **Yuka** is an app that scans product labels to reveal their ingredients and health impact.

    l.   **Peanut** is an app designed for moms to connect, make friends, find support, and build community through all stages of motherhood.

19.    Google Play facilitates the development and distribution of these and millions of other apps that act as platforms for communication, expression, education, knowledge, and creativity. Google Play also connects the developers who create those offerings to a global audience and allows developers to learn from the feedback of that global audience to improve and refine their expressive offerings. By facilitating this expression, and connecting users to informational and expressive tools that have been vetted for security, Google Play serves as a vital conduit of information, knowledge, communication and expression.

20.    This is true for youth, just as it is for adults. Through educational apps, online libraries, news platforms, and social networks, youth can access real-time information about current events, explore academic subjects beyond their school curricula, connect with peers globally, and develop digital literacy skills essential for future success.

## III.   Privacy, Safety, and Security Are the Pillars of Google Play's Service

21.    Google Play provides a point of access to this vibrant ecosystem accompanied by thoughtfully-designed safeguards and digital literacy tools to help families critically evaluate information sources and privacy implications and navigate online spaces safely.

22.     We run more than 10,000 security checks on every app offered in our store.[3] These checks happen before an app is available in the store and before an app is updated. Our built-in malware protection, Google Play Protect, also checks both apps and devices for harmful behavior. It runs a safety check on apps from Google Play before they are downloaded, checks user devices for potentially harmful apps and malware from other sources, warns users of potentially harmful apps, deactivates and removes certain apps, and prevents installation of certain apps from unverified sources. Google Play Protect scans more than 200 billion Android apps per day.[4]

23.     App publishers must declare how they collect and handle user data for the apps they publish on Google Play and provide details about how they protect this data through security practices like encryption. This includes data collected and handled through any third-party libraries or software developer kits used in the apps. Google Play publishes this information in the Data Safety section of each Google Play listing, providing users with transparency into how each app collects, shares and protects their data before they install the app. And by reviewing these data safety reports, which are prepared and presented in a way that makes the information useful and intuitive, users can make more informed decisions about the apps they choose to download and use.[5]

24.     Google Play users have control over what data Google Play uses to generate their search results and recommendations within the store. For example, users can tell Google Play not

---

[3] Suzanne Frey, *6 Ways Google Play Helps Keep You Safe*, Google Keyword (May 6, 2025), https://perma.cc/6WVM-T45A.

[4] Google Play Help, Use Google Play Protect to Help Keep Your Apps Safe & Your Data Private, https://perma.cc/6B8V-ZXK3.

[5] Google Play Console Help, Understanding Google Play's App Account Deletion Requirements, https://perma.cc/H9UK-C8CF.

Docusign Envelope ID: 03C3343E-6AF9-482E-8BF3-5F8EB3A1C271

to use data associated with a particular app for personalization within the store.[6] Our data deletion policy also empowers users with greater clarity and control over their data.

25.    For in-app purchases made through Google Play Billing, Play's secure billing system, Google Play ensures users can securely purchase digital content and subscriptions. Personally identifiable information like credit card details stays between the user and Google. It is securely stored and is not shared with app publishers.

26.    For an extra level of security, users can also require purchase verification for purchases made through Google Play Billing, which ensures that each purchase made on Google Play through a user's account is first authenticated with a password or biometrics.

27.    Google Play also utilizes a number of controls to combat potentially harmful content that does not belong in the Google Play community. We remove apps that, for example, are found to promote violence, endanger children, or allow users to impersonate others. We likewise prohibit apps that are deceptive, malicious, or intended to abuse personal data. We also work to reduce low-quality apps, such as those that do not load properly or provide little value to users, thereby undermining trust in Google Play offerings. As new market risks and technology evolve, we continue to invest in machine-learning detection, enhanced app review processes, and our Google Play Developer Program Policies to stop apps with abusive or malicious content before anyone can install them.[7]

28.    For apps in select Google Play categories, we also offer badges that appear on the app description page and signal an extra layer of validation and to help users find safer and more

---

[6] Suzanne Frey, *6 Ways Google Play Helps Keep You Safe*, Google Keyword (May 6, 2025), https://perma.cc/6WVM-T45A.

[7] Google Safety Center, How We Help Keep Google Play Safe for Users and Developers, https://perma.cc/ZZ8Z-P7H2.

high-quality experiences. For instance, our "Government" badge assists users in identifying official government apps—such as the Internal Revenue Service's IRS2GO app and the U.S. Department of Veterans Affairs' Health and Benefits app.

