# EXHIBIT E

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660 |

## DECLARATION OF MICHAEL J. LAMBERT

Pursuant to 28 U.S.C. § 1746, Michael J. Lambert declares:

1. My name is Michael J. Lambert. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am an attorney at Haynes and Boone, LLP and represent Plaintiff Computer & Communications Industry Association ("CCIA") in this case. The following statements are made within my personal knowledge and are true and correct.

2. I submit this Declaration in support of CCIA's Motion for Preliminary Injunction.

3. At the request of CCIA's counsel, Veritext Legal Solutions created a transcript of a YouTube video of the Texas Senate State Affairs Committee Hearing on March 31, 2025, which can be found online at https://www.youtube.com/watch?v=VlJiDzb50-Q. A true and correct copy of the transcript is attached as Exhibit E-1.

4. On October 7, 2025, I visited the Texas Legislature's website located at https://www.capitol.texas.gov and obtained a copy of a Senate Committee Report of S.B. 2420. A true and correct copy of the report is attached as Exhibit E-2.

5. I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 14th day of October, 2025.

/s/ *Michael J. Lambert*
Michael J. Lambert