# EXHIBIT E-1

13  **Texas State Senate Affairs Committee Hearing**

14  **SB 2420**

15  **March 31, 2025**

1  CHAIR SEN. BRYAN HUGHES:  The Chair now

2  lays out Senate Bill 2420.  2420.  And recognizes

3  its author, Senator Paxton, to explain the

4  measure.

5  VICE CHAIR SEN. ANGELA PAXTON:  Well

6  thank you, Mr. Chairman.  Thank you, members.

7  In January, the joint committee to

8  study the effects of media on minors heard

9  witness after witness, describing the

10  pervasiveness of social media in youth culture,

11  and its harmful effects on young minds.

12  One of the things that became very

13  clear was that what is seen cannot be unseen.  As

14  a mother of four, and a grandmother to five with

15  one more on the way, there is literally nothing

16  more important to me than protecting my kids and

17  my grandkids, and when I was a teacher, looking

18  out for the wellbeing of my students and their

19  future opportunities.

20  Now in my role as a Texas State

21  Senator, I am grateful to be in a position to

22  work on legislation that can help make a

23  difference by equipping parents with tools that

24  can help them protect their children.

25  Unlike brick-and-mortar stores which

1   must verify a consumer's age before the purchase

2   of age-restricted products like alcohol and

3   cigarettes, minors currently navigate the

4   expansive digital world completely without

5   guardrails.

6          Parents are the natural first and best

7   line of defense for their child.  But it's also

8   very clear that technology companies must be

9   corporate -- good corporate citizens.

10         Senate Bill 2420 puts an important tool

11  in the hands of parents, and some reasonable

12  expectations and requirements on our technology

13  companies.  It is important for us to recognize

14  that children represent a very lucrative source

15  of revenue to retailers of all kinds.  We've

16  already heard some testimony in this direction

17  this morning about vaping, and those kinds of

18  products.

19         Senator Hughes, I know you will

20  remember this summer -- this past summer, the

21  testimony of Dr. Epstein.  And he talked a little

22  bit about how in marketing, to children in

23  general, that minor children constitute one of

24  the single largest consumer demographics.

25              On top of that, unlike adults, the

1  children who do have access to money to spend,

2  embody the very highly desirable characteristic

3  of their spending being completely discretionary.

4          They don't have rent to pay, they don't

5  have a car -- you know, they don't have a car

6  payment.  Their money is completely

7  discretionary, which makes them very, very

8  desirable to those who would want to market to

9  them.

10          Additionally, it's been noted already

11  this morning, that some products marketed to

12  children are addictive, such as in the bill that

13  Senator Parker just laid out, Senate Bill 1698,

14  regarding nicotine products.  This is a precursor

15  to substance addition.  But there are also

16  behavioral addictions such as screen addiction

17  and video game addiction.

18          There is literally a facility up north

19  that I've learned about, that provides the

20  opportunity for youth to come to do digital

21  detox.  So you know, to the brain, addiction is

22  addiction.  And we have to recognize that.

23          The research says that the younger the

24  age of first exposure, the more likely the user

25  is to become addicted.  Obviously, the younger

1  user is when they are addicted, the longer

2  they're likely to stay addicted without some sort

3  of meaningful intervention.  And it follows that

4  the longer a user is addicted, the more

5  profitable they are to those who market addictive

6  products to them.

7         The big win for those who market

8  anything to children, is the potential of

9  creating a customer for life.

10         Senate Bill 2420 requires app stores to

11  verify a user's age category, to obtain parental

12  consent for minor users, and to notify users and

13  parents of any substantial changes to the app.

14         It prohibits app stores from enforcing

15  contracts entered into without parental consent.

16  And it provides an enforcement mechanism through

17  a private cause of action and the Deceptive Trade

18  Practices Act.

19         It codifies some of the age

20  appropriateness and parental consent features

21  that many of the app stores are already publicly

22  touting that they do.  And it will better equip

23  parents by providing additional framework,

24  transparency, and enforcement.

25         I do have a committee substitute, Mr.

1    Chairman.

2           CHAIR SEN. BRYAN HUGHES:  Senator

3    Bettencourt sends up the committee substitute.

4    Senator Paxton has recognized to explain the

5    substitute.

6           VICE CHAIR SEN. ANGELA PAXTON:  Thank

7    you, Mr. Chaiman.  Thank you, Senator

8    Bettencourt.

9           The committee substitute incorporates

10   stakeholder input and amends the bill to closely

11   mirror the App Store Accountability Act, which

12   was actually signed into law by Governor Cox in

13   Utah just last week.

14           Specifically, the committee substitute

15   does the following.  It titles this legislation

16   the App Store Accountability Act.  Regarding

17   duties of app stores, it amends language to

18   relate to how the app store verifies the age of

19   minors.  To remove the provision requesting --

20   requiring them to request the individual's age.

21           And instead, it requires app stores to

22   use a commercially reasonable method to verify

23   the age category, which is a factor that should

24   simplify implementation.

25           The bill requires parental consent.

1  And in this section, language rephrases to

2  clarify to app stores that all minor accounts

3  must be affiliated with a parent or guardian

4  account.  It further requires an app store to

5  obtain consent from the minor's parent or

6  guardian through the parent account affiliated

7  with a minor's account, in order for the minor to

8  either download or purchase an app.

9          And it requires the app store to notify

10  the app developer if a minor's parent or guardian

11  revokes consent, to ensure that the developer

12  knows that the child shall no longer have access

13  to the app.  And to deny the minor from further

14  accessing the app on all devices on the family's

15  network.

16          Regarding the display of the age rating

17  for the software application, this committee

18  substitute removes the mandate that an app store

19  rating -- an app store displaying a rating --

20  excuse me, let me restate that.

21          It removes the mandate that an app

22  store display a rating, and it instead provides

23  that if the app store has a rating, or other type

24  of content notice, it shall display the rating

25  clearly, accurately, and conspicuously.

1    Regarding protection of personal data,

2    it removes language requiring app stores to

3    delete personal data, as app stores may need

4    long-term access to data for age verification

5    purposes and to collect and store data based on

6    their own privacy policies.

7    It maintains however, that it still

8    requires that data may only be used for age

9    verification, obtaining parent consent, and

10   monitoring and keeping compliance records.

11   Regarding changes to software

12   applications, the committee substitute clarifies

13   that in instances when apps have a new version,

14   parental consent is required again if it is a

15   material modification to an app's terms of

16   service; categories of data collected, stored, or

17   shared; alters rating or content descriptions;

18   adds new monetization features like

19   advertisements; or materially changes the app's

20   functionality or user experience.

21   Regarding age verification, it

22   clarifies that the app developers receive the

23   age-category information from the app stores, and

24   do not have to develop a new system to obtain

25   that information separately.  Again, this should

1   simplify implementation.

2           Regarding violations, it provides that

3   app developers acting in good faith, to receive

4   age categories and verify that parent consent was

5   -- parental consent was obtained, are not in

6   violation of the act.  And it adds that remedies

7   under this act are not exclusive to any other

8   actions or remedies provided by law.

9           Finally, it changes the effective date

10  from September 1, 2025 to January 1, 2026 to

11  allow for time to implement.

12          Parents are again the natural first and

13  best line of defense for their children.  But we

14  also have a role in government to see that we are

15  doing our best to protect the vulnerable, that we

16  are there to support families.  And part of that

17  for us, means that we need to make sure that our

18  technology companies are being good corporate

19  citizens.

20          It is time for the tech industry to

21  step up and be part of protecting kids, not just

22  monetizing them, not turning a blind eye.

23          And Mr. Chairman, it's about our kids,

24  it's about reality, and it's about time.

25          CHAIR SEN. BRYAN HUGHES:  Thank you,

1  Senator.  Members, are there any questions for

2  the author before we open testimony on Senate

3  Bill 2420?  Thank you for this bill, Senator

4  Paxton.

5          We'll open invited testimony on Senate

6  Bill 2420.  And the Chair calls John Read, Joel

7  Thayer, Castanita Fitzpatrick.  John Read, Joel

8  Thayer, Castanita Fitzpatrick.

9          Have a seat anywhere you're

10 comfortable.  The chairs are all kind of

11 uncomfortable, but just pick any one.  You're

12 fine.

13         Since you're ready, we'll start over

14 here.  Introduce yourself and give us your

15 testimony.

16         JOHN READ:  My name is John Read.  I'm

17 with the Digital Childhood Alliance.  That's a

18 organization that's put together about 60

19 grassroots entities that care about children, and

20 are worried about technology and how it's

21 impacting children.

22         I spent 30 years at the Department of

23 Justice and am a lawyer.  And I want to thank you

24 Chairman for allowing us to speak, and the

25 committee, and Senator Paxton for sponsoring this

1    important bill.  I support it.

2              Listen for 17 years -- part of me

3    wonders where the lawyers were at these big tech

4    companies, Apple and Google.  For 17 years, Apple

5    has allowed minors to download apps.

6              And in do that process hit that term of

7    service, that contract that they sign that binds

8    the children and how their data's used.  And

9    they've not mandated parental consent.

10             They've sat by while this has gone on

11   for 17 years.  And it's about time we do

12   something.  These contracts are one sided.  No

13   13-, 14-year-old can be expected to understand

14   them.  They're in legalese.

15             They obligate the child to -- often to

16   have their information in their phone, their

17   contact list, and et cetera, to be monetized by

18   the -- by the tech companies.

19             They give permission to the tech

20   companies to follow the child around.  And date

21   stamping moment by moment, where the child is in

22   longitude and latitude so that they can monetize

23   that data, target them with ads.  And sometimes,

24   predators find that information and harm happens.

25             And if harm happens, in those terms of

1    service, that contract, the child is not allowed

2    to sue for the harm in federal court.  They've

3    waived that right through arbitration previsions

4    that no child can understand.

5              So we're here to stop that.  Empower

6    parents to decide is that app worth that

7    contract, that obligation?  And so the parent

8    gets to decide, is my child ready for that app?

9    And is that commitment appropriate?

10             This actually legislates with a

11   relatively light touch because the way the

12   industry is structured, almost every app is

13   downloaded through the Apple App Store, or the

14   Google Play Store.

15             If you have an iPhone, you're going to

16   the App Store.  If you have a Samsung or a Pixel,

17   you're most likely to go through the Google Play

18   Store.  It's been held to have a monopoly by a

19   jury.  And so those two entities, if you can

20   solve the issue there, you make a great benefit.

21             The question I think you will not hear

22   today anyone defending the idea that these tech

23   companies should be able to impose terms of

24   service on minors.  So the question is what we do

25   about it.  This is very privacy promoting.  The

1  information that the tech companies have, they

2  already know if you're an adult or a minor.

3          Your date is entered into your phone

4  when you register it.  They verify it on the

5  backend, especially if you enter a credit card,

6  or a driver's license, or the way you use and

7  interact in your phone.

8          So the tech companies already have it.

9  It's an easy lift for them.  And it allows

10 parents to protect the privacy of their kids.  It

11 also as Senator Paxton mentioned, prohibits

12 developers from using that information to harm

13 kids.

14          Finally, a lot of these bills that you

15 are going to consider to protect children,

16 there's an argument whether (indiscernible) runs

17 afoul the First Amendment.

18          This is designed not to.  By focusing

19 on contracts instead of saying here's a

20 particular category of speech that's -- we're

21 going to put our thumb on and say is harder to

22 access, you avoid a First Amendment question.

23          So it's designed to avoid First

24 Amendment questions, and should be enforceable

25 quickly.  Not get tied up in the courts for

1  years.  I'm open to questions that the Committee
2  may have, but I strongly support this bill.
3            CHAIR SEN. BRYAN HUGHES:  Thank you for
4  your testimony.  Welcome.  Introduce yourself and
5  go ahead.
6            JOEL THAYER:  Thank you, Mr. Chairman
7  for having me.  Thank you, Senator Paxton for
8  being such a leader on this.  As I said on the
9  phone, we're a huge fan of you and your office
10  and everything that you've done.
11            Also the work of this great senate and
12  trying to reign in big tech, and make sure that
13  they are held accountable when they hurt kids.
14            So on that note, my name is Joel
15  Thayer.  I am an attorney and also the president
16  of the Digital Progress Institute in Washington,
17  DC.  I'm here to testify in favor of the App
18  Store Accountability Act.  I am also well
19  positioned to speak on this bill as I helped
20  develop the legal and policy framework on which
21  SB 2420 is based.
22            But I think before we get into that,
23  let's begin with why we're even here.  We're here
24  to protect kids full stop.  The sad reality of
25  the digital age is that moms and dads have been

1 left on their own to fend off the tech industry's

2 health crisis.

3           Contending against the allure of

4 products engineered by the most powerful

5 corporations in history to be maximally addictive

6 to kids.  Worse, big tech is not only indifferent

7 to the harms children are suffering from its

8 products.  But there is strong evidence that they

9 actually may be perpetuating the problem.

10           This is why the act you all are

11 considering today is critical to ensuring parents

12 can indeed parent in the digital age.

13           Let's start with the underlying

14 theories.  We helped design the framework with

15 two principles in mind.  The first was that it's

16 structured to regulate conduct, not content.

17           It relies on a standard legal

18 principle.  Multi-trillion-dollar companies

19 cannot enter into sophisticated contracts with

20 minors.  Make no mistake, as my colleague John

21 alluded to, when you go onto an app store, you're

22 entering into a contract.

23           Through terms of service and through

24 privacy policies with Apple, Google, and third

25 parties to access a whole suite of products that

1    usually go under the radar for most parents.

2             Doing it this way, it comports with

3    current Supreme Court precedent to ensure that we

4    -- not just side-step, but don't run afoul of the

5    First Amendment at all.

6             Keep in mind that this is traditionally

7    how we have handled the sale of addictive

8    products.  It's why the proposal today leverages

9    a standard legal prescription, to prevent

10   children from accessing addictive services, where

11   the onus is on the app store to age gate the

12   product.

13            When you walk into a convenience store,

14   we require the store check for an ID when a

15   patron purchases cigarettes, alcohol,

16   pornography.  We also hold the store liable when

17   kids access these products, not necessarily the

18   supplier of the product.  In other words, we

19   don't rely on Philip Morris or Anheuser-Busch to

20   ensure kids aren't purchasing their products.  We

21   look to CVS, 7-Eleven, and supermarkets to age

22   gate.

23            The app ecosystem should be no

24   different.  I think this also dovetails into the

25   second major principle.  The framework was

1  developed to make sure we use stakeholder's
2  existing infrastructure, and not reinvent the
3  wheel.  Indeed placing the age gating
4  responsibilities on app stores reduces the cost
5  of age verification on parents, kids, adults, and
6  app developers, large and small.
7           A parent simply verifies their child's
8  device once within the app store, and they're
9  done.  The internet is unchanged for the parent,
10 and they are still able to control what their kid
11 sees on their devices.  Frankly, it's a win-win.
12          Given Texas's strong track record on
13 passing consumer protection and child safety
14 laws, there is no policy reason why it should
15 draw the line at contracts on app stores,
16 especially when considering the high stakes it
17 has on children's mental health and physical
18 health and their overall development.
19          In sum, the act holds app stores
20 accountable when they intentionally fall short of
21 protecting children.  And passing the act is an
22 essential step in putting families first.  I'm
23 proud to support this legislation.  And thank you
24 so much for the time.
25          CHAIR SEN. BRYAN HUGHES:  And thank you

1    for your testimony.  Ms. Fitzpatrick, welcome.

2    And since you're on the end, you got to get close

3    to the microphone so we can hear you.

4            Welcome.  Introduce yourself and go

5    ahead.  We're glad you're here.

6            CASTANITA FITZPATRICK:  Okay.  First my

7    name is -- I want to say thank you.  I'm truly

8    grateful to be here.  Senator Paxton and the

9    whole committee.  I hope I said that right.

10            But my name is Castanita Fitzpatrick.

11   I'm from Dallas, Texas and I'm here speaking as a

12   survivor of human trafficking to support the

13   Senate Bill 2420, the App Store Accountability

14   Act.

15            I am also an advisor to the National

16   Center on Sexual Exploitation, NCOSE.  And you

17   know, NCOSE is a non-partisan NGL based in

18   Washington, DC.  And I come here from Dallas,

19   Texas.

20            I'm just going to say from the heart, I

21   was that girl.  I was molested at the age of five

22   years old.  By the time I turned ten years old, I

23   was introduced to drugs and alcohol.  See that's

24   how grooming got me.

25            At the age of ten, somebody came up to

1  me with drugs because my mother had her own life.

2  She chose her life over me. And does that make

3  any difference from a Apple phone or a device?

4  No, they're still addictive.

5         But I can tell you this, by the time I

6  turned 11 years old, I hitchhiked from Chicago,

7  Illinois to Cleveland, Ohio to find my mom. And

8  my mom told the police that's not my child; you

9  can do whatever you want to do with her.

10        So my traffickers and the people that

11  exploited me, they had me for 31 years. I was

12  out there for 31 years. And if you think about

13  the drugs and alcohol, they used me.

14        I was in a house for like 12 weeks when

15  they kept giving me drugs and alcohol. And a man

16  came and pushed me in the bathroom and told me,

17  "You're not a little girl anymore. You're a

18  grown woman." So they had their way with me for

19  two weeks.