29.     Google Play has specific policies to protect, and programs to support, our youngest users. The Google Play Families Policies apply to apps for which the target audience is children under the age of consent and require those apps to meet heightened requirements, including app content that is accessible to, and appropriate for, such children. Apps in the Google Play Families program also are eligible for inclusion in the Teacher Approved Program, through which teachers and education specialists recommend high-quality apps for kids on Google Play. Teachers and education specialists rate the apps using a globally-relevant framework that considers things like design, enrichment, and appropriateness. Apps that rate highly enough to make it into the Teacher Approved program are gathered on the Kids tab on Play, making it easy for parents and families to find high-quality kids content. And as discussed further below, for supervised minor accounts, Family Link permits parents to restrict access to specific apps.

## IV.     Google Play Offers Parental Controls and Family Friendly Features

30.     Google Play is committed to empowering parents and families to make individual choices with technology and helping them create healthy, positive digital habits. This includes supporting age-appropriate experiences with the apps, games, books, and other content offered in the Google Play store. To this end, Google already offers parents most of the controls the Act would make mandatory and takes additional measures to help ensure an age-appropriate experience with respect to Google Play apps.

31.     Parents of children under the age of 13 are required to use Family Link to create and monitor a Google Account of any child under the applicable age of consent in their region, 13 in Texas. Family Link is a parental control infrastructure that allows parents to manage and

supervise their children's Google Account and use of managed devices. For supervised children, Family Link requires parents to approve app downloads and purchases made through Google Play and sets default content filters that prevent access to content rated above the default rating. Family Link also provides tools for parents to, among other things, understand how children are spending time on managed devices, set app-specific screen time limits, block apps or websites, and manage privacy settings and permissions.[8] Family Link's controls apply across Google Play's suite of offerings, including apps, games, movies, TV, and books.[9]

32.     Families can also choose to use Family Link to supervise the Google Accounts and devices of teens who are above, as relevant in Texas, 13 years old. Google Play also enables users of all ages to set default content filters on their device.

33.     To help parents in making informed choices about whether or not their child should download specific apps and games, Google Play requires each app and game developer to obtain an age rating for the content of their offerings and indicate whether children are the target audience and if so, which age groups. Content ratings on Google Play are provided by the International Age Rating Coalition (IARC) and are designed to help publishers communicate locally relevant content ratings to users. Regional IARC authorities maintain guidelines used to determine the maturity level of the content in an app and any ads that appear. Ratings are based on a number of factors, including sexual content, violence, drugs, gambling, and profane language. We do not allow apps

---

[8] Google For Families Help, Purchase Approvals on Google Play, https://perma.cc/3QE3-TKV6; Google Guidebooks, Manage Your Child's Google Play Apps, https://perma.cc/T73Q-LKYT; Madhur Chadha, *A New Way for Families to Make Purchases on Google Play*, Google Keyword (Dec. 20, 2022), https://perma.cc/CF73-7C8J; Google for Families Help, Use a Family Payment Method on Google Play, https://perma.cc/W28C-ED3S.

[9] Google For Families Help, How to Set Up Parental Controls on Google Play, https://perma.cc/K34B-M78S.

without a content rating on Google Play.[10] If children are the target audience for an app, the Google Play Families Policies apply and impose additional restrictions on the app or game.[11]

34.     Google Play also enables publishers to indicate that their app is not intended for users under the age of 18 and that they do not want their app to be available for such users. We recently began implementing age assurance technology designed to recognize users in the United States who are under 18 so we can provide automatic safeguards and enhanced protections. Among other protections, Google blocks users identified in our systems as under the age of 18 from downloading apps restricted to adults. This is done without sharing data with developers.[12]

35.     Google Play further requires developers to provide their Terms of Service and Privacy Policy, which are available to supervising parents in the Family Link app approval flow, so that they can review critical documentation about the app, including any age restrictions, data privacy practices or other elements that may be important to their decision.

36.     As noted above, Google Play also offers features to help parents find family-friendly content. In the Kids section of the store, parents can find teacher-approved apps and games rated for different age categories (such as 0-5, 6-8, and 9-12). Parents and minors can also identify this content through the "Teacher approved" badge, which signifies apps that have been reviewed and rated highly by teachers across various dimensions, such as language, vocabulary, user interface, appropriateness of visuals and content, and features that spur creativity and learning.[13]

---

[10] Google Play Console Help, Content Ratings, https://perma.cc/5TSX-KCKB.