20        Can you imagine what's happening to our

21  children that are on these Apple phones or these

22  devices because of the fact they groom you for

23  things that you're addicted to.

24        Our kids already see these devices and

25  see these things, and that they are eye-

1  appealing, you know.  And so the traffickers and
2  the predators, they go behind the scenes to that.
3          Our kids don't deserve to live the life
4  that I've lived.  Like I said, they got me when I
5  was 10.  And I was out there for 31 years, and
6  I'm still learning how to live life and not exist
7  in it.
8          My family and I are just -- you know,
9  my mom is gone now.  But one thing I do want to
10  say is, I come here to raise this awareness of
11  human trafficking because our kids do not deserve
12  to live the life like I had.
13          I didn't wake up one day and say oh, I
14  think I'll be trafficked today.  I didn't wake up
15  one day and say, you know, this is what I want to
16  be when I grow up.  I didn't have that
17  opportunity to have a kids' life.
18          I didn't graduate from high school.  I
19  dropped out of school when I was in the sixth
20  grade.  But once you're in that game, it's so
21  hard to get out.
22          And no matter if you're addicted to
23  drugs and alcohol -- thanks by the grace of God,
24  I've been out of the life for 14 years now.  And
25  I stand on this movement, and I'm proud to walk

1  on the side of NCOSE and Senator Paxton.  I am on
2  this movement for this bill.

3          Since then, I just want to add to that.
4  Since then, like I said, my family and I got
5  reconnected, but I have graduated high school in
6  2019 as a grown woman.  I have achieved my
7  associate's degree in 2022.

8          And I am now starting my own non-profit
9  to help 18- to 25-year-olds for these young kids
10  that's coming behind me.  We shouldn't have these
11  phones in their hands, but we should also protect
12  them because you can't stop them, right?  You
13  know.

14          And I was listening to the bill before
15  me with these devices and things like that as far
16  as the vapes and things like that.  They're very
17  appealing, they're eye-catching, they're
18  addictive.  It's just like having cocaine or
19  alcohol.  They're still an addictive agent.

20          How do we protect our children, right?
21  How do we protect them from that?  I wish
22  somebody had this bill going on in -- back in
23  1970 when they first got me.

24          And so in closing to what I want to say
25  is I am a proud Texan now.  I'm glad I've been

1    here to kick down some doors with you, Senator

2    Paxton.

3              And I also wanted to close with this

4    one.  You know, there is -- here's an example of

5    one of the apps.  It's called Exposed 2, that

6    rates from ages 12 plus.

7              And here's what the user does on these

8    apps.  They quote on the app store, lets our

9    users play normal, spicy, or triple x spicy

10   modes, with several options for sexual

11   conversations in games.

12             Based on moms and other adults  -- plus

13   kids that tell me, because I'm a mentor and I

14   mentor a lot of women -- predators use apps and

15   social media just to groom our children.

16             The grooming stages have escalated and

17   put -- they have escalated from when I was out

18   there.  It's no longer face-to-face, let me sit

19   you down over here.  Do you need something to

20   eat?  Or can I get you something to drink?

21             Because the predators use women, mother

22   figures, to groom our children.  And once they

23   befriend you or befriend our children, guess what

24   happens?  They have them.  They have them.

25             And so with me, they knew that I needed

1    that love and that acceptance.  And so they used
2    that against me.  And for 31 years, I was out
3    there.  I was homeless until I started sexually
4    exploiting myself because I was addicted to drugs
5    and alcohol.
6              And I'm proud to say that I'm no longer
7    that, and I'm here to stand with you, beside you.
8    And whatever you need me to do, I'm there.  Thank
9    you so much.
10             CHAIR SEN. BRYAN HUGHES:  Thank you,
11   Ms. Fitzpatrick.  Thanks for your testimony.
12   Senator Paxton, you have the panel.
13             VICE CHAIR SEN. ANGELA PAXTON:  Thank
14   you Chairman Hughes.  Thank you for sharing your
15   story, and congratulations on your overcoming.
16   You're an inspiration and encouragement, and
17   you're taking a tragedy and you're investing
18   that.
19             Something that looked like it was
20   worthless, right?  At one time I bet, to you.
21   It's not.  It isn't.  You're making it matter,
22   and you're helping others, you're paying it
23   forward.  And we all thank you for that.
24             One of the things that I heard each of
25   you sort of saying is that in some ways, this

1    bill is simply modernizing ways that we need to
2    think about protecting children.
3              Ms. Fitzpatrick, this wasn't -- it
4    wasn't the phone that got you initially.  But you
5    see the parallel, how it does happen.  And both
6    of you gentlemen, you shared that this is sort of
7    a modernizing approach.
8              I wonder if you just have any -- each
9    of you -- we'll start with you Ms. Fitzpatrick,
10   and go across your perspective on how this will
11   modernize protecting our kids.
12             CASTANITA FITZPATRICK:  Like I said it
13   before, I was just -- was out there when I was
14   out there.  But it's giving our kids -- you know,
15   it's giving accountability, right?
16             CHAIR SEN. BRYAN HUGHES:  Get a little
17   closer to the microphone so we can hear you.  Go
18   ahead.
19             CASTANITA FITZPATRICK:  Okay.  I'm
20   sorry.  It's showing some accountability, you
21   know.  Not just on the parent's side, but it's
22   giving accountability to these app stores.
23             Because just like the devices, you
24   know, they show these really pretty pictures and
25   it draws them in.  But it does show some

1   accountability like hey, I do want to stand and

2   protect our children.

3         Let me put this on my app to make sure

4   that this child does not get exploited.  Or let

5   me do this and -- you know, to make sure that

6   another child doesn't get -- you know, out there

7   in the dark web and you know, and trafficked.

8   You know.

9         VICE CHAIR SEN. ANGELA PAXTON:  Let me

10   also ask a follow-up question.  You mentioned an

11   app that was rated 12 plus.  Could you describe

12   that again?  And I want everyone to listen.

13         Especially if you're a parent, I want

14   you to listen to this description of an app that,

15   right now, says that it is rated for 12 plus.

16   And then I'd like to address that.

17         CASTANITA FITZPATRICK:  Yes.  One of

18   the examples like I was explaining is an app

19   called Exposed 2.  Rated for 12 -- ages 12 plus,

20   and here's what the user does on the app.

21         Quoting from the app store, it lets

22   users play in normal, spicy, or triple x spicy

23   modes, where several options for sexual

24   conversations in games.

25         VICE CHAIR SEN. ANGELA PAXTON:  Thank

1    you.

2              CASTANITA FITZPATRICK:  You're welcome.

3              VICE CHAIR SEN. ANGELA PAXTON:  Now any

4    parent might assess that differently.  I'm just

5    going to say, that doesn't sound like age 12 to

6    me.  Anything with triple x in it doesn't sound

7    like a 12-year-old appropriate app.

8              However, I did want to mention that

9    part of what this bill will do, is it will give

10   parents a window into these descriptions.  And to

11   the extent that they are misguided or

12   misrepresentative, I just wanted to point out

13   that the bill specifically does give parents a

14   way to address this.

15             And it is a violation for an app

16   developer to knowingly misrepresent an age rating

17   or reason for the rating.

18             So thank you for highlighting that.  I

19   think that's part of what this will do.  It will

20   give parents a more open window into what their

21   kids are doing.  More specifically, app by app by

22   app.  And it will help them to raise their kids

23   the way they want to raise their kids.

24             And so thank you for bringing that up.

25   Gentlemen, your thoughts on modernization or just

1    how this will help modernize the way we protect

2    kids.

3              JOEL THAYER:  Well Senator, I couldn't

4    have said it better myself.  That's a -- it's

5    precisely what the model is based on and what

6    your bill actually would do.

7              What we did was we just turned -- we

8    basically said what does, you know, the

9    purchasing of addictive price look like in the

10   digital age?  And where are the kids getting it?

11             I mean your first interaction with all

12   of these apps are the app store.  It's not -- you

13   know, it's -- you're not going to billboards

14   typically to find out where they are.  They

15   getting pushed to app stores, and in fact, Apple

16   even says you must have these apps if you go on

17   these app stores.

18             And like a lot of them are social media

19   apps.  I wouldn't even stop at just that one app.

20   I mean that's one of hundreds of examples.  I

21   mean TikTok is listed as a must have app, and

22   it's listed as -- I think it's aged at 12 and

23   above.

24             And when you look at what TikTok has

25   done, and when you see the havoc it's wreaked,

1    you wonder how in any -- in what world would that

2    be acceptable in any other brick and mortar

3    context?

4            So all we really did was essentially

5    harmonize two things.  One is how -- what is the

6    user experience today?  How are they accessing

7    these products?  And two, compliance, right?  I

8    mean you have to make sure that you are putting

9    the right, as my English professor would always

10   say, the right emphasis on the right syllable.

11           And part of that is just figuring out

12   where the chokeholds are.  And I can't say it

13   better than my good friend at the FCC, Chairman

14   Carr.

15           When he says the single choke-point of

16   the mobile ecosystem are these app stores, you

17   cannot access anything on a mobile device without

18   going through, as you rightly said Senator, one

19   of two app stores.  And all of this is, is

20   putting the accountability where the

21   accountability lies.

22           VICE CHAIR SEN. ANGELA PAXTON:  Thank

23   you.  And I also appreciate in your testimony,

24   you said very specifically, this bill doesn't

25   judge content.

1          JOEL THAYER:  At all.

2          VICE CHAIR SEN. ANGELA PAXTON:  It

3   doesn't judge content at all.  It is -- it's

4   judging the conduct, right?  And it puts the

5   decision-making power for the content in the

6   hands of parents.

7          JOEL THAYER:  Yes.  That's

8   (indiscernible).

9          VICE CHAIR SEN. ANGELA PAXTON:  And you

10  know, any given parent might think one thing is

11  okay for their kid, and another -- or they may

12  decide I'm just going to blindly okay everything.

13         I feel for that child, but that's --

14  you know, that's a parent's choice.  So this

15  doesn't judge the content.  It's going at the

16  conduct, and it's putting the power back in the

17  hands of parents.

18         JOEL THAYER:  And if I may on that one

19  point, that's actually a feature, not a bug.  The

20  fact that it takes in every single app, means

21  that we are indifferent to the content.  We don't

22  care what the content is.

23         The action that we are after, the

24  transaction that we are regulating here, are

25  contracts.  And it has -- it doesn't matter if

1    it's a social media app, if it's a digital market
2    space, or heck, even if it's a Bible app.
3            If there's a terms of service
4    associated with it, kids should not be assenting
5    to anything.  Especially when there's data
6    collection implications to that, and also the
7    ability to be digitally surveilled.
8            VICE CHAIR SEN. ANGELA PAXTON:  Thank
9    you.  Sir, your thoughts on the reason it's
10   important to modernize our protection of children
11   in this way.
12           JOHN READS:  Yes.  So much has been
13   that's terrific, and Ms. Fitzgerald I just --
14   your testimony was powerful.
15           Let me say this.  This obviously
16   modernizes contract law that, you know, kids
17   can't go to banks and make a loan.  Texas has a
18   lot of other prohibitions on what minors can do.
19   It puts that in a digital world as well.  So in
20   that sense, it's very simple.
21           Ms. Fitzgerald's testimony was
22   powerful, but I hope you hear other testimony
23   about how kids are suffering today.
24           Just -- not with trafficking always,
25   but just mental health issues from scrolling and

1    the doom scrolling, and lack of social

2    interaction.  As we have a -- we have teenagers

3    that are in worlds that parents weren't in.

4            So it's hard to parent knowing what

5    your teenagers are going through because the

6    world has changed.

7            And so, this bill at least gives

8    parents some insight, some power to say my

9    child's doing really well, that's appropriate.

10   Or this isn't going to help my child.  And so the

11   state's not deciding, the parent is.

12           VICE CHAIR SEN. ANGELA PAXTON:  Thank

13   you.  I appreciate -- and I think that's an

14   important point for all of us to kind of

15   recognize.

16           Any of us who have children or

17   grandchildren, I mean we recognize it's a

18   difficult time to raise children, the world we

19   live in.  Children have always been the easy

20   target.  Always, throughout history.

21           Children are always the low-hanging

22   fruit for predators.  But one of the extra

23   difficulties that parents certainly have today,

24   is that they're having to parent their children

25   through things they themselves weren't parented

1    through, right?

2              JOEL THAYER:  Yeah.

3              VICE CHAIR SEN. ANGELA PAXTON:  And I

4    know I'm watching this with my own children who

5    are all adults now, and are starting to have

6    their families.

7              And you know, they're thinking about

8    these things.  But you know, they had -- they had

9    cellphones.  They didn't have smartphones.  And

10   that's -- it's a world of difference.  And so it

11   really does matter.

12             We can't be indifferent to the harmful

13   effects as -- I forgot who used that term.  But

14   technology cannot be indifferent to the harmful

15   effects on children.  When people are indifferent

16   to the harm they cause, we call those people

17   sociopaths.

18             CASTANITA FITZPATRICK:  That's right.

19             VICE CHAIR SEN. ANGELA PAXTON:  And

20   technology companies need to be thinking about

21   how to make things better.  And I think many

22   times they are.  But we all have to do our part.

23             We don't need corporate sociopaths.  We

24   need everyone to be on board to help protect our

25   kids.  And I really appreciate your testimony.

1  Ms. Fitzpatrick.

2           CASTANITA FITZPATRICK:  I heard it said

3  several times about the mental health aspect of

4  it.  You know, dealing with our kiddos and like,

5  the parents are not there.  You know, they don't

6  understand that aspect of it, you know.

7           One thing about trafficking and kids

8  that go through a lot of trauma, you know, it's

9  an ongoing process with the mental illness, you

10  know.  It's DID, disassociation disorder.  It's

11  not -- disassociation disorder, it's not just

12  schizophrenia, you know.

13           And parents can not -- you know, be

14  aware of your children.  You know, be aware of

15  their attitudes and their changing.  Their mood

16  changings, you know.  Don't just brush it off or

17  anything like that, because you never know what

18  your child is going through, until you look into

19  them and find out what's truly going on.

20           Just don't stick them in some, okay,

21  let me take you to the doctor.  No, parent them.

22  We don't need other doctors because you are your

23  kids' doctors.  You know your children better

24  than anybody.

25           But if you watch them, pay attention to

1    them, and see the changes and the cycle when
2    they're on their phones.  And how they're
3    dressing, and what they're doing in school, and
4    stuff like that, because grooming starts when the
5    child starts changing.
6              And if you look at -- like with me like
7    I said before, they got me with drugs and
8    alcohol.  But even here in society today, you can
9    go to the grocery store, and you see a kid that's
10   always walking with their head down.
11             Pay attention to the signs, you know.
12   They have a man or a woman walking behind them.
13   You're a mom, you walk beside your child.
14             So it's a lot of different things that
15   we can do, as you stated Senator Paxton, as a
16   whole.  Because -- just because it may not be
17   happening in your home, it's happening right next
18   door to you.
19             And I'm going to close with this.  In
20   Farmer's Branch there was two brothels.  Two
21   brothels in Farmer's Branch.
22             And people -- and these -- the youngest
23   child that was in it was seven years old.  Seven,
24   you know.  So it's not just happening physically,
25   it is happening online.

1          And that's how they have their -- you

2    know, the girls go to school, they have their

3    uniform on, but what's underneath that uniform?

4    You know.  So just be mindful of your children

5    daily.  Thank you.

6              VICE CHAIR SEN. ANGELA PAXTON:  Thank

7    you.  Thank you.  And you know, that really does

8    bring things back to, you know, first and

9    foremost, parents have the responsibility, and

10   the joy, and the duty, of parenting their

11   children.

12             And you know, sadly there are many

13   children who aren't parented.

14             CASTANITA FITZPATRICK:  Right.

15             VICE CHAIR SEN. ANGELA PAXTON:  And I'm

16   so sorry for how that affected you, and for that

17   experience that you had.

18             And there are many children in this

19   situation.  And that's one of the things that we

20   have to also think about, and we do.  We do

21   consider how we can help as a State on those

22   fronts.  But for those parents who do want to

23   parent, which is most parents, the first step is

24   certainly awareness.

25             And I think this will go a long way to

1  putting some information in the hands of parents
2  to enable them to know what's going on in their
3  child.  Watch for those signs.  And I think it
4  will make a big difference.
5            Thank you all for coming to testify
6  today.  Thank you, Mr. Chairman.
7            CHAIR SEN. BRYAN HUGHES:  Thank you,
8  Senator Paxton.  Senator, is there any other
9  questions for these witnesses?
10            We're thankful for each of you.  Ms.
11  Fitzpatrick, one more thing.  You talked to us
12  about some of your experiences and how we can
13  help other children be safe from going through
14  what you went through.
15            And you talked about where you are
16  today.  Just give us some idea, how did you get
17  from where you were to where you are?
18            CASTANITA FITZPATRICK:  One thing -- I
19  know, my mic.
20            VICE CHAIR SEN. ANGELA PAXTON:  There
21  you go.
22            CASTANITA FITZPATRICK:  One thing is my
23  faith in God, first of all.  I got rescued August
24  6, 2010.  Those that are there from the Dallas
25  area, the PDI program saved me.