[11] Google Play Console Help, Google Play Families Policies, https://perma.cc/89ZY-H42F.

[12] Mindy Brooks, *Ensuring a Safer Online Experience for U.S. Kids and Teens*, Google Keyword (Jul. 30, 2025), https://perma.cc/5CV6-QQ4R.

[13] Google Play, Build Teacher Approved Apps, https://perma.cc/3C5W-G5WR.

We also explain why the app received the badge, for example, whether it is good for learning, is thoughtfully designed for children, spurs creativity and imagination, and so forth.

37. To help parents navigate the parental features and controls available for Google Play, we provide a parental guide, accessible through our Google Help pages. The Guide allows parents to explore a range of topics and obtain step-by-step instructions about, for example, how to supervise child accounts, restrictions on advertising, controls to restrict mature content, setting screen limits, and using password protection to prevent accidental purchases.

## V. Compliance Challenges

38. I understand the Act provides that, starting January 1, 2026, app stores must "verify" the "age category" of users who create new accounts with Google Play; link each new account of a minor to an account belonging to a verified parent or guardian; obtain parental approval for each app download and purchase made by such a minor; send age signals to each app publisher; and display age ratings and explanations for each offering listed in the store. Although Google already offers parents many of these features, the Act's mandatory nature imposes significant burdens for both Google Play and users. In particular, the mandatory age verification, parental tethering, and parental-approval requirements, combined with the requirement to send age signals to millions of app publishers without user or parental consent, create substantial compliance challenges, intrude on users' privacy, and block both minors and adults from accessing speech in or facilitated by the Google Play store.

39. *Age verification (§ 121.021).* The Act requires Google Play to "use a commercially reasonable method of verification to identify" the age category of a user when they first create an account with Google Play. The age categories include: child (under 13), younger teenager (13-15), older teenager (16-17), and adult (18 and over). The Act does not specify what amounts to a "commercially reasonable method." Currently, there is no technically feasible and reliable way to

verify the ages or age categories of online users at account creation without processing personally identifiable information (PII) (such as government issued identification or biometric data) that many users do not want to share. All age-verification methods result in excluding some members of the population, such as those who do not have government IDs or whose facial geometry does not reliably indicate their age. As we have said, age verification "require[s] more data collection and use" from users, which can impede users' "access to important information and services." Google, Legislative Framework to Protect Children and Teens Online at 2, https://perma.cc/8U7Z-HSSV ("Google, Legislative Framework"). In other words, verifying users' age categories will require us to collect more privacy-intrusive data from our users and impede users' ability to use Google Play anonymously.

40.     Similarly, the Act's requirements for parental tethering and consent apply to users who qualify as a "minor," a defined term that means a child younger than 18 years of age "who has not had the disabilities of minority removed for general purposes." Determining whether a minor is emancipated would require the minor to provide sensitive legal documents to Google and Google to review such documentation. If this process fails at any step, the minor would have no parent or guardian to approve app downloads and could be cut off from downloading apps altogether.

41.     *Parental tethering (§ 121.022).* For new users who have been identified as a minor, the Act requires Google Play to use a "commercially reasonable" method to affiliate the minor's account with the account of a verified adult parent or guardian. But the Act does not specify what would constitute a commercially reasonable method to conduct such affiliation. Given the delicate, legally-defined, and sometimes changing nature of family relationships and guardianship, Google Play does not have the ability to verify the parent-child relationship between users without

16

requesting sensitive legal documents from users such as birth certificates, adoption papers, family court orders, and custody agreements. Further, developing systems to verify custodial arrangements as reflected through these documents would require a large upfront and ongoing investment of resources to, among other things, evaluate identity, verify documentation, make updates to reflect changing custodial relationships, and address inter-family disputes. Navigating these issues is outside the appropriate scope of a digital distribution platform such as Google Play, particularly given the significant potential risks to users' privacy.

42. *Parental consent for downloads, "significant changes," and purchases (§§ 121.022, 121.023).* Once users have verified their ages and affiliated their accounts with a parental account, the Act requires Google Play to obtain parental approval for every single app downloaded from the store. Google Play must do the same for every purchase made through every app downloaded that utilizes Google Play Billing, including books, articles, videos, online tutorials, educational content, and more. Further, the Act requires Google Play to obtain parental approval for minors' use of an app *anew* (despite already obtaining consent at initial download) each time a developer alerts Google Play that it has made a so-called "significant change" to the app's terms of service or privacy policy. The Act defines a "change" as "significant" if it among other things, (i) changes the type of personal data collected, stored or shared (even more protective changes), (ii) affects or changes the app's age rating or "contents or elements that led to that rating," (iii) adds new monetization features or advertisements, or (iv) materially changes the "functionality" or "user experience" of the app.