1          They was doing a sweep that night.
2    They was, you know, picking up all the girls and
3    stuff like that.  I prayed out to God.  I was on
4    the side of Lancaster Road with eight pairs of
5    socks on.  It was pouring down raining outside.
6    I said God please help me, help me.
7          And two weeks later, they did a PDI
8    sweep.  And when they did that PDI sweep, they
9    took me, make sure I didn't have -- thank God I
10   didn't have any diseases.  I didn't have anything
11   like that.
12         But I was up for twelve days, and I
13   didn't want to do -- I didn't want to live this
14   life anymore.  I got tired of people using me,
15   and I vowed to God and myself, I deserve a better
16   way of living.
17         It hasn't been easy; I've been through
18   a lot since I've been out of the game, and been
19   out of the life.  But I've been on this movement
20   for -- ever since August 6, 2010.
21         And I wanted to go to school.  I wanted
22   to have my high school diploma.  I wanted to walk
23   across the stage and get that.  I mean I have an
24   extensive record right now.  I wish my felonies
25   would be gone, but they're there, you know.

1          But I live today -- I don't exist in

2     life anymore.  I get to pay bills today.  I am

3     like take my money; there you go.  I am -- and

4     I'm just on this path now to help as many as I

5     can.

6          I stay determined; I stay prayed up.

7     And every time I see another young girl that I

8     get a chance to mentor, coming from the life and

9     she's doing better for herself.  She either has

10    her kids back, or she learned how to ride the bus

11    like I did, then I know I'm doing exactly what

12    God wanted me to do.

13         And like I said, I'm starting my non-

14    profit, Fly with Both Wings.  And it's going to

15    be for 18- to 25-year-olds because one thing

16    Dallas, Texas does not do, is when you're out of

17    the life and you have troubles and problems --

18    like I was in a car wreck and I needed my bills

19    paid, and I lost two jobs, and all of this stuff.

20    But I don't go back to the life no matter what.

21         I don't start using drugs no matter

22    what because I know if I give up, then the next

23    girl coming behind me that's still out there,

24    because it is another Castanita out there.

25         There's another 10-year-old me still

1    out there.  There's another 11-year-old me out
2    there.  So that's what keeps me going because I'm
3    fighting for them and not just myself.
4              CHAIR SEN. BRYAN HUGHES:  Thank you for
5    your testimony.  Thank each of you for being
6    here.  You're excused.  Thank you very much.
7              We'll open public testimony on Senate
8    Bill 2420.  And the Chair calls Vanessa Sivadge.
9    Deborah Simmons.  Bart Cleland.  Tom Mann.
10   Greyson Gee.  All right.  Mr. Mann, take that one
11   over there.  You're good.
12             Also looking for Johnny Kampis.  And
13   after this panel, we'll be calling Kouri
14   Marshall, Andrea Sparks.  Have a seat right there
15   on the end.  And we'll start over here on my
16   left, your right.
17             And for those of you on the end of the
18   table, you've got to get close to the mic so we
19   can hear you.
20             MR. KAMPIS:  Me first.
21             CHAIR SEN. BRYAN HUGHES:  Yes, sir.
22   Introduce yourself, give us your testimony.
23             MR. KAMPIS:  Good morning, thank you
24   for having us here.  My name is Johnny Kampis.
25   I'm the director of the telecom policy for the

1    Taxpayers Protection Alliance.

2            On behalf of the millions of taxpayers

3    and consumers we represent, we urge you to oppose

4    the bill.  The legislature presents deep

5    constitutional issue from its mandate for device

6    manufacturers or app store to estimate or verify

7    their user's age.  Although well intentioned, the

8    bill would create substantial privacy risks, and

9    violate clear Supreme Court precedent with broad

10   age limitations, the user's right to access

11   various digital services.

12           The constitutionality of age

13   verification legislation remains highly

14   questionable.  Supreme Court caselaw on this

15   front stretches back decades.

16           In the lower courts, NetChoice v.

17   Griffin, 2023, case blocked an Arkansas bill

18   requiring social media platforms to obtain age

19   verification and parental consent to the

20   potential violated the First Amendment.

21           Similar, age verification laws in other

22   states have run into the same injunctions.

23   Proponents of app store age verification defend

24   age proposals by saying they are about contract

25   law not speech.

1        They also claim they are content
2    neutral, and therefore immune from constitutional
3    challenge.  Neither point withstands scrutiny.
4        First, they claimed the age
5    verification bills are about contract law, not
6    speech, does nothing to change the fact they
7    would impose a huge burden on the speech rights
8    of adults forced to submit to age verification
9    for accessing apps.  These burdens assure that
10   the bill will fail if challenged in court.
11       Second of all, imposing sufficiently
12   large burdens on speech will be found
13   unconstitutional, even if it is content neutral,
14   illustrated with an extreme example, a law that
15   banned all online speech would certainly be found
16   unconstitutional despite its neutrality.
17       Further, the parental consent
18   requirements of the bill run into constitutional
19   issues.  In Brown v. Entertainment Merchants
20   Association, 2011, Justice Scalia wrote for the
21   majority, "It does not follow that the state has
22   a power to prevent children from hearing or
23   saying anything without their parents prior
24   consent."  The possibilities of our government --
25           CHAIR SEN. BRYAN HUGHES:  We'll come

1    back for questions.  Thanks very much.  Welcome.

2    Introduce yourself, give us your testimony.

3              GREYSON GEE:  Thank you, Chairman

4    Hughes, Vice Chair Paxton, members of this

5    Committee.

6              My name's Greyson Gee with the Texas

7    Public Policy Foundation, and I'm here to testify

8    today in support of Senate Bill 2420, the App

9    Store Accountability Act.

10             We at the Texas Public Policy

11   Foundation have long advocated for the welfare of

12   children, and the strength of the American

13   family.

14             As we've studied the intersection of

15   technology and childhood, our research has

16   exposed a concerning reality about kids and their

17   use of technology.

18             In today's digital landscape, our

19   children are more vulnerable than ever.  Mobile

20   applications have become a gateway to harm,

21   exposing minors to inappropriate content,

22   predatory practices, and unchecked data

23   collection.

24             This legislation would provide a

25   lifeline for our children's digital wellbeing.

1  Senate Bill 2420 provides what parents have been
2  desperately asking for, real meaningful
3  protection for their children in the digital
4  world.
5          It mandates robust age verification,
6  ensuring that app stores know exactly who is
7  using their platforms.  But this bill goes
8  further.  It protects children's personal data,
9  limiting data collection, and ensuring
10 encryption.
11         In an era where children's information
12 is constantly at risk, this bill creates a shield
13 against unethical data practices.  Some may argue
14 that this is government overreach.  I argue that
15 it's government doing its fundamental job,
16 promoting the general welfare of its citizens.
17         Parents shouldn't have to be
18 cybersecurity experts to keep their kids safe.
19 This bill bridges that gap.  It provides a
20 framework of protection, transparency, and
21 accountability.
22         Thank you for the opportunity to
23 testify today, and I look forward to answering
24 any questions you may have.
25         CHAIR SEN. BRYAN HUGHES:  Thank you for

1    your testimony.  And I've known you for a while,

2    and I just can't help reverting back to

3    pronouncing your name Gee sometimes.

4              There was a judge with the same

5    spelling that used that -- but thank you, I

6    apologize.

7              GREYSON GEE:  It's all right, sir.

8              CHAIR SEN. BRYAN HUGHES:  And I know

9    how to pronounce your name but I think I did it

10   wrong.  Bart, welcome.  Introduce yourself and

11   give us your testimony.

12             BARTLETT CLELAND:  I'll go with what

13   you said, Mr. Chair.  Bart Cleland, I like that.

14   Happy to be here, happy to be back home.  Feels

15   great to testify.  Happy to see you, Senator

16   Paxton and members of the Committee.

17             I'm Bartlett Cleland.  I'm general

18   counsel for a trade associated called NetChoice.

19   You guys know us, but our mission is to make the

20   internet safe for free enterprise and free

21   expression.

22             Unfortunately, I have to oppose the

23   legislation today.  We do share your goal of

24   protecting minors and any harmful content online.

25   I personally have been involved in this fight for

1    over 25 years, serving on a couple different

2    commissions to -- national commission to look

3    exactly at the right way to accomplish this end.

4         We do ask you, that is the committee,

5    to oppose this legislation.  The Supreme Court

6    and other federal courts have ruled that age

7    verification mandates block access to the

8    exercise of First Amendment rights, and that is

9    unconstitutional.

10        Age verification laws have recently

11   failed in states California, Utah, Ohio,

12   Arkansas, and Mississippi.  And I would not like

13   to have Texas to be part of that list.

14        Given that legal landscape, SB 2420's

15   age verification, parental consent requirements,

16   and data related requirements, will not survive

17   judicial review.

18        But on the chance that they would,

19   unconstitutional age verification laws not only

20   face those legal challenges, but do encroach upon

21   parent's long-established prerogatives in guiding

22   their children's upbringing and online

23   activities.

24        Many online platforms as we all know,

25   have implemented robust parental control features

1  already, not least of which are iPhones and

2  iPads, area of which I am -- particularly

3  understood that I chose to protect my children as

4  a matter of fact.

5          A one size fits all government mandate

6  will give users a false impression of security,

7  and will flatten the offerings for youth safety

8  in the future.

9          And in the end, I'm a conservative and

10 I believe in personal accountability.  Those

11 pedaling questionable content -- we heard about

12 some earlier today -- they should be the ones

13 called to account, not others.  Thank you very

14 much.

15          CHAIR SEN. BRYAN HUGHES:  Thanks for

16 your testimony.  Welcome.  Introduce yourself and

17 go ahead.

18          DEBORAH SIMMONS:  Thank you.  I'm

19 Deborah Simmons and I am for Senate Bill 2420 to

20 require age verification for app store downloads

21 and purchases.

22          In January, the Supreme Court heard

23 oral arguments in the free speech coalition case

24 against the state of Texas.  The petitioner's

25 attorney representing the porn industry

1  complained that Texas should've empowered and

2  equipped parents to trust content filters rather

3  than taking the "very chilling step" of requiring

4  age verification for porn sites.

5         The porn industry, service providers,

6  application developers, and device companies

7  point fingers, blaming each other, exploiting

8  legal loopholes and declaring that states should

9  adopt solutions other than something that

10  requires each of them to protect children.

11         And then finally, the attorney

12  scapegoated all responsibility with the

13  declaration that parents should do better.  All

14  because they refuse to proactively share in the

15  responsibility to protect the young and the

16  vulnerable in society.

17         At one point in their oral arguments,

18  Justice Alito asked the porn industries'

19  attorney, "Do you know a lot of parents who are

20  more tech savvy than their 15-year-old children?"

21         The adult entertainment industry

22  attorney eventually conceded that access should

23  be up to a parent to decide what's appropriate

24  for their minor.  We agree.  Access should be up

25  to the parent.

1        Texas legislature is again supporting
2   parents involved and uninvolved by blocking the
3   downloading of applications and purchases on
4   devices, unless a minor has parental consent.
5        It is unacceptable that the tech and
6   content providers avoid responsibility and burden
7   parents.  This is a good bill with good
8   intentions and an excellent mechanism to protect
9   children and support parents.
10       This legislation is one of the many
11  bills that provides a common-sense solution that
12  honors parental consent, supports the State's
13  compelling interest to protect children, and
14  provides necessary safeguards that the industry
15  and their allies refuse to do voluntarily.
16       We applaud the efforts of the 89th
17  legislature to pass each and every legislation to
18  that end.  Please pass Senate Bill 2420.  Thank
19  you.
20       CHAIR SEN. BRYAN HUGHES:  Thank you for
21  your testimony.  Mr. Mann, get close to the
22  microphone.  Introduce yourself and go ahead.
23       TOM MANN:  Thank you, Mr. Chair.  Good
24  morning, my name is Tom Mann.  I'm here today
25  representing the Computer and Communications

1  Industry Association, in opposition to Senate

2  Bill 2420.  CCIA is an international not for

3  profit trade association representing a broad

4  cross-section of communications and technology

5  firms.

6          First, we want to thank the sponsor for

7  their openness to feedback on this bill, and we

8  fully support your goal in protecting children

9  online.  But we'd also like to offer some

10 thoughts today on age verification methodology.

11 Current tools like facial age estimation are

12 still a work in progress.

13         The National Institute of Standards and

14 Technology recently published a report evaluating

15 six software-based age estimation and age

16 verification tools, that estimate a person's age

17 based on the physical characteristics evident in

18 a photo of their face.

19         The report notes that facial age

20 estimation accuracy is strongly influenced by

21 algorithm, sex, image quality, region of birth,

22 age itself, and interactions between those

23 factors, with false positive rates varying across

24 demographics, generally being higher in women

25 compared to men.

1              CCIA encourages lawmakers to consider
2      the current technological limitations in
3      providing reliably accurate age estimation tools
4      across all demographic groups.
5              Additionally, if age estimation is not
6      used, and individuals must provide their license
7      or personal information, that means collecting
8      more personal data, which might worry families
9      who value privacy as much as they value safety.
10             Recent state legislation that would
11     implement online age verification or estimation
12     and parental consent measures is currently facing
13     numerous constitutional challenges.  And federal
14     judges have placed many of those laws on hold
15     until these challenges can be fully reviewed.
16             For these reasons and the reasons
17     listed in my written comment, CCIA asks for an
18     unfavorable report.  And I appreciate the
19     opportunity to testify today.
20             CHAIR SEN. BRYAN HUGHES:  Thanks for
21     your testimony.  Mr. Mann, were you here for Ms.
22     Fitzpatrick's testimony on the first panel?
23             TOM MANN:  I was.
24             CHAIR SEN. BRYAN HUGHES:  Did you hear
25     the description she read about an app that was

1   approved for ages 12 and up on the app store?

2           TOM MANN:  I did.

3           CHAIR SEN. BRYAN HUGHES:  Did that

4   sound to you like an app that's appropriate for

5   ages 12 and up?

6           TOM MANN:  I'm not here to comment on

7   the appropriateness --

8           CHAIR SEN. BRYAN HUGHES:  Well you are

9   now.  I'm asking --

10          TOM MANN:  -- individual app.

11          CHAIR SEN. BRYAN HUGHES:  You are now.

12  I want to know your position, I want to know

13  CCIA's position on whether that app available

14  today without this law, is appropriate for a 12-

15  year-old?

16          TOM MANN:  Our position here today,

17  with all due respect Mr. Chair, is that the age

18  verification technology that would be used to

19  verify a minor's age to get into the app store is

20  faulty.  And that's what the reports are showing

21  right now, that it can't be accurately verified.

22  If it can't be accurately verified through some

23  of these different technologies, it has to be

24  verified some other way.  So what will that other

25  way be?  Our position is that whatever that other

1   way will be will require that minor to relinquish
2   some more of their personal data.
3               CHAIR SEN. BRYAN HUGHES:  So then --
4               VICE CHAIR SEN. ANGELA PAXTON:  Mister
5   --
6               CHAIR SEN. BRYAN HUGHES:  -- just a
7   second.  Just a second, Senator.  I'd like to
8   know -- and thanks for your -- we're listening,
9   it's all being taken down, we want to get the
10  details right.
11              If you can't tell me today, I would
12  like in writing from you, CCIA's position, your
13  client's position -- I'm curious about yours too
14  but you're here on behalf of your client.
15              You and your client's position on
16  whether the app that the witness described is
17  appropriate for the age level that she described.
18  Can you give that to us in writing?
19              TOM MANN:  We're happy to follow up
20  with you.
21              CHAIR SEN. BRYAN HUGHES:  Will you give
22  us an answer in writing on that question?
23              TOM MANN:  Yes, Mr. Chair.
24              CHAIR SEN. BRYAN HUGHES:  Very good,
25  thank you.  Mr. Cleland, I know you're a lawyer,

1  we've known each other for a long time, we've

2  talked about free speech a little bit.

3          I think we all agree, but let's make

4  sure we're clear.  I hope it is not NetChoice's

5  position that the First Amendment prevents the

6  government from protecting children.  Is that

7  NetChoice's position?  I don't think it is, I

8  just want to get that on the record.

9          BARTLETT CLELAND:  No, that's not it at

10 all.

11         CHAIR SEN. BRYAN HUGHES:  I know, I

12 know.

13         BARTLETT CLELAND:  It's actually kind

14 of in the reverse.  The First Amendment protects

15 everybody.  And then you know as well from law

16 school, there are all kinds of permutations to

17 that.

18         CHAIR SEN. BRYAN HUGHES:  And do we

19 also recognize that under the First Amendment,

20 there is speech that is appropriate for adults,

21 but that the government is allowed under the

22 First Amendment to limit for children?  Do we

23 agree on that?

24         BARTLETT CLELAND:  Absolutely.  In

25 fact, most famously pornography for example.

1          CHAIR SEN. BRYAN HUGHES:  I beg your
2     pardon.
3          BARTLETT CLELAND:  I said most famously
4     for pornography for example.  Just one of a
5     couple different categories.
6          CHAIR SEN. BRYAN HUGHES:  So speech
7     that would be allowed under the First Amendment
8     for an adult, but for children, the rules are
9     different.
10          BARTLETT CLELAND:  In some cases, that
11     is correct.
12          CHAIR SEN. BRYAN HUGHES:  And that's
13     because if we're going to impinge on a First
14     Amendment right, wouldn't you say that the
15     government has to show that we have a compelling
16     state interest and they're using the lease
17     restrictive means to achieve that interest.  Is
18     that close to the test as you understand it?
19          BARTLETT CLELAND:  You said it well.
20     That's close to the test as I understand.  I'm
21     not going to hold myself out as a First Amendment
22     expert, but yes, those are some of the
23     conditions.
24          CHAIR SEN. BRYAN HUGHES:  Were you here
25     for Ms. Fitzpatrick's testimony?