43. Although Google Play already offers parental-approval capability for supervised accounts, these obligations will exponentially expand the number of users covered by the

requirement and the number of approvals that must be obtained (including for apps that parents have already approved where the developer notifies Google Play of a "significant change").

44. Compliance with the notification provisions will negatively affect users' experiences, both parents and minors. Implementing such systems would significantly restrict, if not block entirely, access to information and services online. As we have said, legislatively mandating parental approval "could unnecessarily preclude some teens from accessing the basic benefits of the online world and have unintended effects on vulnerable youth." Google, Legislative Framework at 2. Among other reasons, this is because some teens may have parents who are incapacitated, abusive, not proficient in English, not technologically savvy, or simply not available to respond to numerous requests per day (leading either to a complete cut off or delay in access).

45. *Sharing age signals with publishers (§ 121.024).* Finally, Google Play must send signals of the age category of each minor user to the publisher of each app downloaded. Google Play must do so regardless of the developers' ability to use or need for such information and without consideration of whether the user or parent has affirmatively consented to such sharing. Such mandatory sharing of personal data across millions of apps and developers—each with varying levels of digital security and sophistication—further undermines anonymous speech and imperils the data security of all Google Play users, increasing risks of breaches and misuse.

46. At a time when governments, citizens, and private entities share a goal in minimizing data collection and data sharing, the Act would vastly expand not only the collection of sensitive data but the universe of entities with whom it is shared. The Act requires Google Play to share this data with app publishers even if their apps do not have any content that could be considered inappropriate for children. Moreover, many app publishers are small businesses and sole proprietors who might not have the means to meet the Act's data security and encryption

standards and do not want the responsibility of storing this sensitive information. This forced sharing of sensitive data puts developers in the difficult position of managing sensitive data without clear rules and safeguards. That burden could shut some publishers out of the Google Play store altogether, regardless of whether their apps should be age-restricted.

## VI.     The Act Impedes Access to Google Play Offerings

47.     The age-verification process could discourage users from accessing the apps and offerings in Google Play. That is particularly true for users who may seek out information on sensitive or controversial topics. Other users may simply be unable to verify their age because they lack an acceptable form of ID or other reliable proof of age. These users—both adults and minors—could be shut out of the app store ecosystem altogether. Similarly, some minor users may be able to prove their ages but encounter difficulties proving their relationship with a parent, perhaps one who has a different last name. Other parents may simply not want to bother with the hassle of linking their accounts to a child's account—or they might not want a Google Play account themselves. These minors too could be effectively shut out of the app store ecosystem until they turn 18.

48.     The Act's mandatory parental-consent requirements for minors to download app store offerings, make app store purchases, and continue to use those offerings after any "significant change" imposes yet a further obstacle to accessing protected speech. Parents cannot opt out of these requirements or provide blanket authorization, so they will have to manage parental-consent requirements every time their minor child chooses to download an app, book, or game. Parents may elect to forgo the complicated process or be unable to provide immediate consent—such as because they are sleeping, working, traveling, or without their phone. The minor children of these parents will need to either wait for consent (perhaps hours or days), search out the same content from decentralized and less secure sources, or forego accessing the speech altogether. These rigid

requirements—applying across all app content, from educational to social—undermine family autonomy and ignore varying maturity levels, especially in older teens. So this restriction "could unnecessarily preclude some teens from accessing the basic benefits of the online world and have unintended effects on vulnerable youth." Google, Legislative Framework at 2.

49. On the publisher side, the "significant" change requirements could deter app developers from appropriately updating their privacy policies or terms of service, making safety and functionality updates, design modifications, interface improvements, and new content offerings because each of these changes could require burdensome new disclosures and millions of minor users to again obtain parental consent. This could result in users missing critical security or safety updates that are typically bundled with additional updates, thereby negatively impacting the overall Google Play experience for both users and developers.

50. Overall, the speech burdens imposed by the Act are vast. Many users will simply be less likely to use app stores at all, undermining app stores' role as a vibrant forum for speech and the safety, security and privacy benefits they create for users, publishers, and the entire ecosystem. Likewise, some publishers will choose not to list their apps in the app store at all in light of the new compliance obligations that will apply to them and burden access for their users.

51. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.


Executed on October 15, 2025, in San Francisco, CA.


Matthew Bye

20