1            BARTLETT CLELAND:  I'm sorry.  What was

2      --

3            CHAIR SEN. BRYAN HUGHES:  Were you here

4      for Ms. Fitzpatrick's testimony?

5            BARTLETT CLELAND:  Yes.

6            CHAIR SEN. BRYAN HUGHES:  The lady that

7      --

8            BARTLETT CLELAND:  Yes.

9            CHAIR SEN. BRYAN HUGHES:  -- talked

10     about her experience.  Did you hear her describe

11     an app?  And she read the description of it in

12     the app store, and which said it was for ages 12

13     and up.

14            She mentioned it in her testimony and

15     then Senator Paxton asked her about it again

16     incase we didn't hear it.  Did you hear that

17     testimony?

18            BARTLETT CLELAND:  I did.

19            CHAIR SEN. BRYAN HUGHES:  Do you

20     believe the app she described is appropriate for

21     ages 12 and up?

22            BARTLETT CLELAND:  As described, my

23     answer is no.  I don't know that app though so I

24     can't really speak from first-hand experience.

25            CHAIR SEN. BRYAN HUGHES:  What is the

1   position of NetChoice on whether the app she
2   described is appropriate for ages 12 and up?
3           BARTLETT CLELAND:  Well without
4   absolutely confirming it, I think I can speak for
5   them and say the same as my answer, which is as
6   described, we would not find that appropriate for
7   12 years old.
8           CHAIR SEN. BRYAN HUGHES:  Like I asked
9   Mr. Mann, I'm going to ask you to review the
10  testimony and respond to us in writing with
11  NetChoice's position on whether that app is
12  appropriate for those ages.
13          BARTLETT CLELAND:  I couldn't hear.
14  What was the app's name?  Do you guys know what
15  it was?
16          CHAIR SEN. BRYAN HUGHES:  Exposed 2 is
17  what my notes indicated.
18          BARTLETT CLELAND:  Sorry.  Exposed.
19          CHAIR SEN. BRYAN HUGHES:  Exposed 2 is
20  what my notes indicate.  That's right.
21          BARTLETT CLELAND:  2.
22          CHAIR SEN. BRYAN HUGHES:  But again,
23  you can go back and watch the video.  And she
24  mentioned it twice.  Mr. Kampis, you probably
25  know what's coming.

Page 57

1          JOHNNY KAMPIS:  Yes, sir.

2          CHAIR SEN. BRYAN HUGHES:  Did you hear

3   Ms. Fitzpatrick's testimony?

4          JOHNNY KAMPIS:  Yes.

5          CHAIR SEN. BRYAN HUGHES:  What did you

6   think about that?

7          JOHNNY KAMPIS:  That that was very

8   compelling.

9          CHAIR SEN. BRYAN HUGHES:  What'd you

10  think about the app that she described, and she

11  read it was approved for ages 12 and up?  Did

12  that sound right to you?

13         JOHNNY KAMPIS:  Based on what I've

14  heard, I would that was very questionable for

15  minors.  I add that as a parent of a 15-year-old

16  son and 11-year-old daughter -- and my son is

17  autistic so he's particularly vulnerable -- I'm

18  very much about personal responsibility as a

19  parent to teach my children, you know, what is

20  appropriate and what is not appropriate.

21         And I feel like, you know, as a parent,

22  my children would know that something like that

23  is not appropriate for them.

24         CHAIR SEN. BRYAN HUGHES:  Does the

25  Taxpayers Protection Alliance have a position on

1  whether that app she described is appropriate for
2  ages 12 and up?
3          JOHNNY KAMPIS:  I would think that as
4  Mr. Cleland said, based on the description of it,
5  does not seem appropriate to me.  No.
6          CHAIR SEN. BRYAN HUGHES:  Will you
7  review the testimony and respond to the Committee
8  in writing, whether your organization believes
9  that app described by the witness, is appropriate
10 for ages 12 and up?
11         JOHNNY KAMPIS:  Yes.
12         CHAIR SEN. BRYAN HUGHES:  Very well.
13 Senator Paxton.
14         BARTLETT CLELAND:  Quick question.  On
15 that letter, I just want to make sure that we're
16 okay.  Given as it's described, I'm not sure I'm
17 super comfortable reviewing the app personally.
18 But can we respond to you as described?  Is that
19 okay?  Or do you want us to actually look at the
20 app?
21         CHAIR SEN. BRYAN HUGHES:  Counsel,
22 we're talking about your clients here.  I mean,
23 that's an unusual position to take for NetChoice
24 to say, I'm not sure I want to look at apps by
25 people that I represent.

1              BARTLETT CLELAND:  I don't think that
2    app is my client.  Absolutely not.
3              CHAIR SEN. BRYAN HUGHES:  We'd like
4    know what -- whether NetChoice believes the app
5    she described as she described it, is appropriate
6    for ages 12 and up.
7              BARTLETT CLELAND:  As she described it.
8    That's fine.  Perfect.
9              CHAIR SEN. BRYAN HUGHES:  Members, any
10   other questions for this panel?  Thanks for your
11   testimony.  Chair calls Kouri Marshall, Andrea
12   Sparks, Vanessa Sivadge.
13             You have some written materials for us?
14             KOURI MARSHALL:  I do.
15             CHAIR SEN. BRYAN HUGHES:  Give it to
16   the lady right over there and she'll
17   (indiscernible).
18             And so we're looking -- looks like we
19   have Kouri Marshall, Andrea Sparks, and then
20   we're still looking for Vanessa Sivadge.  Give
21   her one more chance.  All right.
22             We'll start on my left, your right.
23   And Ms. Sparks, welcome back.  Introduce
24   yourself, give us your testimony.
25             ANDREA SPARKS:  Thank you, Chairman

1    Hughes, Committee members.  My name is Andrea
2    Sparks, and I'm testifying in favor of SB 2420.
3    Thank you, Senator Paxton, for filing this bill.
4              I'm here on behalf of a non-profit I
5    co-founded called Not On Our Watch Texas.  Not On
6    Our Watch is an initiative of Texas women in
7    business and our mission is to engage women in
8    business to educate themselves and others on
9    protecting children from online harms.
10             When we were growing up and playing
11   outside, we all knew to stay away from the white
12   van, the one without the windows.  When we saw
13   one of these, we ran home to tell our mom, and we
14   tried not to think about the dangers inside.
15             The smartphone is the new white van.
16   But we give these to our children at about 11
17   years old.  And instead of being afraid, our
18   children become addicted to them.  Apps are our
19   children's gateway to the digital world, and
20   unfortunately, increasingly a gateway for
21   predators to our children.
22             We think we can keep our children safe
23   by telling them to stay away from dangerous apps.
24   But the reality is, once they are in the van on
25   the phone, it's unrealistic to expect kids to

1  protect themselves.

2          I want to share with you just a few of

3  these apps that I found.  And instead of reading

4  what I think about them, I'm going to share what

5  the kids themselves rated them.

6          So these are kids who are literally

7  begging someone to protect them.  One app is

8  called the Perp app.  It's for 12 and up.  It's

9  described as make new friends, meet and chat with

10 real people.

11         Kid says, "This is all full of

12 pedophiles.  This app is for teens, but I can't

13 do this anymore.  It makes my anxiety go crazy.

14 I'm 14 and shouldn't feel unsafe on an app made

15 for my age group.  Please figure out a way to

16 separate minors from adults."

17         A second app called the Buzz app.

18 Again, 12 and up.  It's described as make

19 friends, swipe, meet, chat.  There are many apps

20 like this one here.  And so I just want to thank

21 you all for filing this bill.

22         Senator Paxton, it's very important.

23 It's a common-sense solution to this problem and

24 protect our kids.

25         CHAIR SEN. BRYAN HUGHES:  Thanks for

1  your testimony.  Mr. Marshall, welcome.

2  Introduce yourself and go ahead.

3          KOURI MARSHALL:  Thank you, sir.  Good

4  morning, Chairman and to the distinguished

5  members of this Committee.  I am Kouri Marshall

6  with the Chamber of Progress in respectful

7  opposition to SB 2420.

8          The Chamber of Progress is a tech

9  industry coalition working to advance the future

10  of technology and inclusive access to that

11  future.

12          As written, SB 2420 would effectively

13  require covered manufacturers to verify the

14  identity and age of all users.  In fact,

15  estimating the age of a user would require the

16  collection of more data.

17          I heard Utah mentioned.  It is my

18  opinion that Utah is a one-way ticket to

19  litigation.  I know the members of this committee

20  are fervent supporters of protecting children.

21  As a dad of a baby boy, I am too.  I just don't

22  think that this bill is that route to where we're

23  trying to go.

24          This bill would absolve some companies

25  from their shared responsibility to protect

1    children online, while placing the burden on the

2    shoulders of a few.

3              This bill as it is drafted treats app

4    stores like gated communities, and developers

5    like the residents.  Instead of making each

6    resident individually check IDs at the door, the

7    community gatekeeper is responsible for verifying

8    the age and identity of everyone in the

9    neighborhood.

10             I don't know about you, but I'd like to

11   make the decision on who can enter my home, not

12   someone else.

13             Finally, I want to underscore concerns

14   raised by US District Judge Beth Freeman in

15   California, when evaluating similar legislation.

16   She remarked, "It's always interesting when I

17   read the legislative history and see legislators

18   saying we took this idea from the United Kingdom.

19   But here's the key difference, the United Kingdom

20   doesn't have a First Amendment.  In America, we

21   do.  And that's not just a detail.  It's a

22   cornerstone of our democracy.  And it's a right

23   we must protect."

24             SB 2420 shifts the burden of

25   responsibility from online safety from where it

1   belongs and places it instead on app store

2   developers.  For these reasons, we respectfully

3   urge you to oppose.

4           CHAIR SEN. BRYAN HUGHES:  Thanks for

5   your testimony.  Senator Paxton, you have the

6   panel.

7           VICE CHAIR SEN. ANGELA PAXTON:  Thank

8   you.  Sir, do you have a phone?  A cellphone.

9           KOURI MARSHALL:  I definitely do.

10          VICE CHAIR SEN. ANGELA PAXTON:  Do you

11  have an iPhone?  Or an -- I don't know what you

12  have.  What kind of phone do you have?

13          KOURI MARSHALL:  Senator, I have an

14  iPhone.

15          VICE CHAIR SEN. ANGELA PAXTON:  I have

16  an iPhone also.  When I set up my iPhone, part of

17  setting up my Apple ID was my -- putting my

18  birthday in there.  Did you do that?

19          KOURI MARSHALL:  I believe I did.

20          VICE CHAIR SEN. ANGELA PAXTON:  Okay.

21  So I'm just going to say, anyone that has an

22  iPhone -- I believe that this is true of any

23  phone.  You put your birthday in when you set up

24  your ID.  They know how old you are.

25          There's no -- there's nothing extra

1    required of Apple or Google to determine the age

2    of the phone that this is assigned to.  Now if I

3    give my phone to one of my kids, that's kind of

4    on me.  And it has my 62-year-old age attached to

5    it.

6            But this does not require anything

7    extra that the companies are not already doing,

8    and this protects kids.  Again, when people do

9    not care, individuals have no sense of care or

10   are indifferent about harm that their actions

11   cause, we call those people sociopaths.

12           And companies that do that are

13   corporate sociopaths.  It is time for that to

14   end.  It is time for the tech companies to be

15   responsible with information they already have to

16   protect children.  Thank you for your testimony.

17           Andrea, thank you for being here.  You

18   were going to describe a couple of more apps.  I

19   wonder if you could just give us a couple more

20   examples.

21           ANDREA SPARKS:  Sure.

22           VICE CHAIR SEN. ANGELA PAXTON:  And

23   what the children themselves were saying.

24           ANDREA SPARKS:  I'm going to apologize

25   in advance.  I tried to screen out the ones with

1  the explicit language, but this was just me on my

2  phone yesterday looking around and getting ready

3  for today.

4          And I'm just baffled.  I mean if these

5  reviews are in public and I can find them, surely

6  the app stores can find them and do something

7  about it, and these apps still exist.

8          So one was called the Fizz app.  It's

9  rated 9 and up.  Teen chat, chat, meet new

10 friends.  The reviews are, "Very dangerous for

11 children."  This is one review.  Another review

12 says, "This is creepy."  And there's some more

13 explicit language that I'm not including.

14          Another one was the Buzz app for --

15 rated age 12 and up.  Make friends.  "I'm a young

16 teen.  He asked me what I was wearing and asked

17 for that type of pic, and I said no thanks.  He

18 sent a pic of himself and said he was horny, and

19 said see you soon.  I'm quite scared."

20          So the app store sees these reviews,

21 and there's so many.  I mean these are just from

22 kids who are saying, help me, I'm scared.  Can

23 you take down this app?  Can you do something to

24 protect us?

25          I think this App Store Accountability

1  Act is a very -- just a common-sense way to fix

2  this.  And like you said, the technology exists,

3  I don't know why tech companies are opposed

4  except follow the money.

5          They can tell our age to send us all

6  kinds of ads on things that they think we want to

7  buy.  You know, you think of a pair shoes and

8  suddenly it's on your phone.  That happens to me

9  all the time.  So, thank you.

10         VICE CHAIR SEN. ANGELA PAXTON:  Well

11  and I don't know if you were in the chamber at

12  the beginning during the bill layout, but

13  children are a huge consumer market.

14         And their spendable income.  Because

15  they're children, it comes from their parents,

16  right?  So that's another note to parents, pay

17  attention.  But children's income is almost

18  exclusively discretionary.

19         They don't have other drags on the

20  money they have, their allowance or whatever.

21  And so they're tremendously appealing to

22  companies that want to market to them.

23         And there is a lot of money in it,

24  that's for sure.  I don't think it's -- comes as

25  a big shock to anyone that our children are being

1   harvested for profit in all kinds of ways.

2           And this is one way that we can make a

3   difference and protect kids.  And I don't hear a

4   lot of speech censorship happening there.  And

5   this bill wouldn't get rid of that app.

6           It would just create transparency for

7   parents about what's there.  Thank you, Andrea.

8   I appreciate it.  Thank you for both being here.

9           KOURI MARSHALL:  Thank you, Senator.

10          VICE CHAIR SEN. ANGELA PAXTON:  Thank

11  you, Mr. Chairman.

12          CHAIR SEN. BRYAN HUGHES:  Thank you,

13  Senator Paxton.  Members, any other questions for

14  these witnesses?  Thank you both for being here

15  --

16          KOURI MARSHALL:  Thank you.

17          CHAIR SEN. BRYAN HUGHES:  -- very much.

18  You're excused.  Those are the witnesses we have

19  registered to testify on, for, or against Senate

20  Bill 2420.  Is there anyone else present wishing

21  to testify on, for or against Senate Bill 2420?

22          Seeing hearing none, public testimony's

23  closed.  Bill's left pending at this time.

24

25

1                    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8    *[signature: Sonya M. Ledanski Hyde]*

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  July 2, 2025

17

18

19

20

21

22

23

24

25

## 1

**1** 9:10,10
**10** 20:5 38:25
**11** 19:6 39:1
  57:16 60:16
**11501** 69:14
**12** 19:14 22:6
  25:11,15,19,19
  26:5,7 27:22
  51:1,5,14
  55:12,21 56:2
  56:7 57:11
  58:2,10 59:6
  61:8,18 66:15
**12151** 69:8
**13** 11:13
**14** 11:13 20:24
  61:14
**15** 47:20 57:15
**1698** 4:13
**17** 11:2,4,11
**18** 21:9 38:15
**1970** 21:23

## 2

**2** 22:5 25:19
  56:16,19,21
  69:16
**2010** 36:24
  37:20
**2011** 41:20
**2019** 21:6
**2022** 21:7

**2023** 40:17
**2025** 1:15 9:10
  69:16
**2026** 9:10
**2420** 1:14 2:2,2
  3:10 5:10 10:3
  10:6 14:21
  18:13 39:8
  42:8 43:1
  46:19 48:18
  49:2 60:2 62:7
  62:12 63:24
  68:20,21
**2420's** 45:14
**25** 21:9 38:15
  45:1

## 3

**30** 10:22
**300** 69:13
**31** 1:15 19:11
  19:12 20:5
  23:2
**330** 69:12

## 6

**6** 36:24 37:20
**60** 10:18
**62** 65:4

## 7

**7** 16:21

## 8

**89th** 48:16

## 9

**9** 66:9

## a

**ability** 30:7
**able** 12:23
  17:10
**above** 27:23
**absolutely**
  53:24 56:4
  59:2
**absolve** 62:24
**acceptable** 28:2
**acceptance**
  23:1
**access** 4:1 7:12
  8:4 13:22
  15:25 16:17
  28:17 40:10
  45:7 47:22,24
  62:10
**accessing** 7:14
  16:10 28:6
  41:9
**accomplish**
  45:3
**account** 7:4,6,7
  46:13
**accountability**
  6:11,16 14:18
  18:13 24:15,20

24:22 25:1
  28:20,21 42:9
  43:21 46:10
  66:25
**accountable**
  14:13 17:20
**accounts** 7:2
**accuracy** 49:20
**accurate** 50:3
  69:4
**accurately** 7:25
  51:21,22
**achieve** 54:17
**achieved** 21:6
**act** 5:18 6:11
  6:16 9:6,7
  14:18 15:10
  17:19,21 18:14
  42:9 67:1
**acting** 9:3
**action** 5:17
  29:23
**actions** 9:8
  65:10
**activities** 45:23
**actually** 6:12
  12:10 15:9
  27:6 29:19
  53:13 58:19
**add** 21:3 57:15
**addicted** 4:25
  5:1,2,4 19:23
  20:22 23:4
  60:18

addiction 4:16
4:17,21,22
addictions 4:16
addictive 4:12
5:5 15:5 16:7
16:10 19:4
21:18,19 27:9
addition 4:15
additional 5:23
additionally
4:10 50:5
address 25:16
26:14
adds 8:18 9:6
adopt 47:9
ads 11:23 67:6
adult 13:2
47:21 54:8
adults 3:25
17:5 22:12
32:5 41:8
53:20 61:16
advance 62:9
65:25
advertisements
8:19
advisor 18:15
advocated
42:11
affairs 1:13
affected 35:16
affiliated 7:3,6
afoul 13:17
16:4

afraid 60:17
age 3:1,2 4:24
5:11,19 6:18
6:20,23 7:16
8:4,8,21,23 9:4
14:25 15:12
16:11,21 17:3
17:5 18:21,25
26:5,16 27:10
40:7,10,12,18
40:21,23,24
41:4,8 43:5
45:6,10,15,19
46:20 47:4
49:10,11,15,15
49:16,19,22
50:3,5,11
51:17,19 52:17
61:15 62:14,15
63:8 65:1,4
66:15 67:5
aged 27:22
agent 21:19
ages 22:6 25:19
51:1,5 55:12
55:21 56:2,12
57:11 58:2,10
59:6
agree 47:24
53:3,23
ahead 14:5
18:5 24:18
46:17 48:22
62:2

alcohol 3:2
16:15 18:23
19:13,15 20:23
21:19 23:5
34:8
algorithm
49:21
alito 47:18
alliance 10:17
40:1 57:25
allies 48:15
allow 9:11
allowance
67:20
allowed 11:5
12:1 53:21
54:7
allowing 10:24
allows 13:9
alluded 15:21
allure 15:3
alters 8:17
amendment
13:17,22,24
16:5 40:20
45:8 53:5,14
53:19,22 54:7
54:14,21 63:20
amends 6:10,17
america 63:20
american 42:12
andrea 39:14
59:11,19,25
60:1 65:17,21

65:24 68:7
angela 2:5 6:6
23:13 25:9,25
26:3 28:22
29:2,9 30:8
31:12 32:3,19
35:6,15 36:20
52:4 64:7,10
64:15,20 65:22
67:10 68:10
anheuser 16:19
answer 52:22
55:23 56:5
answering
43:23
anxiety 61:13
anybody 33:24
anymore 19:17
37:14 38:2
61:13
apologize 44:6
65:24
app 5:10,13,14
5:21 6:11,16
6:17,18,21 7:2
7:4,8,9,10,13
7:14,18,19,21
7:23 8:2,3,22
8:23 9:3 12:6,8
12:12,13,16
14:17 15:21
16:11,23 17:4
17:6,8,15,19
18:13 22:8

24:22 25:3,11
25:14,18,20,21
26:7,15,21,21
26:22 27:12,15
27:17,19,21
28:16,19 29:20
30:1,2 40:6,23
42:8 43:6
46:20 50:25
51:1,4,10,13,19
52:16 55:11,12
55:20,23 56:1
56:11 57:10
58:1,9,17,20
59:2,4 61:7,8
61:12,14,17,17
63:3 64:1 66:6
66:8,14,20,23
66:25 68:5
**app's** 8:15,19
56:14
**appealing** 20:1
21:17 67:21
**applaud** 48:16
**apple** 11:4,4
12:13 15:24
19:3,21 27:15
64:17 65:1
**application**
7:17 47:6
**applications**
8:12 42:20
48:3

**appreciate**
28:23 31:13
32:25 50:18
68:8
**approach** 24:7
**appropriate**
12:9 26:7 31:9
47:23 51:4,14
52:17 53:20
55:20 56:2,6
56:12 57:20,20
57:23 58:1,5,9
59:5
**appropriaten...**
5:20 51:7
**approved** 51:1
57:11
**apps** 8:13 11:5
22:5,8,14
27:12,16,19
41:9 58:24
60:18,23 61:3
61:19 65:18
66:7
**arbitration**
12:3
**area** 36:25 46:2
**argue** 43:13,14
**argument**
13:16
**arguments**
46:23 47:17
**arkansas** 40:17
45:12

**asked** 47:18
55:15 56:8
66:16,16
**asking** 43:2
51:9
**asks** 50:17
**aspect** 33:3,6
**assenting** 30:4
**assess** 26:4
**assigned** 65:2
**associate's** 21:7
**associated** 30:4
44:18
**association**
41:20 49:1,3
**assure** 41:9
**attached** 65:4
**attention** 33:25
34:11 67:17
**attitudes** 33:15
**attorney** 14:15
46:25 47:11,19
47:22
**august** 36:23
37:20
**author** 2:3 10:2
**autistic** 57:17
**available** 51:13
**avoid** 13:22,23
48:6
**aware** 33:14,14
**awareness**
20:10 35:24

**b**

**baby** 62:21
**back** 21:22
29:16 35:8
38:10,20 40:15
42:1 44:2,14
56:23 59:23
**backend** 13:5
**baffled** 66:4
**banks** 30:17
**banned** 41:15
**bart** 39:9 44:10
44:13
**bartlett** 44:12
44:17 53:9,13
53:24 54:3,10
54:19 55:1,5,8
55:18,22 56:3
56:13,18,21
58:14 59:1,7
**based** 8:5 14:21
18:17 22:12
27:5 49:15,17
57:13 58:4
**basically** 27:8
**bathroom**
19:16
**befriend** 22:23
22:23
**beg** 54:1
**begging** 61:7
**beginning**
67:12

behalf 40:2
52:14 60:4
behavioral
4:16
believe 46:10
55:20 64:19,22
believes 58:8
59:4
belongs 64:1
benefit 12:20
best 3:6 9:13,15
bet 23:20
beth 63:14
bettencourt 6:3
6:8
better 5:22
27:4 28:13
32:21 33:23
37:15 38:9
47:13
bible 30:2
big 5:7 11:3
14:12 15:6
36:4 67:25
bill 2:2 3:10
4:12,13 5:10
6:10,25 10:3,3
10:6 11:1 14:2
14:19 18:13
21:2,14,22
24:1 26:9,13
27:6 28:24
31:7 39:8 40:4
40:8,17 41:10

41:18 42:8
43:1,7,12,19
46:19 48:7,18
49:2,7 60:3
61:21 62:22,24
63:3 67:12
68:5,20,21
bill's 68:23
billboards
27:13
bills 13:14 38:2
38:18 41:5
48:11
binds 11:7
birth 49:21
birthday 64:18
64:23
bit 3:22 53:2
blaming 47:7
blind 9:22
blindly 29:12
block 45:7
blocked 40:17
blocking 48:2
board 32:24
boy 62:21
brain 4:21
branch 34:20
34:21
brick 2:25 28:2
bridges 43:19
bring 35:8
bringing 26:24

broad 40:9
49:3
brothels 34:20
34:21
brown 41:19
brush 33:16
bryan 2:1 6:2
9:25 14:3
17:25 23:10
24:16 36:7
39:4,21 41:25
43:25 44:8
46:15 48:20
50:20,24 51:3
51:8,11 52:3,6
52:21,24 53:11
53:18 54:1,6
54:12,24 55:3
55:6,9,19,25
56:8,16,19,22
57:2,5,9,24
58:6,12,21
59:3,9,15
61:25 64:4
68:12,17
bug 29:19
burden 41:7
48:6 63:1,24
burdens 41:9
41:12
bus 38:10
busch 16:19
business 60:7,8

buy 67:7
buzz 61:17
66:14

c

c 69:1,1
california
45:11 63:15
call 32:16
65:11
called 22:5
25:19 44:18
46:13 60:5
61:8,17 66:8
calling 39:13
calls 10:6 39:8
59:11
car 4:5,5 38:18
card 13:5
care 10:19
29:22 65:9,9
carr 28:14
case 40:17
46:23
caselaw 40:14
cases 54:10
castanita 10:7
10:8 18:6,10
24:12,19 25:17
26:2 32:18
33:2 35:14
36:18,22 38:24
catching 21:17

categories  8:16
9:4 54:5
category  5:11
6:23 8:23
13:20
cause  5:17
32:16 65:11
ccia  49:2 50:1
50:17
ccia's  51:13
52:12
cellphone  64:8
cellphones  32:9
censorship
68:4
center  18:16
certainly  31:23
35:24 41:15
certify  69:3
cetera  11:17
chaiman  6:7
chair  2:1,1,5
6:2,6 9:25 10:6
14:3 17:25
23:10,13 24:16
25:9,25 26:3
28:22 29:2,9
30:8 31:12
32:3,19 35:6
35:15 36:7,20
39:4,8,21
41:25 42:4
43:25 44:8,13
46:15 48:20,23

50:20,24 51:3
51:8,11,17
52:3,4,6,21,23
52:24 53:11,18
54:1,6,12,24
55:3,6,9,19,25
56:8,16,19,22
57:2,5,9,24
58:6,12,21
59:3,9,11,15
61:25 64:4,7
64:10,15,20
65:22 67:10
68:10,12,17
chairman  2:6
6:1 9:23 10:24
14:6 23:14
28:13 36:6
42:3 59:25
62:4 68:11
chairs  10:10
challenge  41:3
challenged
41:10
challenges
45:20 50:13,15
chamber  62:6,8
67:11
chance  38:8
45:18 59:21
change  41:6
changed  31:6
changes  5:13
8:11,19 9:9

34:1
changing  33:15
34:5
changings
33:16
characteristic
4:2
characteristics
49:17
chat  61:9,19
66:9,9
check  16:14
63:6
chicago  19:6
child  3:7 7:12
11:15,20,21
12:1,4,8 17:13
19:8 25:4,6
29:13 31:10
33:18 34:5,13
34:23 36:3
child's  17:7
31:9
childhood
10:17 42:15
children  2:24
3:14,22,23 4:1
4:12 5:8 9:13
10:19,21 11:8
13:15 15:7
16:10 17:21
19:21 21:20
22:15,22,23
24:2 25:2

30:10 31:16,18
31:19,21,24
32:4,15 33:14
33:23 35:4,11
35:13,18 36:13
41:22 42:12,19
43:3 46:3
47:10,20 48:9
48:13 49:8
53:6,22 54:8
57:19,22 60:9
60:16,18,21,22
62:20 63:1
65:16,23 66:11
67:13,15,25
children's
17:17 42:25
43:8,11 45:22
60:19 67:17
chilling  47:3
choice  29:14
choke  28:15
chokeholds
28:12
chose  19:2 46:3
cigarettes  3:3
16:15
citizens  3:9
9:19 43:16
claim  41:1
claimed  41:4
clarifies  8:12
8:22

clarify 7:2
clear 2:13 3:8
  40:9 53:4
clearly 7:25
cleland 39:9
  44:12,13,17
  52:25 53:9,13
  53:24 54:3,10
  54:19 55:1,5,8
  55:18,22 56:3
  56:13,18,21
  58:4,14 59:1,7
cleveland 19:7
client 52:14
  59:2
client's 52:13
  52:15
clients 58:22
close 18:2 22:3
  34:19 39:18
  48:21 54:18,20
closed 68:23
closely 6:10
closer 24:17
closing 21:24
coalition 46:23
  62:9
cocaine 21:18
codifies 5:19
colleague 15:20
collect 8:5
collected 8:16
collecting 50:7

collection 30:6
  42:23 43:9
  62:16
come 4:20
  18:18 20:10
  41:25
comes 67:15,24
comfortable
  10:10 58:17
coming 21:10
  36:5 38:8,23
  56:25
comment 50:17
  51:6
commercially
  6:22
commission
  45:2
commissions
  45:2
commitment
  12:9
committee 1:13
  2:7 5:25 6:3,9
  6:14 7:17 8:12
  10:25 14:1
  18:9 42:5
  44:16 45:4
  58:7 60:1 62:5
  62:19
common 48:11
  61:23 67:1
communicati...
  48:25 49:4

communities
  63:4
community
  63:7
companies 3:8
  3:13 9:18 11:4
  11:18,20 12:23
  13:1,8 15:18
  32:20 47:6
  62:24 65:7,12
  65:14 67:3,22
compared
  49:25
compelling
  48:13 54:15
  57:8
complained
  47:1
completely 3:4
  4:3,6
compliance
  8:10 28:7
comports 16:2
computer
  48:25
conceded 47:22
concerning
  42:16
concerns 63:13
conditions
  54:23
conduct 15:16
  29:4,16

confirming
  56:4
congratulations
  23:15
consent 5:12,15
  5:20 6:25 7:5
  7:11 8:9,14 9:4
  9:5 11:9 40:19
  41:17,24 45:15
  48:4,12 50:12
conservative
  46:9
consider 13:15
  35:21 50:1
considering
  15:11 17:16
conspicuously
  7:25
constantly
  43:12
constitute 3:23
constitutional
  40:5 41:2,18
  50:13
constitutional...
  40:12
consumer 3:24
  17:13 67:13
consumer's 3:1
consumers 40:3
contact 11:17
contending
  15:3

content 7:24
8:17 15:16
28:25 29:3,5
29:15,21,22
41:1,13 42:21
44:24 46:11
47:2 48:6
context 28:3
contract 11:7
12:1,7 15:22
30:16 40:24
41:5
contracts 5:15
11:12 13:19
15:19 17:15
29:25
control 17:10
45:25
convenience
16:13
conversations
22:11 25:24
cornerstone
63:22
corporate 3:9,9
9:18 32:23
65:13
corporations
15:5
correct 54:11
cost 17:4
counsel 44:18
58:21

country 69:12
couple 45:1
54:5 65:18,19
court 12:2 16:3
40:9,14 41:10
45:5 46:22
courts 13:25
40:16 45:6
covered 62:13
cox 6:12
crazy 61:13
create 40:8
68:6
creates 43:12
creating 5:9
credit 13:5
creepy 66:12
crisis 15:2
critical 15:11
cross 49:4
culture 2:10
curious 52:13
current 16:3
49:11 50:2
currently 3:3
50:12
customer 5:9
cvs 16:21
cybersecurity
43:18
cycle 34:1

**d**

dad 62:21
dads 14:25
daily 35:5
dallas 18:11,18
36:24 38:16
dangerous
60:23 66:10
dangers 60:14
dark 25:7
data 8:1,3,4,5,8
8:16 11:23
30:5 42:22
43:8,9,13
45:16 50:8
52:2 62:16
data's 11:8
date 9:9 11:20
13:3 69:16
daughter 57:16
day 20:13,15
days 37:12
dc 14:17 18:18
dealing 33:4
deborah 39:9
46:18,19
decades 40:15
deceptive 5:17
decide 12:6,8
29:12 47:23
deciding 31:11
decision 29:5
63:11

declaration
47:13
declaring 47:8
deep 40:4
defend 40:23
defending
12:22
defense 3:7
9:13
definitely 64:9
degree 21:7
delete 8:3
democracy
63:22
demographic
50:4
demographics
3:24 49:24
deny 7:13
department
10:22
describe 25:11
55:10 65:18
described
52:16,17 55:20
55:22 56:2,6
57:10 58:1,9
58:16,18 59:5
59:5,7 61:9,18
describing 2:9
description
25:14 50:25
55:11 58:4

**descriptions** 8:17 26:10
**deserve** 20:3,11 37:15
**design** 15:14
**designed** 13:18 13:23
**desirable** 4:2,8
**desperately** 43:2
**despite** 41:16
**detail** 63:21
**details** 52:10
**determine** 65:1
**determined** 38:6
**detox** 4:21
**develop** 8:24 14:20
**developed** 17:1
**developer** 7:10 7:11 26:16
**developers** 8:22 9:3 13:12 17:6 47:6 63:4 64:2
**development** 17:18
**device** 17:8 19:3 28:17 40:5 47:6
**devices** 7:14 17:11 19:22,24 21:15 24:23

48:4
**difference** 2:23 19:3 32:10 36:4 63:19 68:3
**different** 16:24 34:14 45:1 51:23 54:5,9
**differently** 26:4
**difficult** 31:18
**difficulties** 31:23
**digital** 3:4 4:20 10:17 14:16,25 15:12 27:10 30:1,19 40:11 42:18,25 43:3 60:19
**digitally** 30:7
**diploma** 37:22
**direction** 3:16
**director** 39:25
**disassociation** 33:10,11
**discretionary** 4:3,7 67:18
**diseases** 37:10
**disorder** 33:10 33:11
**display** 7:16,22 7:24
**displaying** 7:19
**distinguished** 62:4

**district** 63:14
**doctor** 33:21
**doctors** 33:22 33:23
**doing** 9:15 16:2 26:21 31:9 34:3 37:1 38:9 38:11 43:15 65:7
**dollar** 15:18
**doom** 31:1
**door** 34:18 63:6
**doors** 22:1
**dovetails** 16:24
**download** 7:8 11:5
**downloaded** 12:13
**downloading** 48:3
**downloads** 46:20
**dr** 3:21
**drafted** 63:3
**drags** 67:19
**draw** 17:15
**draws** 24:25
**dressing** 34:3
**drink** 22:20
**driver's** 13:6
**dropped** 20:19
**drugs** 18:23 19:1,13,15

20:23 23:4 34:7 38:21
**due** 51:17
**duties** 6:17
**duty** 35:10

## e

**e** 69:1
**earlier** 46:12
**easy** 13:9 31:19 37:17
**eat** 22:20
**ecosystem** 16:23 28:16
**educate** 60:8
**effective** 9:9
**effectively** 62:12
**effects** 2:8,11 32:13,15
**efforts** 48:16
**eight** 37:4
**either** 7:8 38:9
**eleven** 16:21
**embody** 4:2
**emphasis** 28:10
**empower** 12:5
**empowered** 47:1
**enable** 36:2
**encouragement** 23:16
**encourages** 50:1

encroach 45:20
encryption
  43:10
enforceable
  13:24
enforcement
  5:16,24
enforcing 5:14
engage 60:7
engineered
  15:4
english 28:9
ensure 7:11
  16:3,20
ensuring 15:11
  43:6,9
enter 13:5
  15:19 63:11
entered 5:15
  13:3
entering 15:22
enterprise
  44:20
entertainment
  41:19 47:21
entities 10:19
  12:19
epstein 3:21
equip 5:22
equipped 47:2
equipping 2:23
era 43:11
escalated 22:16
  22:17

especially 13:5
  17:16 25:13
  30:5
essential 17:22
essentially 28:4
established
  45:21
estimate 40:6
  49:16
estimating
  62:15
estimation
  49:11,15,20
  50:3,5,11
et 11:17
evaluating
  49:14 63:15
eventually
  47:22
everybody
  53:15
evidence 15:8
evident 49:17
exactly 38:11
  43:6 45:3
example 22:4
  41:14 53:25
  54:4
examples 25:18
  27:20 65:20
excellent 48:8
except 67:4
exclusive 9:7

exclusively
  67:18
excuse 7:20
excused 39:6
  68:18
exercise 45:8
exist 20:6 38:1
  66:7
existing 17:2
exists 67:2
expansive 3:4
expect 60:25
expectations
  3:12
expected 11:13
experience 8:20
  28:6 35:17
  55:10,24
experiences
  36:12
expert 54:22
experts 43:18
explain 2:3 6:4
explaining
  25:18
explicit 66:1,13
exploitation
  18:16
exploited 19:11
  25:4
exploiting 23:4
  47:7
exposed 22:5
  25:19 42:16

  56:16,18,19
exposing 42:21
exposure 4:24
expression
  44:21
extensive 37:24
extent 26:11
extra 31:22
  64:25 65:7
extreme 41:14
eye 9:22 19:25
  21:17

f

f 69:1
face 22:18,18
  45:20 49:18
facial 49:11,19
facility 4:18
facing 50:12
fact 19:22
  27:15 29:20
  41:6 46:4
  53:25 62:14
factor 6:23
factors 49:23
fail 41:10
failed 45:11
faith 9:3 36:23
fall 17:20
false 46:6 49:23
families 9:16
  17:22 32:6
  50:8

**family** 20:8
21:4 42:13
**family's** 7:14
**famously** 53:25
54:3
**fan** 14:9
**far** 21:15
**farmer's** 34:20
34:21
**faulty** 51:20
**favor** 14:17
60:2
**fcc** 28:13
**feature** 29:19
**features** 5:20
8:18 45:25
**federal** 12:2
45:6 50:13
**feedback** 49:7
**feel** 29:13 57:21
61:14
**feels** 44:14
**felonies** 37:24
**fend** 15:1
**fervent** 62:20
**fight** 44:25
**fighting** 39:3
**figure** 61:15
**figures** 22:22
**figuring** 28:11
**filing** 60:3
61:21
**filters** 47:2

**finally** 9:9
13:14 47:11
63:13
**find** 11:24 19:7
27:14 33:19
56:6 66:5,6
**fine** 10:12 59:8
**fingers** 47:7
**firms** 49:5
**first** 3:6 4:24
9:12 13:17,22
13:23 15:15
16:5 17:22
18:6 21:23
27:11 35:8,23
36:23 39:20
40:20 41:4
45:8 49:6
50:22 53:5,14
53:19,22 54:7
54:13,21 55:24
63:20
**fits** 46:5
**fitzgerald**
30:13
**fitzgerald's**
30:21
**fitzpatrick** 10:7
10:8 18:1,6,10
23:11 24:3,9
24:12,19 25:17
26:2 32:18
33:1,2 35:14
36:11,18,22

**fitzpatrick's**
50:22 54:25
55:4 57:3
**five** 2:14 18:21
**fix** 67:1
**fizz** 66:8
**flatten** 46:7
**fly** 38:14
**focusing** 13:18
**follow** 11:20
25:10 41:21
52:19 67:4
**following** 6:15
**follows** 5:3
**forced** 41:8
**foregoing** 69:4
**foremost** 35:9
**forgot** 32:13
**forward** 23:23
43:23
**found** 41:12,15
61:3
**foundation**
42:7,11
**founded** 60:5
**four** 2:14
**framework**
5:23 14:20
15:14 16:25
43:20
**frankly** 17:11
**free** 44:20,20
46:23 53:2

**freeman** 63:14
**friend** 28:13
**friends** 61:9,19
66:10,15
**front** 40:15
**fronts** 35:22
**fruit** 31:22
**full** 14:24 61:11
**fully** 49:8 50:15
**functionality**
8:20
**fundamental**
43:15
**further** 7:4,13
41:17 43:8
**future** 2:19
46:8 62:9,11

**g**

**game** 4:17
20:20 37:18
**games** 22:11
25:24
**gap** 43:19
**gate** 16:11,22
**gated** 63:4
**gatekeeper**
63:7
**gateway** 42:20
60:19,20
**gating** 17:3
**gee** 39:10 42:3
42:6 44:3,7

**general** 3:23
43:16 44:17
**generally** 49:24
**gentlemen** 24:6
26:25
**getting** 27:10
27:15 66:2
**girl** 18:21
19:17 38:7,23
**girls** 35:2 37:2
**give** 10:14
11:19 26:9,13
26:20 36:16
38:22 39:22
42:2 44:11
46:6 52:18,21
59:15,20,24
60:16 65:3,19
**given** 17:12
29:10 45:14
58:16
**gives** 31:7
**giving** 19:15
24:14,15,22
**glad** 18:5 21:25
**go** 12:17 14:5
15:21 16:1
18:4 20:2
24:10,17 27:16
30:17 33:8
34:9 35:2,25
36:21 37:21
38:3,20 44:12
46:17 48:22

56:23 61:13
62:2,23
**goal** 44:23 49:8
**god** 20:23
36:23 37:3,6,9
37:15 38:12
**goes** 43:7
**going** 12:15
13:15,21 18:20
21:22 26:5
27:13 28:18
29:12,15 31:5
31:10 33:18,19
34:19 36:2,13
38:14 39:2
54:13,21 56:9
61:4 64:21
65:18,24
**good** 3:9 9:3,18
28:13 39:11,23
48:7,7,23
52:24 62:3
**google** 11:4
12:14,17 15:24
65:1
**government**
9:14 41:24
43:14,15 46:5
53:6,21 54:15
**governor** 6:12
**grace** 20:23
**grade** 20:20
**graduate** 20:18

**graduated** 21:5
**grandchildren**
31:17
**grandkids** 2:17
**grandmother**
2:14
**grassroots**
10:19
**grateful** 2:21
18:8
**great** 12:20
14:11 44:15
**greyson** 39:10
42:3,6 44:7
**griffin** 40:17
**grocery** 34:9
**groom** 19:22
22:15,22
**grooming**
18:24 22:16
34:4
**group** 61:15
**groups** 50:4
**grow** 20:16
**growing** 60:10
**grown** 19:18
21:6
**guardian** 7:3,6
7:10
**guardrails** 3:5
**guess** 22:23
**guiding** 45:21
**guys** 44:19
56:14

**h**

**hand** 55:24
**handled** 16:7
**hands** 3:11
21:11 29:6,17
36:1
**hanging** 31:21
**happen** 24:5
**happening**
19:20 34:17,17
34:24,25 68:4
**happens** 11:24
11:25 22:24
67:8
**happy** 44:14,14
44:15 52:19
**hard** 20:21
31:4
**harder** 13:21
**harm** 11:24,25
12:2 13:12
32:16 42:20
65:10
**harmful** 2:11
32:12,14 44:24
**harmonize**
28:5
**harms** 15:7
60:9
**harvested** 68:1
**havoc** 27:25
**head** 34:10

**health** 15:2
  17:17,18 30:25
  33:3
**hear** 12:21 18:3
  24:17 30:22
  39:19 50:24
  55:10,16,16
  56:13 57:2
  68:3
**heard** 2:8 3:16
  23:24 33:2
  46:11,22 57:14
  62:17
**hearing** 1:13
  41:22 68:22
**heart** 18:20
**heck** 30:2
**held** 12:18
  14:13
**help** 2:22,24
  21:9 26:22
  27:1 31:10
  32:24 35:21
  36:13 37:6,6
  38:4 44:2
  66:22
**helped** 14:19
  15:14
**helping** 23:22
**hey** 25:1
**high** 17:16
  20:18 21:5
  37:22

**higher** 49:24
**highlighting**
  26:18
**highly** 4:2
  40:13
**history** 15:5
  31:20 63:17
**hit** 11:6
**hitchhiked**
  19:6
**hold** 16:16
  50:14 54:21
**holds** 17:19
**home** 34:17
  44:14 60:13
  63:11
**homeless** 23:3
**honors** 48:12
**hope** 18:9
  30:22 53:4
**horny** 66:18
**house** 19:14
**huge** 14:9 41:7
  67:13
**hughes** 2:1
  3:19 6:2 9:25
  14:3 17:25
  23:10,14 24:16
  36:7 39:4,21
  41:25 42:4
  43:25 44:8
  46:15 48:20
  50:20,24 51:3
  51:8,11 52:3,6

  52:21,24 53:11
  53:18 54:1,6
  54:12,24 55:3
  55:6,9,19,25
  56:8,16,19,22
  57:2,5,9,24
  58:6,12,21
  59:3,9,15 60:1
  61:25 64:4
  68:12,17
**human** 18:12
  20:11
**hundreds**
  27:20
**hurt** 14:13
**hyde** 69:3

**i**

**idea** 12:22
  36:16 63:18
**identity** 62:14
  63:8
**ids** 63:6
**illinois** 19:7
**illness** 33:9
**illustrated**
  41:14
**image** 49:21
**imagine** 19:20
**immune** 41:2
**impacting**
  10:21
**impinge** 54:13

**implement** 9:11
  50:11
**implementati...**
  6:24 9:1
**implemented**
  45:25
**implications**
  30:6
**important** 2:16
  3:10,13 11:1
  30:10 31:14
  61:22
**impose** 12:23
  41:7
**imposing** 41:11
**impression**
  46:6
**inappropriate**
  42:21
**incase** 55:16
**including** 66:13
**inclusive** 62:10
**income** 67:14
  67:17
**incorporates**
  6:9
**increasingly**
  60:20
**indicate** 56:20
**indicated** 56:17
**indifferent**
  15:6 29:21
  32:12,14,15
  65:10

indiscernible
13:16 29:8
59:17
individual
51:10
individual's
6:20
individually
63:6
individuals
50:6 65:9
industries
47:18
industry 9:20
12:12 46:25
47:5,21 48:14
49:1 62:9
industry's 15:1
influenced
49:20
information
8:23,25 11:16
11:24 13:1,12
36:1 43:11
50:7 65:15
infrastructure
17:2
initially 24:4
initiative 60:6
injunctions
40:22
input 6:10
inside 60:14

insight 31:8
inspiration
23:16
instances 8:13
institute 14:16
49:13
intentionally
17:20
intentioned
40:7
intentions 48:8
interact 13:7
interaction
27:11 31:2
interactions
49:22
interest 48:13
54:16,17
interesting
63:16
international
49:2
internet 17:9
44:20
intersection
42:14
intervention
5:3
introduce
10:14 14:4
18:4 39:22
42:2 44:10
46:16 48:22
59:23 62:2

introduced
18:23
investing 23:17
invited 10:5
involved 44:25
48:2
ipads 46:2
iphone 12:15
64:11,14,16,16
64:22
iphones 46:1
issue 12:20
40:5
issues 30:25
41:19

j

january 2:7
9:10 46:22
job 43:15
jobs 38:19
joel 10:6,7 14:6
14:14 27:3
29:1,7,18 32:2
john 10:6,7,16
10:16 15:20
30:12
johnny 39:12
39:24 57:1,4,7
57:13 58:3,11
joint 2:7
joy 35:10
judge 28:25
29:3,15 44:4

63:14
judges 50:14
judging 29:4
judicial 45:17
july 69:16
jury 12:19
justice 10:23
41:20 47:18

k

kampis 39:12
39:20,23,24
56:24 57:1,4,7
57:13 58:3,11
keep 16:6 43:18
60:22
keeping 8:10
keeps 39:2
kept 19:15
key 63:19
kick 22:1
kid 17:10 29:11
34:9 61:11
kiddos 33:4
kids 2:16 9:21
9:23 13:10,13
14:13,24 15:6
16:17,20 17:5
19:24 20:3,11
20:17 21:9
22:13 24:11,14
26:21,22,23
27:2,10 30:4
30:16,23 32:25

33:7,23 38:10
42:16 43:18
60:25 61:5,6
61:24 65:3,8
66:22 68:3
**kind** 10:10
31:14 53:13
64:12 65:3
**kinds** 3:15,17
53:16 67:6
68:1
**kingdom** 63:18
63:19
**knew** 22:25
60:11
**know** 3:19 4:5
4:21 13:2
18:17 20:1,8
20:15 21:13
22:4 24:14,21
24:24 25:5,6,7
25:8 27:8,13
29:10,14 30:16
32:4,7,8 33:4,5
33:6,8,10,12,13
33:14,16,17,23
34:11,24 35:2
35:4,7,8,12
36:2,19 37:2
37:25 38:11,22
43:6 44:8,19
45:24 47:19
51:12,12 52:8
52:25 53:11,12

53:15 55:23
56:14,25 57:19
57:21,22 59:4
62:19 63:10
64:11,24 67:3
67:7,11
**knowing** 31:4
**knowingly**
26:16
**known** 44:1
53:1
**knows** 7:12
**kouri** 39:13
59:11,14,19
62:3,5 64:9,13
64:19 68:9,16

**l**

**lack** 31:1
**lady** 55:6 59:16
**laid** 4:13
**lancaster** 37:4
**landscape**
42:18 45:14
**language** 6:17
7:1 8:2 66:1,13
**large** 17:6
41:12
**largest** 3:24
**latitude** 11:22
**law** 6:12 9:8
30:16 40:25
41:5,14 51:14
53:15

**lawmakers**
50:1
**laws** 17:14
40:21 45:10,19
50:14
**lawyer** 10:23
52:25
**lawyers** 11:3
**layout** 67:12
**lays** 2:2
**leader** 14:8
**learned** 4:19
38:10
**learning** 20:6
**lease** 54:16
**ledanski** 69:3
**left** 15:1 39:16
59:22 68:23
**legal** 14:20
15:17 16:9
45:14,20 47:8
69:11
**legalese** 11:14
**legislates** 12:10
**legislation** 2:22
6:15 17:23
40:13 42:24
44:23 45:5
48:10,17 50:10
63:15
**legislative**
63:17
**legislators**
63:17

**legislature** 40:4
48:1,17
**letter** 58:15
**level** 52:17
**leverages** 16:8
**liable** 16:16
**license** 13:6
50:6
**lies** 28:21
**life** 5:9 19:1,2
20:3,6,12,17,24
37:14,19 38:2
38:8,17,20
**lifeline** 42:25
**lift** 13:9
**light** 12:11
**likely** 4:24 5:2
12:17
**limit** 53:22
**limitations**
40:10 50:2
**limiting** 43:9
**line** 3:7 9:13
17:15
**list** 11:17 45:13
**listed** 27:21,22
50:17
**listen** 11:2
25:12,14
**listening** 21:14
52:8
**literally** 2:15
4:18 61:6

litigation 62:19
little 3:21 19:17
  24:16 53:2
live 20:3,6,12
  31:19 37:13
  38:1
lived 20:4
living 37:16
loan 30:17
long 8:4 35:25
  42:11 45:21
  53:1
longer 5:1,4
  7:12 22:18
  23:6
longitude 11:22
look 16:21 27:9
  27:24 33:18
  34:6 43:23
  45:2 58:19,24
looked 23:19
looking 2:17
  39:12 59:18,20
  66:2
looks 59:18
loopholes 47:8
lost 38:19
lot 13:14 22:14
  27:18 30:18
  33:8 34:14
  37:18 47:19
  67:23 68:4
love 23:1

low 31:21
lower 40:16
lucrative 3:14

**m**

made 61:14
maintains 8:7
major 16:25
majority 41:21
make 2:22 9:17
  12:20 14:12
  15:20 17:1
  19:2 25:3,5
  28:8 30:17
  32:21 36:4
  37:9 44:19
  53:3 58:15
  61:9,18 63:11
  66:15 68:2
makes 4:7
  61:13
making 23:21
  29:5 63:5
man 19:15
  34:12
mandate 7:18
  7:21 40:5 46:5
mandated 11:9
mandates 43:5
  45:7
mann 39:9,10
  48:21,23,24
  50:21,23 51:2
  51:6,10,16

52:19,23 56:9
manufacturers
  40:6 62:13
march 1:15
market 4:8 5:5
  5:7 30:1 67:13
  67:22
marketed 4:11
marketing 3:22
marshall 39:14
  59:11,14,19
  62:1,3,5 64:9
  64:13,19 68:9
  68:16
material 8:15
materially 8:19
materials 59:13
matter 20:22
  23:21 29:25
  32:11 38:20,21
  46:4
maximally 15:5
mean 27:11,20
  27:21 28:8
  31:17 37:23
  58:22 66:4,21
meaningful 5:3
  43:2
means 9:17
  29:20 50:7
  54:17
measure 2:4
measures 50:12

mechanism
  5:16 48:8
media 2:8,10
  22:15 27:18
  30:1 40:18
meet 61:9,19
  66:9
members 2:6
  10:1 42:4
  44:16 59:9
  60:1 62:5,19
  68:13
men 49:25
mental 17:17
  30:25 33:3,9
mention 26:8
mentioned
  13:11 25:10
  55:14 56:24
  62:17
mentor 22:13
  22:14 38:8
merchants
  41:19
method 6:22
methodology
  49:10
mic 36:19
  39:18
microphone
  18:3 24:17
  48:22
millions 40:2

**mind** 15:15
 16:6
**mindful** 35:4
**minds** 2:11
**mineola** 69:14
**minor** 3:23
 5:12 7:2,7,13
 13:2 47:24
 48:4 52:1
**minor's** 7:5,7
 7:10 51:19
**minors** 2:8 3:3
 6:19 11:5
 12:24 15:20
 30:18 42:21
 44:24 57:15
 61:16
**mirror** 6:11
**misguided**
 26:11
**misrepresent**
 26:16
**misrepresent...**
 26:12
**mission** 44:19
 60:7
**mississippi**
 45:12
**mistake** 15:20
**mister** 52:4
**mobile** 28:16
 28:17 42:19
**model** 27:5

**modernization**
 26:25
**modernize**
 24:11 27:1
 30:10
**modernizes**
 30:16
**modernizing**
 24:1,7
**modes** 22:10
 25:23
**modification**
 8:15
**molested** 18:21
**mom** 19:7,8
 20:9 34:13
 60:13
**moment** 11:21
 11:21
**moms** 14:25
 22:12
**monetization**
 8:18
**monetize** 11:22
**monetized**
 11:17
**monetizing**
 9:22
**money** 4:1,6
 38:3 67:4,20
 67:23
**monitoring**
 8:10

**monopoly**
 12:18
**mood** 33:15
**morning** 3:17
 4:11 39:23
 48:24 62:4
**morris** 16:19
**mortar** 2:25
 28:2
**mother** 2:14
 19:1 22:21
**movement**
 20:25 21:2
 37:19
**multi** 15:18

**n**

**n** 69:1
**name** 10:16
 14:14 18:7,10
 39:24 44:3,9
 48:24 56:14
 60:1
**name's** 42:6
**national** 18:15
 45:2 49:13
**natural** 3:6
 9:12
**navigate** 3:3
**ncose** 18:16,17
 21:1
**necessarily**
 16:17

**necessary**
 48:14
**need** 8:3 9:17
 22:19 23:8
 24:1 32:20,23
 32:24 33:22
**needed** 22:25
 38:18
**neighborhood**
 63:9
**neither** 41:3
**netchoice** 40:16
 44:18 56:1
 58:23 59:4
**netchoice's**
 53:4,7 56:11
**network** 7:15
**neutral** 41:2,13
**neutrality**
 41:16
**never** 33:17
**new** 8:13,18,24
 60:15 61:9
 66:9
**ngl** 18:17
**nicotine** 4:14
**night** 37:1
**non** 18:17 21:8
 38:13 60:4
**normal** 22:9
 25:22
**north** 4:18
**note** 14:14
 67:16

**noted** 4:10
**notes** 49:19
  56:17,20
**notice** 7:24
**notify** 5:12 7:9
**numerous**
  50:13
**ny** 69:14

**o**

**o** 69:1
**obligate** 11:15
**obligation** 12:7
**obtain** 5:11 7:5
  8:24 40:18
**obtained** 9:5
**obtaining** 8:9
**obviously** 4:25
  30:15
**offer** 49:9
**offerings** 46:7
**office** 14:9
**oh** 20:13
**ohio** 19:7 45:11
**okay** 18:6
  24:19 29:11,12
  33:20 58:16,19
  64:20
**old** 11:13 18:22
  18:22 19:6
  26:7 34:23
  38:25 39:1
  47:20 51:15
  56:7 57:15,16

60:17 64:24
  65:4 69:12
**olds** 21:9 38:15
**once** 17:8 20:20
  22:22 60:24
**ones** 46:12
  65:25
**ongoing** 33:9
**online** 34:25
  41:15 44:24
  45:22,24 49:9
  50:11 60:9
  63:1,25
**onus** 16:11
**open** 10:2,5
  14:1 26:20
  39:7
**openness** 49:7
**opinion** 62:18
**opportunities**
  2:19
**opportunity**
  4:20 20:17
  43:22 50:19
**oppose** 40:3
  44:22 45:5
  64:3
**opposed** 67:3
**opposition** 49:1
  62:7
**options** 22:10
  25:23
**oral** 46:23
  47:17

**order** 7:7
**organization**
  10:18 58:8
**outside** 37:5
  60:11
**overall** 17:18
**overcoming**
  23:15
**overreach**
  43:14
**own** 8:6 15:1
  19:1 21:8 32:4

**p**

**paid** 38:19
**pair** 67:7
**pairs** 37:4
**panel** 23:12
  39:13 50:22
  59:10 64:6
**parallel** 24:5
**pardon** 54:2
**parent** 7:3,5,6
  7:10 8:9 9:4
  12:7 15:12
  17:7,9 25:13
  26:4 29:10
  31:4,11,24
  33:21 35:23
  47:23,25 57:15
  57:19,21
**parent's** 24:21
  29:14 45:21

**parental** 5:11
  5:15,20 6:25
  8:14 9:5 11:9
  40:19 41:17
  45:15,25 48:4
  48:12 50:12
**parented** 31:25
  35:13
**parenting**
  35:10
**parents** 2:23
  3:6,11 5:13,23
  9:12 12:6
  13:10 15:11
  16:1 17:5
  26:10,13,20
  29:6,17 31:3,8
  31:23 33:5,13
  35:9,22,23
  36:1 41:23
  43:1,17 47:2
  47:13,19 48:2
  48:7,9 67:15
  67:16 68:7
**parker** 4:13
**part** 9:16,21
  11:2 26:9,19
  28:11 32:22
  45:13 64:16
**particular**
  13:20
**particularly**
  46:2 57:17

**parties** 15:25
**partisan** 18:17
**pass** 48:17,18
**passing** 17:13
  17:21
**past** 3:20
**path** 38:4
**patron** 16:15
**paxton** 2:3,5
  6:4,6 10:4,25
  13:11 14:7
  18:8 21:1 22:2
  23:12,13 25:9
  25:25 26:3
  28:22 29:2,9
  30:8 31:12
  32:3,19 34:15
  35:6,15 36:8
  36:20 42:4
  44:16 52:4
  55:15 58:13
  60:3 61:22
  64:5,7,10,15,20
  65:22 67:10
  68:10,13
**pay** 4:4 33:25
  34:11 38:2
  67:16
**paying** 23:22
**payment** 4:6
**pdi** 36:25 37:7
  37:8
**pedaling** 46:11

**pedophiles**
  61:12
**pending** 68:23
**people** 19:10
  32:15,16 34:22
  37:14 58:25
  61:10 65:8,11
**perfect** 59:8
**permission**
  11:19
**permutations**
  53:16
**perp** 61:8
**perpetuating**
  15:9
**person's** 49:16
**personal** 8:1,3
  43:8 46:10
  50:7,8 52:2
  57:18
**personally**
  44:25 58:17
**perspective**
  24:10
**pervasiveness**
  2:10
**petitioner's**
  46:24
**philip** 16:19
**phone** 11:16
  13:3,7 14:9
  19:3 24:4
  60:25 64:8,12
  64:23 65:2,3

  66:2 67:8
**phones** 19:21
  21:11 34:2
**photo** 49:18
**physical** 17:17
  49:17
**physically**
  34:24
**pic** 66:17,18
**pick** 10:11
**picking** 37:2
**pictures** 24:24
**pixel** 12:16
**placed** 50:14
**places** 64:1
**placing** 17:3
  63:1
**platforms**
  40:18 43:7
  45:24
**play** 12:14,17
  22:9 25:22
**playing** 60:10
**please** 37:6
  48:18 61:15
**plus** 22:6,12
  25:11,15,19
**point** 26:12
  28:15 29:19
  31:14 41:3
  47:7,17
**police** 19:8
**policies** 8:6
  15:24

**policy** 14:20
  17:14 39:25
  42:7,10
**porn** 46:25
  47:4,5,18
**pornography**
  16:16 53:25
  54:4
**position** 2:21
  51:12,13,16,25
  52:12,13,15
  53:5,7 56:1,11
  57:25 58:23
**positioned**
  14:19
**positive** 49:23
**possibilities**
  41:24
**potential** 5:8
  40:20
**pouring** 37:5
**power** 29:5,16
  31:8 41:22
**powerful** 15:4
  30:14,22
**practices** 5:18
  42:22 43:13
**prayed** 37:3
  38:6
**precedent** 16:3
  40:9
**precisely** 27:5
**precursor** 4:14

**predators**
11:24 20:2
22:14,21 31:22
60:21
**predatory**
42:22
**prerogatives**
45:21
**prescription**
16:9
**present** 68:20
**presents** 40:4
**president** 14:15
**pretty** 24:24
**prevent** 16:9
41:22
**prevents** 53:5
**previsions** 12:3
**price** 27:9
**principle** 15:18
16:25
**principles**
15:15
**prior** 41:23
**privacy** 8:6
12:25 13:10
15:24 40:8
50:9
**private** 5:17
**proactively**
47:14
**probably** 56:24
**problem** 15:9
61:23

**problems** 38:17
**proceedings**
69:5
**process** 11:6
33:9
**product** 16:12
16:18
**products** 3:2,18
4:11,14 5:6
15:4,8,25 16:8
16:17,20 28:7
**professor** 28:9
**profit** 21:8
38:14 49:3
60:4 68:1
**profitable** 5:5
**program** 36:25
**progress** 14:16
49:12 62:6,8
**prohibitions**
30:18
**prohibits** 5:14
13:11
**promoting**
12:25 43:16
**pronounce**
44:9
**pronouncing**
44:3
**proponents**
40:23
**proposal** 16:8
**proposals**
40:24

**protect** 2:24
9:15 13:10,15
14:24 21:11,20
21:21 25:2
27:1 32:24
46:3 47:10,15
48:8,13 61:1,7
61:24 62:25
63:23 65:16
66:24 68:3
**protecting** 2:16
9:21 17:21
24:2,11 44:24
49:8 53:6 60:9
62:20
**protection** 8:1
17:13 30:10
40:1 43:3,20
57:25
**protects** 43:8
53:14 65:8
**proud** 17:23
20:25 21:25
23:6
**provide** 42:24
50:6
**provided** 9:8
**providers** 47:5
48:6
**provides** 4:19
5:16 7:22 9:2
43:1,19 48:11
48:14

**providing** 5:23
50:3
**provision** 6:19
**public** 39:7
42:7,10 66:5
68:22
**publicly** 5:21
**published**
49:14
**purchase** 3:1
7:8
**purchases**
16:15 46:21
48:3
**purchasing**
16:20 27:9
**purposes** 8:5
**pushed** 19:16
27:15
**put** 10:18 13:21
22:17 25:3
64:23
**puts** 3:10 29:4
30:19
**putting** 17:22
28:8,20 29:16
36:1 64:17

**q**

**quality** 49:21
**question** 12:21
12:24 13:22
25:10 52:22
58:14

questionable 40:14 46:11 57:14

questions 10:1 13:24 14:1 36:9 42:1 43:24 59:10 68:13

quick 58:14

quickly 13:25

quite 66:19

quote 22:8

quoting 25:21

**r**

r 69:1

radar 16:1

raining 37:5

raise 20:10 26:22,23 31:18

raised 63:14

ran 60:13

rated 25:11,15 25:19 61:5 66:9,15

rates 22:6 49:23

rather 47:2

rating 7:16,19 7:19,22,23,24 8:17 26:16,17

read 10:6,7,16 10:16 50:25 55:11 57:11

63:17

reading 61:3

reads 30:12

ready 10:13 12:8 66:2

real 43:2 61:10

reality 9:24 14:24 42:16 60:24

really 24:24 28:4 31:9 32:11,25 35:7 55:24

reason 17:14 26:17 30:9

reasonable 3:11 6:22

reasons 50:16 50:16 64:2

receive 8:22 9:3

recent 50:10

recently 45:10 49:14

recognize 3:13 4:22 31:15,17 53:19

recognized 6:4

recognizes 2:2

reconnected 21:5

record 17:12 37:24 53:8 69:5

records 8:10

reduces 17:4

refuse 47:14 48:15

regarding 4:14 6:16 7:16 8:1 8:11,21 9:2

region 49:21

register 13:4

registered 68:19

regulate 15:16

regulating 29:24

reign 14:12

reinvent 17:2

relate 6:18

related 45:16

relatively 12:11

reliably 50:3

relies 15:17

relinquish 52:1

rely 16:19

remains 40:13

remarked 63:16

remedies 9:6,8

remember 3:20

remove 6:19

removes 7:18 7:21 8:2

rent 4:4

rephrases 7:1

report 49:14,19 50:18

reports 51:20

represent 3:14 40:3 58:25

representing 46:25 48:25 49:3

request 6:20

requesting 6:19

require 16:14 46:20 52:1 62:13,15 65:6

required 8:14 65:1

requirements 3:12 41:18 45:15,16

requires 5:10 6:21,25 7:4,9 8:8 47:10

requiring 6:20 8:2 40:18 47:3

rescued 36:23

research 4:23 42:15

resident 63:6

residents 63:5

respect 51:17

respectful 62:6

respectfully 64:2

respond 56:10 58:7,18

**responsibilities**
17:4
**responsibility**
35:9 47:12,15
48:6 57:18
62:25 63:25
**responsible**
63:7 65:15
**restate** 7:20
**restricted** 3:2
**restrictive**
54:17
**retailers** 3:15
**revenue** 3:15
**reverse** 53:14
**reverting** 44:2
**review** 45:17
56:9 58:7
66:11,11
**reviewed** 50:15
**reviewing**
58:17
**reviews** 66:5,10
66:20
**revokes** 7:11
**rid** 68:5
**ride** 38:10
**right** 12:3 18:9
21:12,20 23:20
24:15 25:15
28:7,9,10,10
29:4 32:1,18
34:17 35:14
37:24 39:10,14

39:16 40:10
44:7 45:3
51:21 52:10
54:14 56:20
57:12 59:16,21
59:22 63:22
67:16
**rightly** 28:18
**rights** 41:7
45:8
**risk** 43:12
**risks** 40:8
**road** 37:4
69:12
**robust** 43:5
45:25
**role** 2:20 9:14
**route** 62:22
**ruled** 45:6
**rules** 54:8
**run** 16:4 40:22
41:18
**runs** 13:16

**s**

**sad** 14:24
**sadly** 35:12
**safe** 36:13
43:18 44:20
60:22
**safeguards**
48:14
**safety** 17:13
46:7 50:9

63:25
**sale** 16:7
**samsung** 12:16
**sat** 11:10
**saved** 36:25
**savvy** 47:20
**saw** 60:12
**saying** 13:19
23:25 40:24
41:23 63:18
65:23 66:22
**says** 4:23 25:15
27:16 28:15
61:11 66:12
**sb** 1:14 14:21
45:14 60:2
62:7,12 63:24
**scalia** 41:20
**scapegoated**
47:12
**scared** 66:19,22
**scenes** 20:2
**schizophrenia**
33:12
**school** 20:18,19
21:5 34:3 35:2
37:21,22 53:16
**screen** 4:16
65:25
**scrolling** 30:25
31:1
**scrutiny** 41:3
**seat** 10:9 39:14

**second** 16:25
41:11 52:7,7
61:17
**section** 7:1 49:4
**security** 46:6
**see** 9:14 18:23
19:24,25 24:5
27:25 34:1,9
38:7 44:15
63:17 66:19
**seeing** 68:22
**seem** 58:5
**seen** 2:13
**sees** 17:11
66:20
**sen** 2:1,5 6:2,6
9:25 14:3
17:25 23:10,13
24:16 25:9,25
26:3 28:22
29:2,9 30:8
31:12 32:3,19
35:6,15 36:7
36:20 39:4,21
41:25 43:25
44:8 46:15
48:20 50:20,24
51:3,8,11 52:3
52:4,6,21,24
53:11,18 54:1
54:6,12,24
55:3,6,9,19,25
56:8,16,19,22
57:2,5,9,24

58:6,12,21
59:3,9,15
61:25 64:4,7
64:10,15,20
65:22 67:10
68:10,12,17
**senate** 1:13 2:2
3:10 4:13 5:10
10:2,5 14:11
18:13 39:7
42:8 43:1
46:19 48:18
49:1 68:19,21
**senator** 2:3,21
3:19 4:13 6:2,4
6:7 10:1,3,25
13:11 14:7
18:8 21:1 22:1
23:12 27:3
28:18 34:15
36:8,8 44:15
52:7 55:15
58:13 60:3
61:22 64:5,13
68:9,13
**send** 67:5
**sends** 6:3
**sense** 30:20
48:11 61:23
65:9 67:1
**sent** 66:18
**separate** 61:16
**separately** 8:25

**september** 9:10
**service** 8:16
11:7 12:1,24
15:23 30:3
47:5
**services** 16:10
40:11
**serving** 45:1
**set** 64:16,23
**setting** 64:17
**seven** 34:23,23
**several** 22:10
25:23 33:3
**sex** 49:21
**sexual** 18:16
22:10 25:23
**sexually** 23:3
**share** 44:23
47:14 61:2,4
**shared** 8:17
24:6 62:25
**sharing** 23:14
**she'll** 59:16
**shield** 43:12
**shifts** 63:24
**shock** 67:25
**shoes** 67:7
**short** 17:20
**should've** 47:1
**shoulders** 63:2
**show** 24:24,25
54:15
**showing** 24:20
51:20

**side** 16:4 21:1
24:21 37:4
**sided** 11:12
**sign** 11:7
**signature** 69:8
**signed** 6:12
**signs** 34:11
36:3
**similar** 40:21
63:15
**simmons** 39:9
46:18,19
**simple** 30:20
**simplify** 6:24
9:1
**simply** 17:7
24:1
**single** 3:24
28:15 29:20
**sir** 30:9 39:21
44:7 57:1 62:3
64:8
**sit** 22:18
**sites** 47:4
**situation** 35:19
**sivadge** 39:8
59:12,20
**six** 49:15
**sixth** 20:19
**size** 46:5
**small** 17:6
**smartphone**
60:15

**smartphones**
32:9
**social** 2:10
22:15 27:18
30:1 31:1
40:18
**society** 34:8
47:16
**sociopaths**
32:17,23 65:11
65:13
**socks** 37:5
**software** 7:17
8:11 49:15
**solution** 48:11
61:23
**solutions** 47:9
69:11
**solve** 12:20
**somebody**
18:25 21:22
**son** 57:16,16
**sonya** 69:3
**soon** 66:19
**sophisticated**
15:19
**sorry** 24:20
35:16 55:1
56:18
**sort** 5:2 23:25
24:6
**sound** 26:5,6
51:4 57:12

**source** 3:14
**space** 30:2
**sparks** 39:14
    59:12,19,23,25
    60:2 65:21,24
**speak** 10:24
    14:19 55:24
    56:4
**speaking** 18:11
**specifically**
    6:14 26:13,21
    28:24
**speech** 13:20
    40:25 41:6,7
    41:12,15 46:23
    53:2,20 54:6
    68:4
**spelling** 44:5
**spend** 4:1
**spendable**
    67:14
**spending** 4:3
**spent** 10:22
**spicy** 22:9,9
    25:22,22
**sponsor** 49:6
**sponsoring**
    10:25
**stage** 37:23
**stages** 22:16
**stakeholder**
    6:10
**stakeholder's**
    17:1

**stakes** 17:16
**stamping** 11:21
**stand** 20:25
    23:7 25:1
**standard** 15:17
    16:9
**standards**
    49:13
**start** 10:13
    15:13 24:9
    38:21 39:15
    59:22
**started** 23:3
**starting** 21:8
    32:5 38:13
**starts** 34:4,5
**state** 1:13 2:20
    35:21 41:21
    46:24 50:10
    54:16
**state's** 31:11
    48:12
**stated** 34:15
**states** 40:22
    45:11 47:8
**stay** 5:2 38:6,6
    60:11,23
**step** 9:21 16:4
    17:22 35:23
    47:3
**stick** 33:20
**stop** 12:5 14:24
    21:12 27:19

**store** 6:11,16
    6:18 7:4,9,18
    7:19,22,23 8:5
    12:13,14,16,18
    14:18 15:21
    16:11,13,14,16
    17:8 18:13
    22:8 25:21
    27:12 34:9
    40:6,23 42:9
    46:20 51:1,19
    55:12 64:1
    66:20,25
**stored** 8:16
**stores** 2:25 5:10
    5:14,21 6:17
    6:21 7:2 8:2,3
    8:23 17:4,15
    17:19 24:22
    27:15,17 28:16
    28:19 43:6
    63:4 66:6
**story** 23:15
**strength** 42:12
**stretches** 40:15
**strong** 15:8
    17:12
**strongly** 14:2
    49:20
**structured**
    12:12 15:16
**students** 2:18
**studied** 42:14

**study** 2:8
**stuff** 34:4 37:3
    38:19
**submit** 41:8
**substance** 4:15
**substantial**
    5:13 40:8
**substitute** 5:25
    6:3,5,9,14 7:18
    8:12
**suddenly** 67:8
**sue** 12:2
**suffering** 15:7
    30:23
**sufficiently**
    41:11
**suite** 15:25
    69:13
**sum** 17:19
**summer** 3:20
    3:20
**super** 58:17
**supermarkets**
    16:21
**supplier** 16:18
**support** 9:16
    11:1 14:2
    17:23 18:12
    42:8 48:9 49:8
**supporters**
    62:20
**supporting**
    48:1

| | | | |
|---|---|---|---|
| **supports** 48:12 | **teach** 57:19 | **terrific** 30:13 | 17:23,25 18:7 |
| **supreme** 16:3 | **teacher** 2:17 | **test** 54:18,20 | 23:8,10,13,14 |
| 40:9,14 45:5 | **tech** 9:20 11:3 | **testify** 14:17 | 23:23 25:25 |
| 46:22 | 11:18,19 12:22 | 36:5 42:7 | 26:18,24 28:22 |
| **sure** 9:17 14:12 | 13:1,8 14:12 | 43:23 44:15 | 30:8 31:12 |
| 17:1 25:3,5 | 15:1,6 47:20 | 50:19 68:19,21 | 35:5,6,7 36:5,6 |
| 28:8 37:9 53:4 | 48:5 62:8 | **testifying** 60:2 | 36:7 37:9 39:4 |
| 58:15,16,24 | 65:14 67:3 | **testimony** 3:16 | 39:5,6,23 42:3 |
| 65:21 67:24 | **technological** | 3:21 10:2,5,15 | 43:22,25 44:5 |
| **surely** 66:5 | 50:2 | 14:4 18:1 | 46:13,18 48:18 |
| **surveilled** 30:7 | **technologies** | 23:11 28:23 | 48:20,23 49:6 |
| **survive** 45:16 | 51:23 | 30:14,21,22 | 52:25 59:25 |
| **survivor** 18:12 | **technology** 3:8 | 32:25 39:5,7 | 60:3 61:20 |
| **sweep** 37:1,8,8 | 3:12 9:18 | 39:22 42:2 | 62:3 64:7 |
| **swipe** 61:19 | 10:20 32:14,20 | 44:1,11 46:16 | 65:16,17 67:9 |
| **syllable** 28:10 | 42:15,17 49:4 | 48:21 50:21,22 | 68:7,8,9,10,12 |
| **system** 8:24 | 49:14 51:18 | 54:25 55:4,14 | 68:14,16 |
| **t** | 62:10 67:2 | 55:17 56:10 | **thankful** 36:10 |
| | **teen** 66:9,16 | 57:3 58:7 | **thanks** 20:23 |
| **t** 69:1,1 | **teenagers** 31:2 | 59:11,24 62:1 | 23:11 42:1 |
| **table** 39:18 | 31:5 | 64:5 65:16 | 46:15 50:20 |
| **take** 33:21 38:3 | **teens** 61:12 | **testimony's** | 52:8 59:10 |
| 39:10 58:23 | **telecom** 39:25 | 68:22 | 61:25 64:4 |
| 66:23 | **tell** 19:5 22:13 | **texan** 21:25 | 66:17 |
| **taken** 52:9 | 52:11 60:13 | **texas** 1:13 2:20 | **thayer** 10:7,8 |
| **takes** 29:20 | 67:5 | 18:11,19 30:17 | 14:6,15 27:3 |
| **talked** 3:21 | **telling** 60:23 | 38:16 42:6,10 | 29:1,7,18 32:2 |
| 36:11,15 53:2 | **ten** 18:22,25 | 45:13 46:24 | **theories** 15:14 |
| 55:9 | **term** 8:4 11:6 | 47:1 48:1 60:5 | **thing** 20:9 |
| **talking** 58:22 | 32:13 | 60:6 | 29:10 33:7 |
| **target** 11:23 | **terms** 8:15 | **texas's** 17:12 | 36:11,18,22 |
| 31:20 | 11:25 12:23 | **thank** 2:6,6 6:6 | 38:15 |
| **taxpayers** 40:1 | 15:23 30:3 | 6:7 9:25 10:3 | **things** 2:12 |
| 40:2 57:25 | | 10:23 14:3,6,7 | 19:23,25 21:15 |

21:16 23:24
28:5 31:25
32:8,21 34:14
35:8,19 67:6
**think** 12:21
14:22 16:24
19:12 20:14
24:2 26:19
27:22 29:10
31:13 32:21
35:20,25 36:3
44:9 53:3,7
56:4 57:6,10
58:3 59:1
60:14,22 61:4
62:22 66:25
67:6,7,24
**thinking** 32:7
32:20
**third** 15:24
**thoughts** 26:25
30:9 49:10
**thumb** 13:21
**ticket** 62:18
**tied** 13:25
**tiktok** 27:21,24
**time** 9:11,20,24
11:11 17:24
18:22 19:5
23:20 31:18
38:7 53:1
65:13,14 67:9
68:23

**times** 32:22
33:3
**tired** 37:14
**titles** 6:15
**today** 12:22
15:11 16:8
20:14 28:6
30:23 31:23
34:8 36:6,16
38:1,2 42:8
43:23 44:23
46:12 48:24
49:10 50:19
51:14,16 52:11
66:3
**today's** 42:18
**together** 10:18
**told** 19:8,16
**tom** 39:9 48:23
48:24 50:23
51:2,6,10,16
52:19,23
**took** 37:9 63:18
**tool** 3:10
**tools** 2:23
49:11,16 50:3
**top** 3:25
**touch** 12:11
**touting** 5:22
**track** 17:12
**trade** 5:17
44:18 49:3
**traditionally**
16:6

**trafficked**
20:14 25:7
**traffickers**
19:10 20:1
**trafficking**
18:12 20:11
30:24 33:7
**tragedy** 23:17
**transaction**
29:24
**transcript** 69:4
**transparency**
5:24 43:20
68:6
**trauma** 33:8
**treats** 63:3
**tremendously**
67:21
**tried** 60:14
65:25
**trillion** 15:18
**triple** 22:9
25:22 26:6
**troubles** 38:17
**true** 64:22 69:4
**truly** 18:7
33:19
**trust** 47:2
**trying** 14:12
62:23
**turned** 18:22
19:6 27:7
**turning** 9:22

**twelve** 37:12
**twice** 56:24
**two** 12:19
15:15 19:19
28:5,7,19
34:20,20 37:7
38:19
**type** 7:23 66:17
**typically** 27:14

**u**

**unacceptable**
48:5
**unchanged**
17:9
**unchecked**
42:22
**uncomfortable**
10:11
**unconstitutio...**
41:13,16 45:9
45:19
**under** 9:7 16:1
53:19,21 54:7
**underlying**
15:13
**underneath**
35:3
**underscore**
63:13
**understand**
11:13 12:4
33:6 54:18,20

**understood**
46:3
**unethical** 43:13
**unfavorable**
50:18
**unfortunately**
44:22 60:20
**uniform** 35:3,3
**uninvolved**
48:2
**united** 63:18,19
**unrealistic**
60:25
**unsafe** 61:14
**unseen** 2:13
**unusual** 58:23
**upbringing**
45:22
**urge** 40:3 64:3
**use** 6:22 13:6
17:1 22:14,21
42:17
**used** 8:8 11:8
19:13 23:1
32:13 44:5
50:6 51:18
**user** 4:24 5:1,4
8:20 22:7
25:20 28:6
62:15
**user's** 5:11 40:7
40:10
**users** 5:12,12
22:9 25:22

46:6 62:14
**using** 13:12
37:14 38:21
43:7 54:16
**usually** 16:1
**utah** 6:13 45:11
62:17,18

**v**

**v** 40:16 41:19
**value** 50:9,9
**van** 60:12,15
60:24
**vanessa** 39:8
59:12,20
**vapes** 21:16
**vaping** 3:17
**various** 40:11
**varying** 49:23
**verification** 8:4
8:9,21 17:5
40:13,19,21,23
41:5,8 43:5
45:7,10,15,19
46:20 47:4
49:10,16 50:11
51:18
**verified** 51:21
51:22,24
**verifies** 6:18
17:7
**verify** 3:1 5:11
6:22 9:4 13:4
40:6 51:19

62:13
**verifying** 63:7
**veritext** 69:11
**version** 8:13
**vice** 2:5 6:6
23:13 25:9,25
26:3 28:22
29:2,9 30:8
31:12 32:3,19
35:6,15 36:20
42:4 52:4 64:7
64:10,15,20
65:22 67:10
68:10
**video** 4:17
56:23
**violate** 40:9
**violated** 40:20
**violation** 9:6
26:15
**violations** 9:2
**voluntarily**
48:15
**vowed** 37:15
**vulnerable**
9:15 42:19
47:16 57:17

**w**

**waived** 12:3
**wake** 20:13,14
**walk** 16:13
20:25 34:13
37:22

**walking** 34:10
34:12
**want** 4:8 10:23
18:7 19:9 20:9
20:15 21:3,24
25:1,12,13
26:8,23 35:22
37:13,13 49:6
51:12,12 52:9
53:8 58:15,19
58:24 61:2,20
63:13 67:6,22
**wanted** 22:3
26:12 37:21,21
37:22 38:12
**washington**
14:16 18:18
**watch** 33:25
36:3 56:23
60:5,6
**watching** 32:4
**way** 2:15 12:11
13:6 16:2
19:18 26:14,23
27:1 30:11
35:25 37:16
45:3 51:24,25
52:1 61:15
62:18 67:1
68:2
**ways** 23:25
24:1 68:1
**we've** 3:15
42:14 53:1,1

| | | |
|---|---|---|
| **wearing** 66:16 | **woman** 19:18 | **x** |
| **web** 25:7 | 21:6 34:12 | **x** 22:9 25:22 |
| **week** 6:13 | **women** 22:14 | 26:6 |
| **weeks** 19:14,19 | 22:21 49:24 | **y** |
| 37:7 | 60:6,7 | |
| **welcome** 14:4 | **wonder** 24:8 | **yeah** 32:2 |
| 18:1,4 26:2 | 28:1 65:19 | **year** 11:13 21:9 |
| 42:1 44:10 | **wonders** 11:3 | 26:7 38:15,25 |
| 46:16 59:23 | **words** 16:18 | 39:1 47:20 |
| 62:1 | **work** 2:22 | 51:15 57:15,16 |
| **welfare** 42:11 | 14:11 49:12 | 65:4 |
| 43:16 | **working** 62:9 | **years** 10:22 |
| **wellbeing** 2:18 | **world** 3:4 28:1 | 11:2,4,11 14:1 |
| 42:25 | 30:19 31:6,18 | 18:22,22 19:6 |
| **went** 36:14 | 32:10 43:4 | 19:11,12 20:5 |
| **what'd** 57:9 | 60:19 | 20:24 23:2 |
| **wheel** 17:3 | **worlds** 31:3 | 34:23 45:1 |
| **white** 60:11,15 | **worried** 10:20 | 56:7 60:17 |
| **win** 5:7 17:11 | **worry** 50:8 | **yesterday** 66:2 |
| 17:11 | **worse** 15:6 | **young** 2:11 |
| **window** 26:10 | **worth** 12:6 | 21:9 38:7 |
| 26:20 | **worthless** | 47:15 66:15 |
| **windows** 60:12 | 23:20 | **younger** 4:23 |
| **wings** 38:14 | **wreaked** 27:25 | 4:25 |
| **wish** 21:21 | **wreck** 38:18 | **youngest** 34:22 |
| 37:24 | **writing** 52:12 | **youth** 2:10 4:20 |
| **wishing** 68:20 | 52:18,22 56:10 | 46:7 |
| **withstands** | 58:8 | |
| 41:3 | **written** 50:17 | |
| **witness** 2:9,9 | 59:13 62:12 | |
| 52:16 58:9 | **wrong** 44:10 | |
| **witnesses** 36:9 | **wrote** 41:20 | |
| 68:14,18 | | |