# EXHIBIT E

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660 |

## DECLARATION OF MICHAEL J. LAMBERT

Pursuant to 28 U.S.C. § 1746, Michael J. Lambert declares:

1.      My name is Michael J. Lambert. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am an attorney at Haynes and Boone, LLP and represent Plaintiff Computer & Communications Industry Association ("CCIA") in this case. The following statements are made within my personal knowledge and are true and correct.

2.      I submit this Declaration in support of CCIA's Motion for Preliminary Injunction.

3.      At the request of CCIA's counsel, Veritext Legal Solutions created a transcript of a YouTube video of the Texas Senate State Affairs Committee Hearing on March 31, 2025, which can be found online at https://www.youtube.com/watch?v=VlJiDzb50-Q. A true and correct copy of the transcript is attached as Exhibit E-1.

4.      On October 7, 2025, I visited the Texas Legislature's website located at https://www.capitol.texas.gov and obtained a copy of a Senate Committee Report of S.B. 2420. A true and correct copy of the report is attached as Exhibit E-2.

5.     I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 14th day of October, 2025.

/s/ *Michael J. Lambert*
Michael J. Lambert

# EXHIBIT E-1

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13  **Texas State Senate Affairs Committee Hearing**

14  **SB 2420**

15  **March 31, 2025**

16

17

18

19

20

21

22

23

24

25

                                        Page 2

1           CHAIR SEN. BRYAN HUGHES:  The Chair now
2    lays out Senate Bill 2420.  2420.  And recognizes
3    its author, Senator Paxton, to explain the
4    measure.
5           VICE CHAIR SEN. ANGELA PAXTON:  Well
6    thank you, Mr. Chairman.  Thank you, members.
7           In January, the joint committee to
8    study the effects of media on minors heard
9    witness after witness, describing the
10   pervasiveness of social media in youth culture,
11   and its harmful effects on young minds.
12          One of the things that became very
13   clear was that what is seen cannot be unseen.  As
14   a mother of four, and a grandmother to five with
15   one more on the way, there is literally nothing
16   more important to me than protecting my kids and
17   my grandkids, and when I was a teacher, looking
18   out for the wellbeing of my students and their
19   future opportunities.
20          Now in my role as a Texas State
21   Senator, I am grateful to be in a position to
22   work on legislation that can help make a
23   difference by equipping parents with tools that
24   can help them protect their children.
25          Unlike brick-and-mortar stores which

Page 3

1   must verify a consumer's age before the purchase

2   of age-restricted products like alcohol and

3   cigarettes, minors currently navigate the

4   expansive digital world completely without

5   guardrails.

6               Parents are the natural first and best

7   line of defense for their child.  But it's also

8   very clear that technology companies must be

9   corporate -- good corporate citizens.

10              Senate Bill 2420 puts an important tool

11  in the hands of parents, and some reasonable

12  expectations and requirements on our technology

13  companies.  It is important for us to recognize

14  that children represent a very lucrative source

15  of revenue to retailers of all kinds.  We've

16  already heard some testimony in this direction

17  this morning about vaping, and those kinds of

18  products.

19              Senator Hughes, I know you will

20  remember this summer -- this past summer, the

21  testimony of Dr. Epstein.  And he talked a little

22  bit about how in marketing, to children in

23  general, that minor children constitute one of

24  the single largest consumer demographics.

25              On top of that, unlike adults, the

Page 4

1    children who do have access to money to spend,
2    embody the very highly desirable characteristic
3    of their spending being completely discretionary.
4            They don't have rent to pay, they don't
5    have a car -- you know, they don't have a car
6    payment.  Their money is completely
7    discretionary, which makes them very, very
8    desirable to those who would want to market to
9    them.
10           Additionally, it's been noted already
11   this morning, that some products marketed to
12   children are addictive, such as in the bill that
13   Senator Parker just laid out, Senate Bill 1698,
14   regarding nicotine products.  This is a precursor
15   to substance addition.  But there are also
16   behavioral addictions such as screen addiction
17   and video game addiction.
18           There is literally a facility up north
19   that I've learned about, that provides the
20   opportunity for youth to come to do digital
21   detox.  So you know, to the brain, addiction is
22   addiction.  And we have to recognize that.
23           The research says that the younger the
24   age of first exposure, the more likely the user
25   is to become addicted.  Obviously, the younger

                                        Page 5

1    user is when they are addicted, the longer

2    they're likely to stay addicted without some sort

3    of meaningful intervention.  And it follows that

4    the longer a user is addicted, the more

5    profitable they are to those who market addictive

6    products to them.

7              The big win for those who market

8    anything to children, is the potential of

9    creating a customer for life.

10             Senate Bill 2420 requires app stores to

11   verify a user's age category, to obtain parental

12   consent for minor users, and to notify users and

13   parents of any substantial changes to the app.

14             It prohibits app stores from enforcing

15   contracts entered into without parental consent.

16   And it provides an enforcement mechanism through

17   a private cause of action and the Deceptive Trade

18   Practices Act.

19             It codifies some of the age

20   appropriateness and parental consent features

21   that many of the app stores are already publicly

22   touting that they do.  And it will better equip

23   parents by providing additional framework,

24   transparency, and enforcement.

25             I do have a committee substitute, Mr.

Page 6

1   Chairman.

2           CHAIR SEN. BRYAN HUGHES:  Senator

3   Bettencourt sends up the committee substitute.

4   Senator Paxton has recognized to explain the

5   substitute.

6           VICE CHAIR SEN. ANGELA PAXTON:  Thank

7   you, Mr. Chaiman.  Thank you, Senator

8   Bettencourt.

9           The committee substitute incorporates

10  stakeholder input and amends the bill to closely

11  mirror the App Store Accountability Act, which

12  was actually signed into law by Governor Cox in

13  Utah just last week.

14          Specifically, the committee substitute

15  does the following.  It titles this legislation

16  the App Store Accountability Act.  Regarding

17  duties of app stores, it amends language to

18  relate to how the app store verifies the age of

19  minors.  To remove the provision requesting --

20  requiring them to request the individual's age.

21          And instead, it requires app stores to

22  use a commercially reasonable method to verify

23  the age category, which is a factor that should

24  simplify implementation.

25          The bill requires parental consent.

Page 7

```
 1    And in this section, language rephrases to
 2    clarify to app stores that all minor accounts
 3    must be affiliated with a parent or guardian
 4    account.  It further requires an app store to
 5    obtain consent from the minor's parent or
 6    guardian through the parent account affiliated
 7    with a minor's account, in order for the minor to
 8    either download or purchase an app.
 9            And it requires the app store to notify
10    the app developer if a minor's parent or guardian
11    revokes consent, to ensure that the developer
12    knows that the child shall no longer have access
13    to the app.  And to deny the minor from further
14    accessing the app on all devices on the family's
15    network.
16            Regarding the display of the age rating
17    for the software application, this committee
18    substitute removes the mandate that an app store
19    rating -- an app store displaying a rating --
20    excuse me, let me restate that.
21            It removes the mandate that an app
22    store display a rating, and it instead provides
23    that if the app store has a rating, or other type
24    of content notice, it shall display the rating
25    clearly, accurately, and conspicuously.
```

Page 8

1          Regarding protection of personal data,

2    it removes language requiring app stores to

3    delete personal data, as app stores may need

4    long-term access to data for age verification

5    purposes and to collect and store data based on

6    their own privacy policies.

7          It maintains however, that it still

8    requires that data may only be used for age

9    verification, obtaining parent consent, and

10   monitoring and keeping compliance records.

11          Regarding changes to software

12   applications, the committee substitute clarifies

13   that in instances when apps have a new version,

14   parental consent is required again if it is a

15   material modification to an app's terms of

16   service; categories of data collected, stored, or

17   shared; alters rating or content descriptions;

18   adds new monetization features like

19   advertisements; or materially changes the app's

20   functionality or user experience.

21          Regarding age verification, it

22   clarifies that the app developers receive the

23   age-category information from the app stores, and

24   do not have to develop a new system to obtain

25   that information separately.  Again, this should

Page 9

1    simplify implementation.

2            Regarding violations, it provides that

3    app developers acting in good faith, to receive

4    age categories and verify that parent consent was

5    -- parental consent was obtained, are not in

6    violation of the act.  And it adds that remedies

7    under this act are not exclusive to any other

8    actions or remedies provided by law.

9            Finally, it changes the effective date

10   from September 1, 2025 to January 1, 2026 to

11   allow for time to implement.

12           Parents are again the natural first and

13   best line of defense for their children.  But we

14   also have a role in government to see that we are

15   doing our best to protect the vulnerable, that we

16   are there to support families.  And part of that

17   for us, means that we need to make sure that our

18   technology companies are being good corporate

19   citizens.

20           It is time for the tech industry to

21   step up and be part of protecting kids, not just

22   monetizing them, not turning a blind eye.

23           And Mr. Chairman, it's about our kids,

24   it's about reality, and it's about time.

25           CHAIR SEN. BRYAN HUGHES:  Thank you,

```
                                       Page 10
1    Senator.  Members, are there any questions for
2    the author before we open testimony on Senate
3    Bill 2420?  Thank you for this bill, Senator
4    Paxton.
5            We'll open invited testimony on Senate
6    Bill 2420.  And the Chair calls John Read, Joel
7    Thayer, Castanita Fitzpatrick.  John Read, Joel
8    Thayer, Castanita Fitzpatrick.
9            Have a seat anywhere you're
10   comfortable.  The chairs are all kind of
11   uncomfortable, but just pick any one.  You're
12   fine.
13           Since you're ready, we'll start over
14   here.  Introduce yourself and give us your
15   testimony.
16           JOHN READ:  My name is John Read.  I'm
17   with the Digital Childhood Alliance.  That's a
18   organization that's put together about 60
19   grassroots entities that care about children, and
20   are worried about technology and how it's
21   impacting children.
22           I spent 30 years at the Department of
23   Justice and am a lawyer.  And I want to thank you
24   Chairman for allowing us to speak, and the
25   committee, and Senator Paxton for sponsoring this
```

```
                                        Page 11
 1    important bill.  I support it.
 2              Listen for 17 years -- part of me
 3    wonders where the lawyers were at these big tech
 4    companies, Apple and Google.  For 17 years, Apple
 5    has allowed minors to download apps.
 6              And in do that process hit that term of
 7    service, that contract that they sign that binds
 8    the children and how their data's used.  And
 9    they've not mandated parental consent.
10              They've sat by while this has gone on
11    for 17 years.  And it's about time we do
12    something.  These contracts are one sided.  No
13    13-, 14-year-old can be expected to understand
14    them.  They're in legalese.
15              They obligate the child to -- often to
16    have their information in their phone, their
17    contact list, and et cetera, to be monetized by
18    the -- by the tech companies.
19              They give permission to the tech
20    companies to follow the child around.  And date
21    stamping moment by moment, where the child is in
22    longitude and latitude so that they can monetize
23    that data, target them with ads.  And sometimes,
24    predators find that information and harm happens.
25              And if harm happens, in those terms of
```

Page 12

```
 1    service, that contract, the child is not allowed
 2    to sue for the harm in federal court.  They've
 3    waived that right through arbitration previsions
 4    that no child can understand.
 5              So we're here to stop that.  Empower
 6    parents to decide is that app worth that
 7    contract, that obligation?  And so the parent
 8    gets to decide, is my child ready for that app?
 9    And is that commitment appropriate?
10              This actually legislates with a
11    relatively light touch because the way the
12    industry is structured, almost every app is
13    downloaded through the Apple App Store, or the
14    Google Play Store.
15              If you have an iPhone, you're going to
16    the App Store.  If you have a Samsung or a Pixel,
17    you're most likely to go through the Google Play
18    Store.  It's been held to have a monopoly by a
19    jury.  And so those two entities, if you can
20    solve the issue there, you make a great benefit.
21              The question I think you will not hear
22    today anyone defending the idea that these tech
23    companies should be able to impose terms of
24    service on minors.  So the question is what we do
25    about it.  This is very privacy promoting.  The
```

Page 13

1   information that the tech companies have, they

2   already know if you're an adult or a minor.

3           Your date is entered into your phone

4   when you register it.  They verify it on the

5   backend, especially if you enter a credit card,

6   or a driver's license, or the way you use and

7   interact in your phone.

8           So the tech companies already have it.

9   It's an easy lift for them.  And it allows

10  parents to protect the privacy of their kids.  It

11  also as Senator Paxton mentioned, prohibits

12  developers from using that information to harm

13  kids.

14          Finally, a lot of these bills that you

15  are going to consider to protect children,

16  there's an argument whether (indiscernible) runs

17  afoul the First Amendment.

18          This is designed not to.  By focusing

19  on contracts instead of saying here's a

20  particular category of speech that's -- we're

21  going to put our thumb on and say is harder to

22  access, you avoid a First Amendment question.

23          So it's designed to avoid First

24  Amendment questions, and should be enforceable

25  quickly.  Not get tied up in the courts for

1    years.  I'm open to questions that the Committee

2    may have, but I strongly support this bill.

3                CHAIR SEN. BRYAN HUGHES:  Thank you for

4    your testimony.  Welcome.  Introduce yourself and

5    go ahead.

6                JOEL THAYER:  Thank you, Mr. Chairman

7    for having me.  Thank you, Senator Paxton for

8    being such a leader on this.  As I said on the

9    phone, we're a huge fan of you and your office

10   and everything that you've done.

11               Also the work of this great senate and

12   trying to reign in big tech, and make sure that

13   they are held accountable when they hurt kids.

14               So on that note, my name is Joel

15   Thayer.  I am an attorney and also the president

16   of the Digital Progress Institute in Washington,

17   DC.  I'm here to testify in favor of the App

18   Store Accountability Act.  I am also well

19   positioned to speak on this bill as I helped

20   develop the legal and policy framework on which

21   SB 2420 is based.

22               But I think before we get into that,

23   let's begin with why we're even here.  We're here

24   to protect kids full stop.  The sad reality of

25   the digital age is that moms and dads have been

Page 15

 1   left on their own to fend off the tech industry's
 2   health crisis.
 3            Contending against the allure of
 4   products engineered by the most powerful
 5   corporations in history to be maximally addictive
 6   to kids.  Worse, big tech is not only indifferent
 7   to the harms children are suffering from its
 8   products.  But there is strong evidence that they
 9   actually may be perpetuating the problem.
10            This is why the act you all are
11   considering today is critical to ensuring parents
12   can indeed parent in the digital age.
13            Let's start with the underlying
14   theories.  We helped design the framework with
15   two principles in mind.  The first was that it's
16   structured to regulate conduct, not content.
17            It relies on a standard legal
18   principle.  Multi-trillion-dollar companies
19   cannot enter into sophisticated contracts with
20   minors.  Make no mistake, as my colleague John
21   alluded to, when you go onto an app store, you're
22   entering into a contract.
23            Through terms of service and through
24   privacy policies with Apple, Google, and third
25   parties to access a whole suite of products that

Page 16

```
 1    usually go under the radar for most parents.
 2               Doing it this way, it comports with
 3    current Supreme Court precedent to ensure that we
 4    -- not just side-step, but don't run afoul of the
 5    First Amendment at all.
 6               Keep in mind that this is traditionally
 7    how we have handled the sale of addictive
 8    products.  It's why the proposal today leverages
 9    a standard legal prescription, to prevent
10    children from accessing addictive services, where
11    the onus is on the app store to age gate the
12    product.
13               When you walk into a convenience store,
14    we require the store check for an ID when a
15    patron purchases cigarettes, alcohol,
16    pornography.  We also hold the store liable when
17    kids access these products, not necessarily the
18    supplier of the product.  In other words, we
19    don't rely on Philip Morris or Anheuser-Busch to
20    ensure kids aren't purchasing their products.  We
21    look to CVS, 7-Eleven, and supermarkets to age
22    gate.
23               The app ecosystem should be no
24    different.  I think this also dovetails into the
25    second major principle.  The framework was
```

Page 17

1    developed to make sure we use stakeholder's
2    existing infrastructure, and not reinvent the
3    wheel.  Indeed placing the age gating
4    responsibilities on app stores reduces the cost
5    of age verification on parents, kids, adults, and
6    app developers, large and small.
7              A parent simply verifies their child's
8    device once within the app store, and they're
9    done.  The internet is unchanged for the parent,
10   and they are still able to control what their kid
11   sees on their devices.  Frankly, it's a win-win.
12             Given Texas's strong track record on
13   passing consumer protection and child safety
14   laws, there is no policy reason why it should
15   draw the line at contracts on app stores,
16   especially when considering the high stakes it
17   has on children's mental health and physical
18   health and their overall development.
19             In sum, the act holds app stores
20   accountable when they intentionally fall short of
21   protecting children.  And passing the act is an
22   essential step in putting families first.  I'm
23   proud to support this legislation.  And thank you
24   so much for the time.
25             CHAIR SEN. BRYAN HUGHES:  And thank you

```
                                              Page 18
 1   for your testimony.  Ms. Fitzpatrick, welcome.
 2   And since you're on the end, you got to get close
 3   to the microphone so we can hear you.
 4             Welcome.  Introduce yourself and go
 5   ahead.  We're glad you're here.
 6             CASTANITA FITZPATRICK:  Okay.  First my
 7   name is -- I want to say thank you.  I'm truly
 8   grateful to be here.  Senator Paxton and the
 9   whole committee.  I hope I said that right.
10             But my name is Castanita Fitzpatrick.
11   I'm from Dallas, Texas and I'm here speaking as a
12   survivor of human trafficking to support the
13   Senate Bill 2420, the App Store Accountability
14   Act.
15             I am also an advisor to the National
16   Center on Sexual Exploitation, NCOSE.  And you
17   know, NCOSE is a non-partisan NGL based in
18   Washington, DC.  And I come here from Dallas,
19   Texas.
20             I'm just going to say from the heart, I
21   was that girl.  I was molested at the age of five
22   years old.  By the time I turned ten years old, I
23   was introduced to drugs and alcohol.  See that's
24   how grooming got me.
25             At the age of ten, somebody came up to
```

Page 19

```
 1   me with drugs because my mother had her own life.
 2   She chose her life over me.  And does that make
 3   any difference from a Apple phone or a device?
 4   No, they're still addictive.
 5            But I can tell you this, by the time I
 6   turned 11 years old, I hitchhiked from Chicago,
 7   Illinois to Cleveland, Ohio to find my mom.  And
 8   my mom told the police that's not my child; you
 9   can do whatever you want to do with her.
10            So my traffickers and the people that
11   exploited me, they had me for 31 years.  I was
12   out there for 31 years.  And if you think about
13   the drugs and alcohol, they used me.
14            I was in a house for like 12 weeks when
15   they kept giving me drugs and alcohol.  And a man
16   came and pushed me in the bathroom and told me,
17   "You're not a little girl anymore.  You're a
18   grown woman."  So they had their way with me for
19   two weeks.
20            Can you imagine what's happening to our
21   children that are on these Apple phones or these
22   devices because of the fact they groom you for
23   things that you're addicted to.
24            Our kids already see these devices and
25   see these things, and that they are eye-
```

Page 20

```
 1    appealing, you know.  And so the traffickers and
 2    the predators, they go behind the scenes to that.
 3              Our kids don't deserve to live the life
 4    that I've lived.  Like I said, they got me when I
 5    was 10.  And I was out there for 31 years, and
 6    I'm still learning how to live life and not exist
 7    in it.
 8              My family and I are just -- you know,
 9    my mom is gone now.  But one thing I do want to
10    say is, I come here to raise this awareness of
11    human trafficking because our kids do not deserve
12    to live the life like I had.
13              I didn't wake up one day and say oh, I
14    think I'll be trafficked today.  I didn't wake up
15    one day and say, you know, this is what I want to
16    be when I grow up.  I didn't have that
17    opportunity to have a kids' life.
18              I didn't graduate from high school.  I
19    dropped out of school when I was in the sixth
20    grade.  But once you're in that game, it's so
21    hard to get out.
22              And no matter if you're addicted to
23    drugs and alcohol -- thanks by the grace of God,
24    I've been out of the life for 14 years now.  And
25    I stand on this movement, and I'm proud to walk
```

Page 21

```
 1   on the side of NCOSE and Senator Paxton.  I am on
 2   this movement for this bill.
 3              Since then, I just want to add to that.
 4   Since then, like I said, my family and I got
 5   reconnected, but I have graduated high school in
 6   2019 as a grown woman.  I have achieved my
 7   associate's degree in 2022.
 8              And I am now starting my own non-profit
 9   to help 18- to 25-year-olds for these young kids
10   that's coming behind me.  We shouldn't have these
11   phones in their hands, but we should also protect
12   them because you can't stop them, right?  You
13   know.
14              And I was listening to the bill before
15   me with these devices and things like that as far
16   as the vapes and things like that.  They're very
17   appealing, they're eye-catching, they're
18   addictive.  It's just like having cocaine or
19   alcohol.  They're still an addictive agent.
20              How do we protect our children, right?
21   How do we protect them from that?  I wish
22   somebody had this bill going on in -- back in
23   1970 when they first got me.
24              And so in closing to what I want to say
25   is I am a proud Texan now.  I'm glad I've been
```

                                              Page 22

1    here to kick down some doors with you, Senator

2    Paxton.

3              And I also wanted to close with this

4    one.  You know, there is -- here's an example of

5    one of the apps.  It's called Exposed 2, that

6    rates from ages 12 plus.

7              And here's what the user does on these

8    apps.  They quote on the app store, lets our

9    users play normal, spicy, or triple x spicy

10   modes, with several options for sexual

11   conversations in games.

12             Based on moms and other adults  -- plus

13   kids that tell me, because I'm a mentor and I

14   mentor a lot of women -- predators use apps and

15   social media just to groom our children.

16             The grooming stages have escalated and

17   put -- they have escalated from when I was out

18   there.  It's no longer face-to-face, let me sit

19   you down over here.  Do you need something to

20   eat?  Or can I get you something to drink?

21             Because the predators use women, mother

22   figures, to groom our children.  And once they

23   befriend you or befriend our children, guess what

24   happens?  They have them.  They have them.

25             And so with me, they knew that I needed

Page 23

1    that love and that acceptance.  And so they used

2    that against me.  And for 31 years, I was out

3    there.  I was homeless until I started sexually

4    exploiting myself because I was addicted to drugs

5    and alcohol.

6            And I'm proud to say that I'm no longer

7    that, and I'm here to stand with you, beside you.

8    And whatever you need me to do, I'm there.  Thank

9    you so much.

10           CHAIR SEN. BRYAN HUGHES:  Thank you,

11   Ms. Fitzpatrick.  Thanks for your testimony.

12   Senator Paxton, you have the panel.

13           VICE CHAIR SEN. ANGELA PAXTON:  Thank

14   you Chairman Hughes.  Thank you for sharing your

15   story, and congratulations on your overcoming.

16   You're an inspiration and encouragement, and

17   you're taking a tragedy and you're investing

18   that.

19           Something that looked like it was

20   worthless, right?  At one time I bet, to you.

21   It's not.  It isn't.  You're making it matter,

22   and you're helping others, you're paying it

23   forward.  And we all thank you for that.

24           One of the things that I heard each of

25   you sort of saying is that in some ways, this

Page 24

```
 1   bill is simply modernizing ways that we need to
 2   think about protecting children.
 3            Ms. Fitzpatrick, this wasn't -- it
 4   wasn't the phone that got you initially.  But you
 5   see the parallel, how it does happen.  And both
 6   of you gentlemen, you shared that this is sort of
 7   a modernizing approach.
 8            I wonder if you just have any -- each
 9   of you -- we'll start with you Ms. Fitzpatrick,
10   and go across your perspective on how this will
11   modernize protecting our kids.
12            CASTANITA FITZPATRICK:  Like I said it
13   before, I was just -- was out there when I was
14   out there.  But it's giving our kids -- you know,
15   it's giving accountability, right?
16            CHAIR SEN. BRYAN HUGHES:  Get a little
17   closer to the microphone so we can hear you.  Go
18   ahead.
19            CASTANITA FITZPATRICK:  Okay.  I'm
20   sorry.  It's showing some accountability, you
21   know.  Not just on the parent's side, but it's
22   giving accountability to these app stores.
23            Because just like the devices, you
24   know, they show these really pretty pictures and
25   it draws them in.  But it does show some
```

Page 25

```
 1   accountability like hey, I do want to stand and
 2   protect our children.
 3           Let me put this on my app to make sure
 4   that this child does not get exploited.  Or let
 5   me do this and -- you know, to make sure that
 6   another child doesn't get -- you know, out there
 7   in the dark web and you know, and trafficked.
 8   You know.
 9           VICE CHAIR SEN. ANGELA PAXTON:  Let me
10   also ask a follow-up question.  You mentioned an
11   app that was rated 12 plus.  Could you describe
12   that again?  And I want everyone to listen.
13           Especially if you're a parent, I want
14   you to listen to this description of an app that,
15   right now, says that it is rated for 12 plus.
16   And then I'd like to address that.
17           CASTANITA FITZPATRICK:  Yes.  One of
18   the examples like I was explaining is an app
19   called Exposed 2.  Rated for 12 -- ages 12 plus,
20   and here's what the user does on the app.
21           Quoting from the app store, it lets
22   users play in normal, spicy, or triple x spicy
23   modes, where several options for sexual
24   conversations in games.
25           VICE CHAIR SEN. ANGELA PAXTON:  Thank
```

```
                                             Page 26
 1   you.

 2            CASTANITA FITZPATRICK:  You're welcome.

 3            VICE CHAIR SEN. ANGELA PAXTON:  Now any

 4   parent might assess that differently.  I'm just

 5   going to say, that doesn't sound like age 12 to

 6   me.  Anything with triple x in it doesn't sound

 7   like a 12-year-old appropriate app.

 8            However, I did want to mention that

 9   part of what this bill will do, is it will give

10   parents a window into these descriptions.  And to

11   the extent that they are misguided or

12   misrepresentative, I just wanted to point out

13   that the bill specifically does give parents a

14   way to address this.

15            And it is a violation for an app

16   developer to knowingly misrepresent an age rating

17   or reason for the rating.

18            So thank you for highlighting that.  I

19   think that's part of what this will do.  It will

20   give parents a more open window into what their

21   kids are doing.  More specifically, app by app by

22   app.  And it will help them to raise their kids

23   the way they want to raise their kids.

24            And so thank you for bringing that up.

25   Gentlemen, your thoughts on modernization or just
```

Page 27

1   how this will help modernize the way we protect

2   kids.

3               JOEL THAYER:  Well Senator, I couldn't

4   have said it better myself.  That's a -- it's

5   precisely what the model is based on and what

6   your bill actually would do.

7               What we did was we just turned -- we

8   basically said what does, you know, the

9   purchasing of addictive price look like in the

10  digital age?  And where are the kids getting it?

11              I mean your first interaction with all

12  of these apps are the app store.  It's not -- you

13  know, it's -- you're not going to billboards

14  typically to find out where they are.  They

15  getting pushed to app stores, and in fact, Apple

16  even says you must have these apps if you go on

17  these app stores.

18              And like a lot of them are social media

19  apps.  I wouldn't even stop at just that one app.

20  I mean that's one of hundreds of examples.  I

21  mean TikTok is listed as a must have app, and

22  it's listed as -- I think it's aged at 12 and

23  above.

24              And when you look at what TikTok has

25  done, and when you see the havoc it's wreaked,

Page 28

1   you wonder how in any -- in what world would that

2   be acceptable in any other brick and mortar

3   context?

4            So all we really did was essentially

5   harmonize two things.  One is how -- what is the

6   user experience today?  How are they accessing

7   these products?  And two, compliance, right?  I

8   mean you have to make sure that you are putting

9   the right, as my English professor would always

10  say, the right emphasis on the right syllable.

11           And part of that is just figuring out

12  where the chokeholds are.  And I can't say it

13  better than my good friend at the FCC, Chairman

14  Carr.

15           When he says the single choke-point of

16  the mobile ecosystem are these app stores, you

17  cannot access anything on a mobile device without

18  going through, as you rightly said Senator, one

19  of two app stores.  And all of this is, is

20  putting the accountability where the

21  accountability lies.

22           VICE CHAIR SEN. ANGELA PAXTON:  Thank

23  you.  And I also appreciate in your testimony,

24  you said very specifically, this bill doesn't

25  judge content.

```
                                        Page 29
 1            JOEL THAYER:  At all.
 2            VICE CHAIR SEN. ANGELA PAXTON:  It
 3    doesn't judge content at all.  It is -- it's
 4    judging the conduct, right?  And it puts the
 5    decision-making power for the content in the
 6    hands of parents.
 7            JOEL THAYER:  Yes.  That's
 8    (indiscernible).
 9            VICE CHAIR SEN. ANGELA PAXTON:  And you
10    know, any given parent might think one thing is
11    okay for their kid, and another -- or they may
12    decide I'm just going to blindly okay everything.
13            I feel for that child, but that's --
14    you know, that's a parent's choice.  So this
15    doesn't judge the content.  It's going at the
16    conduct, and it's putting the power back in the
17    hands of parents.
18            JOEL THAYER:  And if I may on that one
19    point, that's actually a feature, not a bug.  The
20    fact that it takes in every single app, means
21    that we are indifferent to the content.  We don't
22    care what the content is.
23            The action that we are after, the
24    transaction that we are regulating here, are
25    contracts.  And it has -- it doesn't matter if
```

Page 30

```
 1   it's a social media app, if it's a digital market
 2   space, or heck, even if it's a Bible app.
 3            If there's a terms of service
 4   associated with it, kids should not be assenting
 5   to anything.  Especially when there's data
 6   collection implications to that, and also the
 7   ability to be digitally surveilled.
 8            VICE CHAIR SEN. ANGELA PAXTON:  Thank
 9   you.  Sir, your thoughts on the reason it's
10   important to modernize our protection of children
11   in this way.
12            JOHN READS:  Yes.  So much has been
13   that's terrific, and Ms. Fitzgerald I just --
14   your testimony was powerful.
15            Let me say this.  This obviously
16   modernizes contract law that, you know, kids
17   can't go to banks and make a loan.  Texas has a
18   lot of other prohibitions on what minors can do.
19   It puts that in a digital world as well.  So in
20   that sense, it's very simple.
21            Ms. Fitzgerald's testimony was
22   powerful, but I hope you hear other testimony
23   about how kids are suffering today.
24            Just -- not with trafficking always,
25   but just mental health issues from scrolling and
```

Page 31

```
 1   the doom scrolling, and lack of social
 2   interaction.  As we have a -- we have teenagers
 3   that are in worlds that parents weren't in.
 4             So it's hard to parent knowing what
 5   your teenagers are going through because the
 6   world has changed.
 7             And so, this bill at least gives
 8   parents some insight, some power to say my
 9   child's doing really well, that's appropriate.
10   Or this isn't going to help my child.  And so the
11   state's not deciding, the parent is.
12             VICE CHAIR SEN. ANGELA PAXTON:  Thank
13   you.  I appreciate -- and I think that's an
14   important point for all of us to kind of
15   recognize.
16             Any of us who have children or
17   grandchildren, I mean we recognize it's a
18   difficult time to raise children, the world we
19   live in.  Children have always been the easy
20   target.  Always, throughout history.
21             Children are always the low-hanging
22   fruit for predators.  But one of the extra
23   difficulties that parents certainly have today,
24   is that they're having to parent their children
25   through things they themselves weren't parented
```

Page 32

1    through, right?

2              JOEL THAYER:  Yeah.

3              VICE CHAIR SEN. ANGELA PAXTON:  And I

4    know I'm watching this with my own children who

5    are all adults now, and are starting to have

6    their families.

7              And you know, they're thinking about

8    these things.  But you know, they had -- they had

9    cellphones.  They didn't have smartphones.  And

10   that's -- it's a world of difference.  And so it

11   really does matter.

12             We can't be indifferent to the harmful

13   effects as -- I forgot who used that term.  But

14   technology cannot be indifferent to the harmful

15   effects on children.  When people are indifferent

16   to the harm they cause, we call those people

17   sociopaths.

18             CASTANITA FITZPATRICK:  That's right.

19             VICE CHAIR SEN. ANGELA PAXTON:  And

20   technology companies need to be thinking about

21   how to make things better.  And I think many

22   times they are.  But we all have to do our part.

23             We don't need corporate sociopaths.  We

24   need everyone to be on board to help protect our

25   kids.  And I really appreciate your testimony.

Page 33

1  Ms. Fitzpatrick.

2            CASTANITA FITZPATRICK:  I heard it said

3  several times about the mental health aspect of

4  it.  You know, dealing with our kiddos and like,

5  the parents are not there.  You know, they don't

6  understand that aspect of it, you know.

7            One thing about trafficking and kids

8  that go through a lot of trauma, you know, it's

9  an ongoing process with the mental illness, you

10 know.  It's DID, disassociation disorder.  It's

11 not -- disassociation disorder, it's not just

12 schizophrenia, you know.

13           And parents can not -- you know, be

14 aware of your children.  You know, be aware of

15 their attitudes and their changing.  Their mood

16 changings, you know.  Don't just brush it off or

17 anything like that, because you never know what

18 your child is going through, until you look into

19 them and find out what's truly going on.

20           Just don't stick them in some, okay,

21 let me take you to the doctor.  No, parent them.

22 We don't need other doctors because you are your

23 kids' doctors.  You know your children better

24 than anybody.

25           But if you watch them, pay attention to

Page 34

```
 1   them, and see the changes and the cycle when
 2   they're on their phones.  And how they're
 3   dressing, and what they're doing in school, and
 4   stuff like that, because grooming starts when the
 5   child starts changing.
 6              And if you look at -- like with me like
 7   I said before, they got me with drugs and
 8   alcohol.  But even here in society today, you can
 9   go to the grocery store, and you see a kid that's
10   always walking with their head down.
11              Pay attention to the signs, you know.
12   They have a man or a woman walking behind them.
13   You're a mom, you walk beside your child.
14              So it's a lot of different things that
15   we can do, as you stated Senator Paxton, as a
16   whole.  Because -- just because it may not be
17   happening in your home, it's happening right next
18   door to you.
19              And I'm going to close with this.  In
20   Farmer's Branch there was two brothels.  Two
21   brothels in Farmer's Branch.
22              And people -- and these -- the youngest
23   child that was in it was seven years old.  Seven,
24   you know.  So it's not just happening physically,
25   it is happening online.
```

1           And that's how they have their -- you

2    know, the girls go to school, they have their

3    uniform on, but what's underneath that uniform?

4    You know.  So just be mindful of your children

5    daily.  Thank you.

6           VICE CHAIR SEN. ANGELA PAXTON:  Thank

7    you.  Thank you.  And you know, that really does

8    bring things back to, you know, first and

9    foremost, parents have the responsibility, and

10   the joy, and the duty, of parenting their

11   children.

12           And you know, sadly there are many

13   children who aren't parented.

14           CASTANITA FITZPATRICK:  Right.

15           VICE CHAIR SEN. ANGELA PAXTON:  And I'm

16   so sorry for how that affected you, and for that

17   experience that you had.

18           And there are many children in this

19   situation.  And that's one of the things that we

20   have to also think about, and we do.  We do

21   consider how we can help as a State on those

22   fronts.  But for those parents who do want to

23   parent, which is most parents, the first step is

24   certainly awareness.

25           And I think this will go a long way to

```
                                          Page 36
 1   putting some information in the hands of parents
 2   to enable them to know what's going on in their
 3   child.  Watch for those signs.  And I think it
 4   will make a big difference.
 5             Thank you all for coming to testify
 6   today.  Thank you, Mr. Chairman.
 7             CHAIR SEN. BRYAN HUGHES:  Thank you,
 8   Senator Paxton.  Senator, is there any other
 9   questions for these witnesses?
10             We're thankful for each of you.  Ms.
11   Fitzpatrick, one more thing.  You talked to us
12   about some of your experiences and how we can
13   help other children be safe from going through
14   what you went through.
15             And you talked about where you are
16   today.  Just give us some idea, how did you get
17   from where you were to where you are?
18             CASTANITA FITZPATRICK:  One thing -- I
19   know, my mic.
20             VICE CHAIR SEN. ANGELA PAXTON:  There
21   you go.
22             CASTANITA FITZPATRICK:  One thing is my
23   faith in God, first of all.  I got rescued August
24   6, 2010.  Those that are there from the Dallas
25   area, the PDI program saved me.
```

Page 37

1          They was doing a sweep that night.
2     They was, you know, picking up all the girls and
3     stuff like that.  I prayed out to God.  I was on
4     the side of Lancaster Road with eight pairs of
5     socks on.  It was pouring down raining outside.
6     I said God please help me, help me.
7          And two weeks later, they did a PDI
8     sweep.  And when they did that PDI sweep, they
9     took me, make sure I didn't have -- thank God I
10    didn't have any diseases.  I didn't have anything
11    like that.
12          But I was up for twelve days, and I
13    didn't want to do -- I didn't want to live this
14    life anymore.  I got tired of people using me,
15    and I vowed to God and myself, I deserve a better
16    way of living.
17          It hasn't been easy; I've been through
18    a lot since I've been out of the game, and been
19    out of the life.  But I've been on this movement
20    for -- ever since August 6, 2010.
21          And I wanted to go to school.  I wanted
22    to have my high school diploma.  I wanted to walk
23    across the stage and get that.  I mean I have an
24    extensive record right now.  I wish my felonies
25    would be gone, but they're there, you know.

Page 38

```
 1            But I live today -- I don't exist in
 2    life anymore.  I get to pay bills today.  I am
 3    like take my money; there you go.  I am -- and
 4    I'm just on this path now to help as many as I
 5    can.
 6            I stay determined; I stay prayed up.
 7    And every time I see another young girl that I
 8    get a chance to mentor, coming from the life and
 9    she's doing better for herself.  She either has
10    her kids back, or she learned how to ride the bus
11    like I did, then I know I'm doing exactly what
12    God wanted me to do.
13            And like I said, I'm starting my non-
14    profit, Fly with Both Wings.  And it's going to
15    be for 18- to 25-year-olds because one thing
16    Dallas, Texas does not do, is when you're out of
17    the life and you have troubles and problems --
18    like I was in a car wreck and I needed my bills
19    paid, and I lost two jobs, and all of this stuff.
20    But I don't go back to the life no matter what.
21            I don't start using drugs no matter
22    what because I know if I give up, then the next
23    girl coming behind me that's still out there,
24    because it is another Castanita out there.
25            There's another 10-year-old me still
```

```
                                                Page 39
 1   out there.   There's another 11-year-old me out
 2   there.   So that's what keeps me going because I'm
 3   fighting for them and not just myself.
 4              CHAIR SEN. BRYAN HUGHES:   Thank you for
 5   your testimony.   Thank each of you for being
 6   here.   You're excused.   Thank you very much.
 7              We'll open public testimony on Senate
 8   Bill 2420.   And the Chair calls Vanessa Sivadge.
 9   Deborah Simmons.   Bart Cleland.   Tom Mann.
10   Greyson Gee.   All right.   Mr. Mann, take that one
11   over there.   You're good.
12              Also looking for Johnny Kampis.   And
13   after this panel, we'll be calling Kouri
14   Marshall, Andrea Sparks.   Have a seat right there
15   on the end.   And we'll start over here on my
16   left, your right.
17              And for those of you on the end of the
18   table, you've got to get close to the mic so we
19   can hear you.
20              MR. KAMPIS:   Me first.
21              CHAIR SEN. BRYAN HUGHES:   Yes, sir.
22   Introduce yourself, give us your testimony.
23              MR. KAMPIS:   Good morning, thank you
24   for having us here.   My name is Johnny Kampis.
25   I'm the director of the telecom policy for the
```

Page 40

1    Taxpayers Protection Alliance.

2              On behalf of the millions of taxpayers

3    and consumers we represent, we urge you to oppose

4    the bill.  The legislature presents deep

5    constitutional issue from its mandate for device

6    manufacturers or app store to estimate or verify

7    their user's age.  Although well intentioned, the

8    bill would create substantial privacy risks, and

9    violate clear Supreme Court precedent with broad

10   age limitations, the user's right to access

11   various digital services.

12             The constitutionality of age

13   verification legislation remains highly

14   questionable.  Supreme Court caselaw on this

15   front stretches back decades.

16             In the lower courts, NetChoice v.

17   Griffin, 2023, case blocked an Arkansas bill

18   requiring social media platforms to obtain age

19   verification and parental consent to the

20   potential violated the First Amendment.

21             Similar, age verification laws in other

22   states have run into the same injunctions.

23   Proponents of app store age verification defend

24   age proposals by saying they are about contract

25   law not speech.

Page 41

```
 1            They also claim they are content
 2    neutral, and therefore immune from constitutional
 3    challenge.  Neither point withstands scrutiny.
 4            First, they claimed the age
 5    verification bills are about contract law, not
 6    speech, does nothing to change the fact they
 7    would impose a huge burden on the speech rights
 8    of adults forced to submit to age verification
 9    for accessing apps.  These burdens assure that
10    the bill will fail if challenged in court.
11            Second of all, imposing sufficiently
12    large burdens on speech will be found
13    unconstitutional, even if it is content neutral,
14    illustrated with an extreme example, a law that
15    banned all online speech would certainly be found
16    unconstitutional despite its neutrality.
17            Further, the parental consent
18    requirements of the bill run into constitutional
19    issues.  In Brown v. Entertainment Merchants
20    Association, 2011, Justice Scalia wrote for the
21    majority, "It does not follow that the state has
22    a power to prevent children from hearing or
23    saying anything without their parents prior
24    consent."  The possibilities of our government --
25            CHAIR SEN. BRYAN HUGHES:  We'll come
```

Page 42

1    back for questions.  Thanks very much.  Welcome.

2    Introduce yourself, give us your testimony.

3                GREYSON GEE:  Thank you, Chairman

4    Hughes, Vice Chair Paxton, members of this

5    Committee.

6                My name's Greyson Gee with the Texas

7    Public Policy Foundation, and I'm here to testify

8    today in support of Senate Bill 2420, the App

9    Store Accountability Act.

10               We at the Texas Public Policy

11   Foundation have long advocated for the welfare of

12   children, and the strength of the American

13   family.

14               As we've studied the intersection of

15   technology and childhood, our research has

16   exposed a concerning reality about kids and their

17   use of technology.

18               In today's digital landscape, our

19   children are more vulnerable than ever.  Mobile

20   applications have become a gateway to harm,

21   exposing minors to inappropriate content,

22   predatory practices, and unchecked data

23   collection.

24               This legislation would provide a

25   lifeline for our children's digital wellbeing.

Page 43

1   Senate Bill 2420 provides what parents have been
2   desperately asking for, real meaningful
3   protection for their children in the digital
4   world.
5             It mandates robust age verification,
6   ensuring that app stores know exactly who is
7   using their platforms.  But this bill goes
8   further.  It protects children's personal data,
9   limiting data collection, and ensuring
10  encryption.
11            In an era where children's information
12  is constantly at risk, this bill creates a shield
13  against unethical data practices.  Some may argue
14  that this is government overreach.  I argue that
15  it's government doing its fundamental job,
16  promoting the general welfare of its citizens.
17            Parents shouldn't have to be
18  cybersecurity experts to keep their kids safe.
19  This bill bridges that gap.  It provides a
20  framework of protection, transparency, and
21  accountability.
22            Thank you for the opportunity to
23  testify today, and I look forward to answering
24  any questions you may have.
25            CHAIR SEN. BRYAN HUGHES:  Thank you for

Page 44

```
 1   your testimony.  And I've known you for a while,
 2   and I just can't help reverting back to
 3   pronouncing your name Gee sometimes.
 4             There was a judge with the same
 5   spelling that used that -- but thank you, I
 6   apologize.
 7             GREYSON GEE:  It's all right, sir.
 8             CHAIR SEN. BRYAN HUGHES:  And I know
 9   how to pronounce your name but I think I did it
10   wrong.  Bart, welcome.  Introduce yourself and
11   give us your testimony.
12             BARTLETT CLELAND:  I'll go with what
13   you said, Mr. Chair.  Bart Cleland, I like that.
14   Happy to be here, happy to be back home.  Feels
15   great to testify.  Happy to see you, Senator
16   Paxton and members of the Committee.
17             I'm Bartlett Cleland.  I'm general
18   counsel for a trade associated called NetChoice.
19   You guys know us, but our mission is to make the
20   internet safe for free enterprise and free
21   expression.
22             Unfortunately, I have to oppose the
23   legislation today.  We do share your goal of
24   protecting minors and any harmful content online.
25   I personally have been involved in this fight for
```

Page 45

```
 1   over 25 years, serving on a couple different
 2   commissions to -- national commission to look
 3   exactly at the right way to accomplish this end.
 4            We do ask you, that is the committee,
 5   to oppose this legislation.  The Supreme Court
 6   and other federal courts have ruled that age
 7   verification mandates block access to the
 8   exercise of First Amendment rights, and that is
 9   unconstitutional.
10            Age verification laws have recently
11   failed in states California, Utah, Ohio,
12   Arkansas, and Mississippi.  And I would not like
13   to have Texas to be part of that list.
14            Given that legal landscape, SB 2420's
15   age verification, parental consent requirements,
16   and data related requirements, will not survive
17   judicial review.
18            But on the chance that they would,
19   unconstitutional age verification laws not only
20   face those legal challenges, but do encroach upon
21   parent's long-established prerogatives in guiding
22   their children's upbringing and online
23   activities.
24            Many online platforms as we all know,
25   have implemented robust parental control features
```

Page 46

1   already, not least of which are iPhones and

2   iPads, area of which I am -- particularly

3   understood that I chose to protect my children as

4   a matter of fact.

5           A one size fits all government mandate

6   will give users a false impression of security,

7   and will flatten the offerings for youth safety

8   in the future.

9           And in the end, I'm a conservative and

10  I believe in personal accountability.  Those

11  pedaling questionable content -- we heard about

12  some earlier today -- they should be the ones

13  called to account, not others.  Thank you very

14  much.

15          CHAIR SEN. BRYAN HUGHES:  Thanks for

16  your testimony.  Welcome.  Introduce yourself and

17  go ahead.

18          DEBORAH SIMMONS:  Thank you.  I'm

19  Deborah Simmons and I am for Senate Bill 2420 to

20  require age verification for app store downloads

21  and purchases.

22          In January, the Supreme Court heard

23  oral arguments in the free speech coalition case

24  against the state of Texas.  The petitioner's

25  attorney representing the porn industry

Page 47

1    complained that Texas should've empowered and

2    equipped parents to trust content filters rather

3    than taking the "very chilling step" of requiring

4    age verification for porn sites.

5            The porn industry, service providers,

6    application developers, and device companies

7    point fingers, blaming each other, exploiting

8    legal loopholes and declaring that states should

9    adopt solutions other than something that

10   requires each of them to protect children.

11           And then finally, the attorney

12   scapegoated all responsibility with the

13   declaration that parents should do better.  All

14   because they refuse to proactively share in the

15   responsibility to protect the young and the

16   vulnerable in society.

17           At one point in their oral arguments,

18   Justice Alito asked the porn industries'

19   attorney, "Do you know a lot of parents who are

20   more tech savvy than their 15-year-old children?"

21           The adult entertainment industry

22   attorney eventually conceded that access should

23   be up to a parent to decide what's appropriate

24   for their minor.  We agree.  Access should be up

25   to the parent.

Page 48

1          Texas legislature is again supporting

2    parents involved and uninvolved by blocking the

3    downloading of applications and purchases on

4    devices, unless a minor has parental consent.

5          It is unacceptable that the tech and

6    content providers avoid responsibility and burden

7    parents.  This is a good bill with good

8    intentions and an excellent mechanism to protect

9    children and support parents.

10          This legislation is one of the many

11    bills that provides a common-sense solution that

12    honors parental consent, supports the State's

13    compelling interest to protect children, and

14    provides necessary safeguards that the industry

15    and their allies refuse to do voluntarily.

16          We applaud the efforts of the 89th

17    legislature to pass each and every legislation to

18    that end.  Please pass Senate Bill 2420.  Thank

19    you.

20          CHAIR SEN. BRYAN HUGHES:  Thank you for

21    your testimony.  Mr. Mann, get close to the

22    microphone.  Introduce yourself and go ahead.

23          TOM MANN:  Thank you, Mr. Chair.  Good

24    morning, my name is Tom Mann.  I'm here today

25    representing the Computer and Communications

Page 49

1    Industry Association, in opposition to Senate

2    Bill 2420.  CCIA is an international not for

3    profit trade association representing a broad

4    cross-section of communications and technology

5    firms.

6              First, we want to thank the sponsor for

7    their openness to feedback on this bill, and we

8    fully support your goal in protecting children

9    online.  But we'd also like to offer some

10   thoughts today on age verification methodology.

11   Current tools like facial age estimation are

12   still a work in progress.

13             The National Institute of Standards and

14   Technology recently published a report evaluating

15   six software-based age estimation and age

16   verification tools, that estimate a person's age

17   based on the physical characteristics evident in

18   a photo of their face.

19             The report notes that facial age

20   estimation accuracy is strongly influenced by

21   algorithm, sex, image quality, region of birth,

22   age itself, and interactions between those

23   factors, with false positive rates varying across

24   demographics, generally being higher in women

25   compared to men.

```
                                        Page 50

 1          CCIA encourages lawmakers to consider

 2   the current technological limitations in

 3   providing reliably accurate age estimation tools

 4   across all demographic groups.

 5          Additionally, if age estimation is not

 6   used, and individuals must provide their license

 7   or personal information, that means collecting

 8   more personal data, which might worry families

 9   who value privacy as much as they value safety.

10          Recent state legislation that would

11   implement online age verification or estimation

12   and parental consent measures is currently facing

13   numerous constitutional challenges.  And federal

14   judges have placed many of those laws on hold

15   until these challenges can be fully reviewed.

16          For these reasons and the reasons

17   listed in my written comment, CCIA asks for an

18   unfavorable report.  And I appreciate the

19   opportunity to testify today.

20          CHAIR SEN. BRYAN HUGHES:  Thanks for

21   your testimony.  Mr. Mann, were you here for Ms.

22   Fitzpatrick's testimony on the first panel?

23          TOM MANN:  I was.

24          CHAIR SEN. BRYAN HUGHES:  Did you hear

25   the description she read about an app that was
```

Page 51

1    approved for ages 12 and up on the app store?

2                TOM MANN:  I did.

3                CHAIR SEN. BRYAN HUGHES:  Did that

4    sound to you like an app that's appropriate for

5    ages 12 and up?

6                TOM MANN:  I'm not here to comment on

7    the appropriateness --

8                CHAIR SEN. BRYAN HUGHES:  Well you are

9    now.  I'm asking --

10               TOM MANN:  -- individual app.

11               CHAIR SEN. BRYAN HUGHES:  You are now.

12   I want to know your position, I want to know

13   CCIA's position on whether that app available

14   today without this law, is appropriate for a 12-

15   year-old?

16               TOM MANN:  Our position here today,

17   with all due respect Mr. Chair, is that the age

18   verification technology that would be used to

19   verify a minor's age to get into the app store is

20   faulty.  And that's what the reports are showing

21   right now, that it can't be accurately verified.

22   If it can't be accurately verified through some

23   of these different technologies, it has to be

24   verified some other way.  So what will that other

25   way be?  Our position is that whatever that other

```
                                              Page 52
 1   way will be will require that minor to relinquish
 2   some more of their personal data.
 3              CHAIR SEN. BRYAN HUGHES:  So then --
 4              VICE CHAIR SEN. ANGELA PAXTON:  Mister
 5   --
 6              CHAIR SEN. BRYAN HUGHES:  -- just a
 7   second.  Just a second, Senator.  I'd like to
 8   know -- and thanks for your -- we're listening,
 9   it's all being taken down, we want to get the
10   details right.
11              If you can't tell me today, I would
12   like in writing from you, CCIA's position, your
13   client's position -- I'm curious about yours too
14   but you're here on behalf of your client.
15              You and your client's position on
16   whether the app that the witness described is
17   appropriate for the age level that she described.
18   Can you give that to us in writing?
19              TOM MANN:  We're happy to follow up
20   with you.
21              CHAIR SEN. BRYAN HUGHES:  Will you give
22   us an answer in writing on that question?
23              TOM MANN:  Yes, Mr. Chair.
24              CHAIR SEN. BRYAN HUGHES:  Very good,
25   thank you.  Mr. Cleland, I know you're a lawyer,
```

Page 53

```
 1   we've known each other for a long time, we've
 2   talked about free speech a little bit.
 3           I think we all agree, but let's make
 4   sure we're clear.  I hope it is not NetChoice's
 5   position that the First Amendment prevents the
 6   government from protecting children.  Is that
 7   NetChoice's position?  I don't think it is, I
 8   just want to get that on the record.
 9           BARTLETT CLELAND:  No, that's not it at
10   all.
11           CHAIR SEN. BRYAN HUGHES:  I know, I
12   know.
13           BARTLETT CLELAND:  It's actually kind
14   of in the reverse.  The First Amendment protects
15   everybody.  And then you know as well from law
16   school, there are all kinds of permutations to
17   that.
18           CHAIR SEN. BRYAN HUGHES:  And do we
19   also recognize that under the First Amendment,
20   there is speech that is appropriate for adults,
21   but that the government is allowed under the
22   First Amendment to limit for children?  Do we
23   agree on that?
24           BARTLETT CLELAND:  Absolutely.  In
25   fact, most famously pornography for example.
```

```
                                              Page 54
```

1            CHAIR SEN. BRYAN HUGHES:  I beg your

2    pardon.

3            BARTLETT CLELAND:  I said most famously

4    for pornography for example.  Just one of a

5    couple different categories.

6            CHAIR SEN. BRYAN HUGHES:  So speech

7    that would be allowed under the First Amendment

8    for an adult, but for children, the rules are

9    different.

10            BARTLETT CLELAND:  In some cases, that

11    is correct.

12            CHAIR SEN. BRYAN HUGHES:  And that's

13    because if we're going to impinge on a First

14    Amendment right, wouldn't you say that the

15    government has to show that we have a compelling

16    state interest and they're using the lease

17    restrictive means to achieve that interest.  Is

18    that close to the test as you understand it?

19            BARTLETT CLELAND:  You said it well.

20    That's close to the test as I understand.  I'm

21    not going to hold myself out as a First Amendment

22    expert, but yes, those are some of the

23    conditions.

24            CHAIR SEN. BRYAN HUGHES:  Were you here

25    for Ms. Fitzpatrick's testimony?

Page 55

```
 1            BARTLETT CLELAND:  I'm sorry.  What was
 2  --
 3            CHAIR SEN. BRYAN HUGHES:  Were you here
 4  for Ms. Fitzpatrick's testimony?
 5            BARTLETT CLELAND:  Yes.
 6            CHAIR SEN. BRYAN HUGHES:  The lady that
 7  --
 8            BARTLETT CLELAND:  Yes.
 9            CHAIR SEN. BRYAN HUGHES:  -- talked
10  about her experience.  Did you hear her describe
11  an app?  And she read the description of it in
12  the app store, and which said it was for ages 12
13  and up.
14            She mentioned it in her testimony and
15  then Senator Paxton asked her about it again
16  incase we didn't hear it.  Did you hear that
17  testimony?
18            BARTLETT CLELAND:  I did.
19            CHAIR SEN. BRYAN HUGHES:  Do you
20  believe the app she described is appropriate for
21  ages 12 and up?
22            BARTLETT CLELAND:  As described, my
23  answer is no.  I don't know that app though so I
24  can't really speak from first-hand experience.
25            CHAIR SEN. BRYAN HUGHES:  What is the
```

Page 56

1    position of NetChoice on whether the app she

2    described is appropriate for ages 12 and up?

3          BARTLETT CLELAND:  Well without

4    absolutely confirming it, I think I can speak for

5    them and say the same as my answer, which is as

6    described, we would not find that appropriate for

7    12 years old.

8          CHAIR SEN. BRYAN HUGHES:  Like I asked

9    Mr. Mann, I'm going to ask you to review the

10   testimony and respond to us in writing with

11   NetChoice's position on whether that app is

12   appropriate for those ages.

13         BARTLETT CLELAND:  I couldn't hear.

14   What was the app's name?  Do you guys know what

15   it was?

16         CHAIR SEN. BRYAN HUGHES:  Exposed 2 is

17   what my notes indicated.

18         BARTLETT CLELAND:  Sorry.  Exposed.

19         CHAIR SEN. BRYAN HUGHES:  Exposed 2 is

20   what my notes indicate.  That's right.

21         BARTLETT CLELAND:  2.

22         CHAIR SEN. BRYAN HUGHES:  But again,

23   you can go back and watch the video.  And she

24   mentioned it twice.  Mr. Kampis, you probably

25   know what's coming.

```
                                              Page 57
 1            JOHNNY KAMPIS:  Yes, sir.
 2            CHAIR SEN. BRYAN HUGHES:  Did you hear
 3   Ms. Fitzpatrick's testimony?
 4            JOHNNY KAMPIS:  Yes.
 5            CHAIR SEN. BRYAN HUGHES:  What did you
 6   think about that?
 7            JOHNNY KAMPIS:  That that was very
 8   compelling.
 9            CHAIR SEN. BRYAN HUGHES:  What'd you
10   think about the app that she described, and she
11   read it was approved for ages 12 and up?  Did
12   that sound right to you?
13            JOHNNY KAMPIS:  Based on what I've
14   heard, I would that was very questionable for
15   minors.  I add that as a parent of a 15-year-old
16   son and 11-year-old daughter -- and my son is
17   autistic so he's particularly vulnerable -- I'm
18   very much about personal responsibility as a
19   parent to teach my children, you know, what is
20   appropriate and what is not appropriate.
21            And I feel like, you know, as a parent,
22   my children would know that something like that
23   is not appropriate for them.
24            CHAIR SEN. BRYAN HUGHES:  Does the
25   Taxpayers Protection Alliance have a position on
```

```
                                          Page 58
 1   whether that app she described is appropriate for
 2   ages 12 and up?
 3             JOHNNY KAMPIS:  I would think that as
 4   Mr. Cleland said, based on the description of it,
 5   does not seem appropriate to me.  No.
 6             CHAIR SEN. BRYAN HUGHES:  Will you
 7   review the testimony and respond to the Committee
 8   in writing, whether your organization believes
 9   that app described by the witness, is appropriate
10   for ages 12 and up?
11             JOHNNY KAMPIS:  Yes.
12             CHAIR SEN. BRYAN HUGHES:  Very well.
13   Senator Paxton.
14             BARTLETT CLELAND:  Quick question.  On
15   that letter, I just want to make sure that we're
16   okay.  Given as it's described, I'm not sure I'm
17   super comfortable reviewing the app personally.
18   But can we respond to you as described?  Is that
19   okay?  Or do you want us to actually look at the
20   app?
21             CHAIR SEN. BRYAN HUGHES:  Counsel,
22   we're talking about your clients here.  I mean,
23   that's an unusual position to take for NetChoice
24   to say, I'm not sure I want to look at apps by
25   people that I represent.
```

```
                                    Page 59
 1          BARTLETT CLELAND:  I don't think that
 2   app is my client.  Absolutely not.
 3          CHAIR SEN. BRYAN HUGHES:  We'd like
 4   know what -- whether NetChoice believes the app
 5   she described as she described it, is appropriate
 6   for ages 12 and up.
 7          BARTLETT CLELAND:  As she described it.
 8   That's fine.  Perfect.
 9          CHAIR SEN. BRYAN HUGHES:  Members, any
10   other questions for this panel?  Thanks for your
11   testimony.  Chair calls Kouri Marshall, Andrea
12   Sparks, Vanessa Sivadge.
13          You have some written materials for us?
14          KOURI MARSHALL:  I do.
15          CHAIR SEN. BRYAN HUGHES:  Give it to
16   the lady right over there and she'll
17   (indiscernible).
18          And so we're looking -- looks like we
19   have Kouri Marshall, Andrea Sparks, and then
20   we're still looking for Vanessa Sivadge.  Give
21   her one more chance.  All right.
22          We'll start on my left, your right.
23   And Ms. Sparks, welcome back.  Introduce
24   yourself, give us your testimony.
25          ANDREA SPARKS:  Thank you, Chairman
```

Page 60

1    Hughes, Committee members.  My name is Andrea
2    Sparks, and I'm testifying in favor of SB 2420.
3    Thank you, Senator Paxton, for filing this bill.
4            I'm here on behalf of a non-profit I
5    co-founded called Not On Our Watch Texas.  Not On
6    Our Watch is an initiative of Texas women in
7    business and our mission is to engage women in
8    business to educate themselves and others on
9    protecting children from online harms.
10           When we were growing up and playing
11   outside, we all knew to stay away from the white
12   van, the one without the windows.  When we saw
13   one of these, we ran home to tell our mom, and we
14   tried not to think about the dangers inside.
15           The smartphone is the new white van.
16   But we give these to our children at about 11
17   years old.  And instead of being afraid, our
18   children become addicted to them.  Apps are our
19   children's gateway to the digital world, and
20   unfortunately, increasingly a gateway for
21   predators to our children.
22           We think we can keep our children safe
23   by telling them to stay away from dangerous apps.
24   But the reality is, once they are in the van on
25   the phone, it's unrealistic to expect kids to

```
                                              Page 61
 1    protect themselves.
 2              I want to share with you just a few of
 3    these apps that I found.  And instead of reading
 4    what I think about them, I'm going to share what
 5    the kids themselves rated them.
 6              So these are kids who are literally
 7    begging someone to protect them.  One app is
 8    called the Perp app.  It's for 12 and up.  It's
 9    described as make new friends, meet and chat with
10    real people.
11              Kid says, "This is all full of
12    pedophiles.  This app is for teens, but I can't
13    do this anymore.  It makes my anxiety go crazy.
14    I'm 14 and shouldn't feel unsafe on an app made
15    for my age group.  Please figure out a way to
16    separate minors from adults."
17              A second app called the Buzz app.
18    Again, 12 and up.  It's described as make
19    friends, swipe, meet, chat.  There are many apps
20    like this one here.  And so I just want to thank
21    you all for filing this bill.
22              Senator Paxton, it's very important.
23    It's a common-sense solution to this problem and
24    protect our kids.
25              CHAIR SEN. BRYAN HUGHES:  Thanks for
```

Page 62

1   your testimony.  Mr. Marshall, welcome.
2   Introduce yourself and go ahead.
3           KOURI MARSHALL:  Thank you, sir.  Good
4   morning, Chairman and to the distinguished
5   members of this Committee.  I am Kouri Marshall
6   with the Chamber of Progress in respectful
7   opposition to SB 2420.
8           The Chamber of Progress is a tech
9   industry coalition working to advance the future
10  of technology and inclusive access to that
11  future.
12          As written, SB 2420 would effectively
13  require covered manufacturers to verify the
14  identity and age of all users.  In fact,
15  estimating the age of a user would require the
16  collection of more data.
17          I heard Utah mentioned.  It is my
18  opinion that Utah is a one-way ticket to
19  litigation.  I know the members of this committee
20  are fervent supporters of protecting children.
21  As a dad of a baby boy, I am too.  I just don't
22  think that this bill is that route to where we're
23  trying to go.
24          This bill would absolve some companies
25  from their shared responsibility to protect

Page 63

1  children online, while placing the burden on the
2  shoulders of a few.
3           This bill as it is drafted treats app
4  stores like gated communities, and developers
5  like the residents.  Instead of making each
6  resident individually check IDs at the door, the
7  community gatekeeper is responsible for verifying
8  the age and identity of everyone in the
9  neighborhood.
10          I don't know about you, but I'd like to
11  make the decision on who can enter my home, not
12  someone else.
13          Finally, I want to underscore concerns
14  raised by US District Judge Beth Freeman in
15  California, when evaluating similar legislation.
16  She remarked, "It's always interesting when I
17  read the legislative history and see legislators
18  saying we took this idea from the United Kingdom.
19  But here's the key difference, the United Kingdom
20  doesn't have a First Amendment.  In America, we
21  do.  And that's not just a detail.  It's a
22  cornerstone of our democracy.  And it's a right
23  we must protect."
24          SB 2420 shifts the burden of
25  responsibility from online safety from where it

```
                                        Page 64
 1   belongs and places it instead on app store
 2   developers.  For these reasons, we respectfully
 3   urge you to oppose.
 4             CHAIR SEN. BRYAN HUGHES:  Thanks for
 5   your testimony.  Senator Paxton, you have the
 6   panel.
 7             VICE CHAIR SEN. ANGELA PAXTON:  Thank
 8   you.  Sir, do you have a phone?  A cellphone.
 9             KOURI MARSHALL:  I definitely do.
10             VICE CHAIR SEN. ANGELA PAXTON:  Do you
11   have an iPhone?  Or an -- I don't know what you
12   have.  What kind of phone do you have?
13             KOURI MARSHALL:  Senator, I have an
14   iPhone.
15             VICE CHAIR SEN. ANGELA PAXTON:  I have
16   an iPhone also.  When I set up my iPhone, part of
17   setting up my Apple ID was my -- putting my
18   birthday in there.  Did you do that?
19             KOURI MARSHALL:  I believe I did.
20             VICE CHAIR SEN. ANGELA PAXTON:  Okay.
21   So I'm just going to say, anyone that has an
22   iPhone -- I believe that this is true of any
23   phone.  You put your birthday in when you set up
24   your ID.  They know how old you are.
25             There's no -- there's nothing extra
```

Page 65

```
 1   required of Apple or Google to determine the age
 2   of the phone that this is assigned to.  Now if I
 3   give my phone to one of my kids, that's kind of
 4   on me.  And it has my 62-year-old age attached to
 5   it.
 6            But this does not require anything
 7   extra that the companies are not already doing,
 8   and this protects kids.  Again, when people do
 9   not care, individuals have no sense of care or
10   are indifferent about harm that their actions
11   cause, we call those people sociopaths.
12            And companies that do that are
13   corporate sociopaths.  It is time for that to
14   end.  It is time for the tech companies to be
15   responsible with information they already have to
16   protect children.  Thank you for your testimony.
17            Andrea, thank you for being here.  You
18   were going to describe a couple of more apps.  I
19   wonder if you could just give us a couple more
20   examples.
21            ANDREA SPARKS:  Sure.
22            VICE CHAIR SEN. ANGELA PAXTON:  And
23   what the children themselves were saying.
24            ANDREA SPARKS:  I'm going to apologize
25   in advance.  I tried to screen out the ones with
```

Page 66

1    the explicit language, but this was just me on my

2    phone yesterday looking around and getting ready

3    for today.

4              And I'm just baffled.  I mean if these

5    reviews are in public and I can find them, surely

6    the app stores can find them and do something

7    about it, and these apps still exist.

8              So one was called the Fizz app.  It's

9    rated 9 and up.  Teen chat, chat, meet new

10   friends.  The reviews are, "Very dangerous for

11   children."  This is one review.  Another review

12   says, "This is creepy."  And there's some more

13   explicit language that I'm not including.

14             Another one was the Buzz app for --

15   rated age 12 and up.  Make friends.  "I'm a young

16   teen.  He asked me what I was wearing and asked

17   for that type of pic, and I said no thanks.  He

18   sent a pic of himself and said he was horny, and

19   said see you soon.  I'm quite scared."

20             So the app store sees these reviews,

21   and there's so many.  I mean these are just from

22   kids who are saying, help me, I'm scared.  Can

23   you take down this app?  Can you do something to

24   protect us?

25             I think this App Store Accountability

Page 67

1  Act is a very -- just a common-sense way to fix
2  this.  And like you said, the technology exists,
3  I don't know why tech companies are opposed
4  except follow the money.
5            They can tell our age to send us all
6  kinds of ads on things that they think we want to
7  buy.  You know, you think of a pair shoes and
8  suddenly it's on your phone.  That happens to me
9  all the time.  So, thank you.
10           VICE CHAIR SEN. ANGELA PAXTON:  Well
11  and I don't know if you were in the chamber at
12  the beginning during the bill layout, but
13  children are a huge consumer market.
14           And their spendable income.  Because
15  they're children, it comes from their parents,
16  right?  So that's another note to parents, pay
17  attention.  But children's income is almost
18  exclusively discretionary.
19           They don't have other drags on the
20  money they have, their allowance or whatever.
21  And so they're tremendously appealing to
22  companies that want to market to them.
23           And there is a lot of money in it,
24  that's for sure.  I don't think it's -- comes as
25  a big shock to anyone that our children are being

Page 68

1   harvested for profit in all kinds of ways.

2           And this is one way that we can make a

3   difference and protect kids.  And I don't hear a

4   lot of speech censorship happening there.  And

5   this bill wouldn't get rid of that app.

6           It would just create transparency for

7   parents about what's there.  Thank you, Andrea.

8   I appreciate it.  Thank you for both being here.

9           KOURI MARSHALL:  Thank you, Senator.

10          VICE CHAIR SEN. ANGELA PAXTON:  Thank

11  you, Mr. Chairman.

12          CHAIR SEN. BRYAN HUGHES:  Thank you,

13  Senator Paxton.  Members, any other questions for

14  these witnesses?  Thank you both for being here

15  --

16          KOURI MARSHALL:  Thank you.

17          CHAIR SEN. BRYAN HUGHES:  -- very much.

18  You're excused.  Those are the witnesses we have

19  registered to testify on, for, or against Senate

20  Bill 2420.  Is there anyone else present wishing

21  to testify on, for or against Senate Bill 2420?

22          Seeing hearing none, public testimony's

23  closed.  Bill's left pending at this time.

24

25

Page 69

1                    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  July 2, 2025

17

18

19

20

21

22

23

24

25

[1 - addicted]                                                        Page 1

| 1 | 2023  40:17 | 8 | 24:22 25:1 |
|---|---|---|---|

**1**

**1**  9:10,10
**10**  20:5 38:25
**11**  19:6 39:1
  57:16 60:16
**11501**  69:14
**12**  19:14 22:6
  25:11,15,19,19
  26:5,7 27:22
  51:1,5,14
  55:12,21 56:2
  56:7 57:11
  58:2,10 59:6
  61:8,18 66:15
**12151**  69:8
**13**  11:13
**14**  11:13 20:24
  61:14
**15**  47:20 57:15
**1698**  4:13
**17**  11:2,4,11
**18**  21:9 38:15
**1970**  21:23

**2**

**2**  22:5 25:19
  56:16,19,21
  69:16
**2010**  36:24
  37:20
**2011**  41:20
**2019**  21:6
**2022**  21:7

**2023**  40:17
**2025**  1:15 9:10
  69:16
**2026**  9:10
**2420**  1:14 2:2,2
  3:10 5:10 10:3
  10:6 14:21
  18:13 39:8
  42:8 43:1
  46:19 48:18
  49:2 60:2 62:7
  62:12 63:24
  68:20,21
**2420's**  45:14
**25**  21:9 38:15
  45:1

**3**

**30**  10:22
**300**  69:13
**31**  1:15 19:11
  19:12 20:5
  23:2
**330**  69:12

**6**

**6**  36:24 37:20
**60**  10:18
**62**  65:4

**7**

**7**  16:21

**8**

**89th**  48:16

**9**

**9**  66:9

**a**

**ability**  30:7
**able**  12:23
  17:10
**above**  27:23
**absolutely**
  53:24 56:4
  59:2
**absolve**  62:24
**acceptable**  28:2
**acceptance**
  23:1
**access**  4:1 7:12
  8:4 13:22
  15:25 16:17
  28:17 40:10
  45:7 47:22,24
  62:10
**accessing**  7:14
  16:10 28:6
  41:9
**accomplish**
  45:3
**account**  7:4,6,7
  46:13
**accountability**
  6:11,16 14:18
  18:13 24:15,20

**24:22 25:1**
  28:20,21 42:9
  43:21 46:10
  66:25
**accountable**
  14:13 17:20
**accounts**  7:2
**accuracy**  49:20
**accurate**  50:3
  69:4
**accurately**  7:25
  51:21,22
**achieve**  54:17
**achieved**  21:6
**act**  5:18 6:11
  6:16 9:6,7
  14:18 15:10
  17:19,21 18:14
  42:9 67:1
**acting**  9:3
**action**  5:17
  29:23
**actions**  9:8
  65:10
**activities**  45:23
**actually**  6:12
  12:10 15:9
  27:6 29:19
  53:13 58:19
**add**  21:3 57:15
**addicted**  4:25
  5:1,2,4 19:23
  20:22 23:4
  60:18

| | | | |
|---|---|---|---|
| **addiction** 4:16 4:17,21,22 | **afraid** 60:17 **age** 3:1,2 4:24 | **alcohol** 3:2 16:15 18:23 | 65:24 68:7 **angela** 2:5 6:6 |
| **addictions** 4:16 | 5:11,19 6:18 | 19:13,15 20:23 | 23:13 25:9,25 |
| **addictive** 4:12 | 6:20,23 7:16 | 21:19 23:5 | 26:3 28:22 |
| 5:5 15:5 16:7 | 8:4,8,21,23 9:4 | 34:8 | 29:2,9 30:8 |
| 16:10 19:4 | 14:25 15:12 | **algorithm** | 31:12 32:3,19 |
| 21:18,19 27:9 | 16:11,21 17:3 | 49:21 | 35:6,15 36:20 |
| **addition** 4:15 | 17:5 18:21,25 | **alito** 47:18 | 52:4 64:7,10 |
| **additional** 5:23 | 26:5,16 27:10 | **alliance** 10:17 | 64:15,20 65:22 |
| **additionally** | 40:7,10,12,18 | 40:1 57:25 | 67:10 68:10 |
| 4:10 50:5 | 40:21,23,24 | **allies** 48:15 | **anheuser** 16:19 |
| **address** 25:16 | 41:4,8 43:5 | **allow** 9:11 | **answer** 52:22 |
| 26:14 | 45:6,10,15,19 | **allowance** | 55:23 56:5 |
| **adds** 8:18 9:6 | 46:20 47:4 | 67:20 | **answering** |
| **adopt** 47:9 | 49:10,11,15,15 | **allowed** 11:5 | 43:23 |
| **ads** 11:23 67:6 | 49:16,19,22 | 12:1 53:21 | **anxiety** 61:13 |
| **adult** 13:2 | 50:3,5,11 | 54:7 | **anybody** 33:24 |
| 47:21 54:8 | 51:17,19 52:17 | **allowing** 10:24 | **anymore** 19:17 |
| **adults** 3:25 | 61:15 62:14,15 | **allows** 13:9 | 37:14 38:2 |
| 17:5 22:12 | 63:8 65:1,4 | **alluded** 15:21 | 61:13 |
| 32:5 41:8 | 66:15 67:5 | **allure** 15:3 | **apologize** 44:6 |
| 53:20 61:16 | **aged** 27:22 | **alters** 8:17 | 65:24 |
| **advance** 62:9 | **agent** 21:19 | **amendment** | **app** 5:10,13,14 |
| 65:25 | **ages** 22:6 25:19 | 13:17,22,24 | 5:21 6:11,16 |
| **advertisements** | 51:1,5 55:12 | 16:5 40:20 | 6:17,18,21 7:2 |
| 8:19 | 55:21 56:2,12 | 45:8 53:5,14 | 7:4,8,9,10,13 |
| **advisor** 18:15 | 57:11 58:2,10 | 53:19,22 54:7 | 7:14,18,19,21 |
| **advocated** | 59:6 | 54:14,21 63:20 | 7:23 8:2,3,22 |
| 42:11 | **agree** 47:24 | **amends** 6:10,17 | 8:23 9:3 12:6,8 |
| **affairs** 1:13 | 53:3,23 | **america** 63:20 | 12:12,13,16 |
| **affected** 35:16 | **ahead** 14:5 | **american** 42:12 | 14:17 15:21 |
| **affiliated** 7:3,6 | 18:5 24:18 | **andrea** 39:14 | 16:11,23 17:4 |
| **afoul** 13:17 | 46:17 48:22 | 59:11,19,25 | 17:6,8,15,19 |
| 16:4 | 62:2 | 60:1 65:17,21 | 18:13 22:8 |

24:22 25:3,11
25:14,18,20,21
26:7,15,21,21
26:22 27:12,15
27:17,19,21
28:16,19 29:20
30:1,2 40:6,23
42:8 43:6
46:20 50:25
51:1,4,10,13,19
52:16 55:11,12
55:20,23 56:1
56:11 57:10
58:1,9,17,20
59:2,4 61:7,8
61:12,14,17,17
63:3 64:1 66:6
66:8,14,20,23
66:25 68:5
**app's** 8:15,19
56:14
**appealing** 20:1
21:17 67:21
**applaud** 48:16
**apple** 11:4,4
12:13 15:24
19:3,21 27:15
64:17 65:1
**application**
7:17 47:6
**applications**
8:12 42:20
48:3

**appreciate**
28:23 31:13
32:25 50:18
68:8
**approach** 24:7
**appropriate**
12:9 26:7 31:9
47:23 51:4,14
52:17 53:20
55:20 56:2,6
56:12 57:20,20
57:23 58:1,5,9
59:5
**appropriaten...**
5:20 51:7
**approved** 51:1
57:11
**apps** 8:13 11:5
22:5,8,14
27:12,16,19
41:9 58:24
60:18,23 61:3
61:19 65:18
66:7
**arbitration**
12:3
**area** 36:25 46:2
**argue** 43:13,14
**argument**
13:16
**arguments**
46:23 47:17
**arkansas** 40:17
45:12

**asked** 47:18
55:15 56:8
66:16,16
**asking** 43:2
51:9
**asks** 50:17
**aspect** 33:3,6
**assenting** 30:4
**assess** 26:4
**assigned** 65:2
**associate's** 21:7
**associated** 30:4
44:18
**association**
41:20 49:1,3
**assure** 41:9
**attached** 65:4
**attention** 33:25
34:11 67:17
**attitudes** 33:15
**attorney** 14:15
46:25 47:11,19
47:22
**august** 36:23
37:20
**author** 2:3 10:2
**autistic** 57:17
**available** 51:13
**avoid** 13:22,23
48:6
**aware** 33:14,14
**awareness**
20:10 35:24

**b**

**baby** 62:21
**back** 21:22
29:16 35:8
38:10,20 40:15
42:1 44:2,14
56:23 59:23
**backend** 13:5
**baffled** 66:4
**banks** 30:17
**banned** 41:15
**bart** 39:9 44:10
44:13
**bartlett** 44:12
44:17 53:9,13
53:24 54:3,10
54:19 55:1,5,8
55:18,22 56:3
56:13,18,21
58:14 59:1,7
**based** 8:5 14:21
18:17 22:12
27:5 49:15,17
57:13 58:4
**basically** 27:8
**bathroom**
19:16
**befriend** 22:23
22:23
**beg** 54:1
**begging** 61:7
**beginning**
67:12

**[behalf - catching]**                                     Page 4

| | | | |
|---|---|---|---|
| **behalf** 40:2 | 41:18 42:8 | **broad** 40:9 | **buy** 67:7 |
| 52:14 60:4 | 43:1,7,12,19 | 49:3 | **buzz** 61:17 |
| **behavioral** | 46:19 48:7,18 | **brothels** 34:20 | 66:14 |
| 4:16 | 49:2,7 60:3 | 34:21 | **c** |
| **believe** 46:10 | 61:21 62:22,24 | **brown** 41:19 | **c** 69:1,1 |
| 55:20 64:19,22 | 63:3 67:12 | **brush** 33:16 | **california** |
| **believes** 58:8 | 68:5,20,21 | **bryan** 2:1 6:2 | 45:11 63:15 |
| 59:4 | **bill's** 68:23 | 9:25 14:3 | **call** 32:16 |
| **belongs** 64:1 | **billboards** | 17:25 23:10 | 65:11 |
| **benefit** 12:20 | 27:13 | 24:16 36:7 | **called** 22:5 |
| **best** 3:6 9:13,15 | **bills** 13:14 38:2 | 39:4,21 41:25 | 25:19 44:18 |
| **bet** 23:20 | 38:18 41:5 | 43:25 44:8 | 46:13 60:5 |
| **beth** 63:14 | 48:11 | 46:15 48:20 | 61:8,17 66:8 |
| **bettencourt** 6:3 | **binds** 11:7 | 50:20,24 51:3 | **calling** 39:13 |
| 6:8 | **birth** 49:21 | 51:8,11 52:3,6 | **calls** 10:6 39:8 |
| **better** 5:22 | **birthday** 64:18 | 52:21,24 53:11 | 59:11 |
| 27:4 28:13 | 64:23 | 53:18 54:1,6 | **car** 4:5,5 38:18 |
| 32:21 33:23 | **bit** 3:22 53:2 | 54:12,24 55:3 | **card** 13:5 |
| 37:15 38:9 | **blaming** 47:7 | 55:6,9,19,25 | **care** 10:19 |
| 47:13 | **blind** 9:22 | 56:8,16,19,22 | 29:22 65:9,9 |
| **bible** 30:2 | **blindly** 29:12 | 57:2,5,9,24 | **carr** 28:14 |
| **big** 5:7 11:3 | **block** 45:7 | 58:6,12,21 | **case** 40:17 |
| 14:12 15:6 | **blocked** 40:17 | 59:3,9,15 | 46:23 |
| 36:4 67:25 | **blocking** 48:2 | 61:25 64:4 | **caselaw** 40:14 |
| **bill** 2:2 3:10 | **board** 32:24 | 68:12,17 | **cases** 54:10 |
| 4:12,13 5:10 | **boy** 62:21 | **bug** 29:19 | **castanita** 10:7 |
| 6:10,25 10:3,3 | **brain** 4:21 | **burden** 41:7 | 10:8 18:6,10 |
| 10:6 11:1 14:2 | **branch** 34:20 | 48:6 63:1,24 | 24:12,19 25:17 |
| 14:19 18:13 | 34:21 | **burdens** 41:9 | 26:2 32:18 |
| 21:2,14,22 | **brick** 2:25 28:2 | 41:12 | 33:2 35:14 |
| 24:1 26:9,13 | **bridges** 43:19 | **bus** 38:10 | 36:18,22 38:24 |
| 27:6 28:24 | **bring** 35:8 | **busch** 16:19 | **catching** 21:17 |
| 31:7 39:8 40:4 | **bringing** 26:24 | **business** 60:7,8 | |
| 40:8,17 41:10 | | | |

categories   8:16
  9:4 54:5
category   5:11
  6:23 8:23
  13:20
cause   5:17
  32:16 65:11
ccia   49:2 50:1
  50:17
ccia's   51:13
  52:12
cellphone   64:8
cellphones   32:9
censorship
  68:4
center   18:16
certainly   31:23
  35:24 41:15
certify   69:3
cetera   11:17
chaiman   6:7
chair   2:1,1,5
  6:2,6 9:25 10:6
  14:3 17:25
  23:10,13 24:16
  25:9,25 26:3
  28:22 29:2,9
  30:8 31:12
  32:3,19 35:6
  35:15 36:7,20
  39:4,8,21
  41:25 42:4
  43:25 44:8,13
  46:15 48:20,23

50:20,24 51:3
51:8,11,17
52:3,4,6,21,23
52:24 53:11,18
54:1,6,12,24
55:3,6,9,19,25
56:8,16,19,22
57:2,5,9,24
58:6,12,21
59:3,9,11,15
61:25 64:4,7
64:10,15,20
65:22 67:10
68:10,12,17
chairman   2:6
  6:1 9:23 10:24
  14:6 23:14
  28:13 36:6
  42:3 59:25
  62:4 68:11
chairs   10:10
challenge   41:3
challenged
  41:10
challenges
  45:20 50:13,15
chamber   62:6,8
  67:11
chance   38:8
  45:18 59:21
change   41:6
changed   31:6
changes   5:13
  8:11,19 9:9

34:1
changing   33:15
  34:5
changings
  33:16
characteristic
  4:2
characteristics
  49:17
chat   61:9,19
  66:9,9
check   16:14
  63:6
chicago   19:6
child   3:7 7:12
  11:15,20,21
  12:1,4,8 17:13
  19:8 25:4,6
  29:13 31:10
  33:18 34:5,13
  34:23 36:3
child's   17:7
  31:9
childhood
  10:17 42:15
children   2:24
  3:14,22,23 4:1
  4:12 5:8 9:13
  10:19,21 11:8
  13:15 15:7
  16:10 17:21
  19:21 21:20
  22:15,22,23
  24:2 25:2

30:10 31:16,18
31:19,21,24
32:4,15 33:14
33:23 35:4,11
35:13,18 36:13
41:22 42:12,19
43:3 46:3
47:10,20 48:9
48:13 49:8
53:6,22 54:8
57:19,22 60:9
60:16,18,21,22
62:20 63:1
65:16,23 66:11
67:13,15,25
children's
  17:17 42:25
  43:8,11 45:22
  60:19 67:17
chilling   47:3
choice   29:14
choke   28:15
chokeholds
  28:12
chose   19:2 46:3
cigarettes   3:3
  16:15
citizens   3:9
  9:19 43:16
claim   41:1
claimed   41:4
clarifies   8:12
  8:22

clarify  7:2
clear  2:13 3:8
   40:9 53:4
clearly  7:25
cleland  39:9
   44:12,13,17
   52:25 53:9,13
   53:24 54:3,10
   54:19 55:1,5,8
   55:18,22 56:3
   56:13,18,21
   58:4,14 59:1,7
cleveland  19:7
client  52:14
   59:2
client's  52:13
   52:15
clients  58:22
close  18:2 22:3
   34:19 39:18
   48:21 54:18,20
closed  68:23
closely  6:10
closer  24:17
closing  21:24
coalition  46:23
   62:9
cocaine  21:18
codifies  5:19
colleague  15:20
collect  8:5
collected  8:16
collecting  50:7

collection  30:6
   42:23 43:9
   62:16
come  4:20
   18:18 20:10
   41:25
comes  67:15,24
comfortable
   10:10 58:17
coming  21:10
   36:5 38:8,23
   56:25
comment  50:17
   51:6
commercially
   6:22
commission
   45:2
commissions
   45:2
commitment
   12:9
committee  1:13
   2:7 5:25 6:3,9
   6:14 7:17 8:12
   10:25 14:1
   18:9 42:5
   44:16 45:4
   58:7 60:1 62:5
   62:19
common  48:11
   61:23 67:1
communicati...
   48:25 49:4

communities
   63:4
community
   63:7
companies  3:8
   3:13 9:18 11:4
   11:18,20 12:23
   13:1,8 15:18
   32:20 47:6
   62:24 65:7,12
   65:14 67:3,22
compared
   49:25
compelling
   48:13 54:15
   57:8
complained
   47:1
completely  3:4
   4:3,6
compliance
   8:10 28:7
comports  16:2
computer
   48:25
conceded  47:22
concerning
   42:16
concerns  63:13
conditions
   54:23
conduct  15:16
   29:4,16

confirming
   56:4
congratulations
   23:15
consent  5:12,15
   5:20 6:25 7:5
   7:11 8:9,14 9:4
   9:5 11:9 40:19
   41:17,24 45:15
   48:4,12 50:12
conservative
   46:9
consider  13:15
   35:21 50:1
considering
   15:11 17:16
conspicuously
   7:25
constantly
   43:12
constitute  3:23
constitutional
   40:5 41:2,18
   50:13
constitutional...
   40:12
consumer  3:24
   17:13 67:13
consumer's  3:1
consumers  40:3
contact  11:17
contending
   15:3

| content 7:24 | country 69:12 | **d** | declaration |
|---|---|---|---|

content 7:24
8:17 15:16
28:25 29:3,5
29:15,21,22
41:1,13 42:21
44:24 46:11
47:2 48:6
context 28:3
contract 11:7
12:1,7 15:22
30:16 40:24
41:5
contracts 5:15
11:12 13:19
15:19 17:15
29:25
control 17:10
45:25
convenience
16:13
conversations
22:11 25:24
cornerstone
63:22
corporate 3:9,9
9:18 32:23
65:13
corporations
15:5
correct 54:11
cost 17:4
counsel 44:18
58:21

country 69:12
couple 45:1
54:5 65:18,19
court 12:2 16:3
40:9,14 41:10
45:5 46:22
courts 13:25
40:16 45:6
covered 62:13
cox 6:12
crazy 61:13
create 40:8
68:6
creates 43:12
creating 5:9
credit 13:5
creepy 66:12
crisis 15:2
critical 15:11
cross 49:4
culture 2:10
curious 52:13
current 16:3
49:11 50:2
currently 3:3
50:12
customer 5:9
cvs 16:21
cybersecurity
43:18
cycle 34:1

**d**

dad 62:21
dads 14:25
daily 35:5
dallas 18:11,18
36:24 38:16
dangerous
60:23 66:10
dangers 60:14
dark 25:7
data 8:1,3,4,5,8
8:16 11:23
30:5 42:22
43:8,9,13
45:16 50:8
52:2 62:16
data's 11:8
date 9:9 11:20
13:3 69:16
daughter 57:16
day 20:13,15
days 37:12
dc 14:17 18:18
dealing 33:4
deborah 39:9
46:18,19
decades 40:15
deceptive 5:17
decide 12:6,8
29:12 47:23
deciding 31:11
decision 29:5
63:11

declaration
47:13
declaring 47:8
deep 40:4
defend 40:23
defending
12:22
defense 3:7
9:13
definitely 64:9
degree 21:7
delete 8:3
democracy
63:22
demographic
50:4
demographics
3:24 49:24
deny 7:13
department
10:22
describe 25:11
55:10 65:18
described
52:16,17 55:20
55:22 56:2,6
57:10 58:1,9
58:16,18 59:5
59:5,7 61:9,18
describing 2:9
description
25:14 50:25
55:11 58:4

**descriptions**
8:17 26:10
**deserve**  20:3,11
37:15
**design**  15:14
**designed**  13:18
13:23
**desirable**  4:2,8
**desperately**
43:2
**despite**  41:16
**detail**  63:21
**details**  52:10
**determine**  65:1
**determined**
38:6
**detox**  4:21
**develop**  8:24
14:20
**developed**  17:1
**developer**  7:10
7:11 26:16
**developers**
8:22 9:3 13:12
17:6 47:6 63:4
64:2
**development**
17:18
**device**  17:8
19:3 28:17
40:5 47:6
**devices**  7:14
17:11 19:22,24
21:15 24:23

48:4
**difference**  2:23
19:3 32:10
36:4 63:19
68:3
**different**  16:24
34:14 45:1
51:23 54:5,9
**differently**  26:4
**difficult**  31:18
**difficulties**
31:23
**digital**  3:4 4:20
10:17 14:16,25
15:12 27:10
30:1,19 40:11
42:18,25 43:3
60:19
**digitally**  30:7
**diploma**  37:22
**direction**  3:16
**director**  39:25
**disassociation**
33:10,11
**discretionary**
4:3,7 67:18
**diseases**  37:10
**disorder**  33:10
33:11
**display**  7:16,22
7:24
**displaying**  7:19
**distinguished**
62:4

**district**  63:14
**doctor**  33:21
**doctors**  33:22
33:23
**doing**  9:15 16:2
26:21 31:9
34:3 37:1 38:9
38:11 43:15
65:7
**dollar**  15:18
**doom**  31:1
**door**  34:18
63:6
**doors**  22:1
**dovetails**  16:24
**download**  7:8
11:5
**downloaded**
12:13
**downloading**
48:3
**downloads**
46:20
**dr**  3:21
**drafted**  63:3
**drags**  67:19
**draw**  17:15
**draws**  24:25
**dressing**  34:3
**drink**  22:20
**driver's**  13:6
**dropped**  20:19
**drugs**  18:23
19:1,13,15

20:23 23:4
34:7 38:21
**due**  51:17
**duties**  6:17
**duty**  35:10

**e**

**e**  69:1
**earlier**  46:12
**easy**  13:9 31:19
37:17
**eat**  22:20
**ecosystem**
16:23 28:16
**educate**  60:8
**effective**  9:9
**effectively**
62:12
**effects**  2:8,11
32:13,15
**efforts**  48:16
**eight**  37:4
**either**  7:8 38:9
**eleven**  16:21
**embody**  4:2
**emphasis**  28:10
**empower**  12:5
**empowered**
47:1
**enable**  36:2
**encouragement**
23:16
**encourages**
50:1

encroach  45:20
encryption
 43:10
enforceable
 13:24
enforcement
 5:16,24
enforcing  5:14
engage  60:7
engineered
 15:4
english  28:9
ensure  7:11
 16:3,20
ensuring  15:11
 43:6,9
enter  13:5
 15:19 63:11
entered  5:15
 13:3
entering  15:22
enterprise
 44:20
entertainment
 41:19 47:21
entities  10:19
 12:19
epstein  3:21
equip  5:22
equipped  47:2
equipping  2:23
era  43:11
escalated  22:16
 22:17

especially  13:5
 17:16 25:13
 30:5
essential  17:22
essentially  28:4
established
 45:21
estimate  40:6
 49:16
estimating
 62:15
estimation
 49:11,15,20
 50:3,5,11
et  11:17
evaluating
 49:14 63:15
eventually
 47:22
everybody
 53:15
evidence  15:8
evident  49:17
exactly  38:11
 43:6 45:3
example  22:4
 41:14 53:25
 54:4
examples  25:18
 27:20 65:20
excellent  48:8
except  67:4
exclusive  9:7

exclusively
 67:18
excuse  7:20
excused  39:6
 68:18
exercise  45:8
exist  20:6 38:1
 66:7
existing  17:2
exists  67:2
expansive  3:4
expect  60:25
expectations
 3:12
expected  11:13
experience  8:20
 28:6 35:17
 55:10,24
experiences
 36:12
expert  54:22
experts  43:18
explain  2:3 6:4
explaining
 25:18
explicit  66:1,13
exploitation
 18:16
exploited  19:11
 25:4
exploiting  23:4
 47:7
exposed  22:5
 25:19 42:16

 56:16,18,19
exposing  42:21
exposure  4:24
expression
 44:21
extensive  37:24
extent  26:11
extra  31:22
 64:25 65:7
extreme  41:14
eye  9:22 19:25
 21:17

**f**

f  69:1
face  22:18,18
 45:20 49:18
facial  49:11,19
facility  4:18
facing  50:12
fact  19:22
 27:15 29:20
 41:6 46:4
 53:25 62:14
factor  6:23
factors  49:23
fail  41:10
failed  45:11
faith  9:3 36:23
fall  17:20
false  46:6 49:23
families  9:16
 17:22 32:6
 50:8

family  20:8
  21:4 42:13
family's  7:14
famously  53:25
  54:3
fan  14:9
far  21:15
farmer's  34:20
  34:21
faulty  51:20
favor  14:17
  60:2
fcc  28:13
feature  29:19
features  5:20
  8:18 45:25
federal  12:2
  45:6 50:13
feedback  49:7
feel  29:13 57:21
  61:14
feels  44:14
felonies  37:24
fend  15:1
fervent  62:20
fight  44:25
fighting  39:3
figure  61:15
figures  22:22
figuring  28:11
filing  60:3
  61:21
filters  47:2

finally  9:9
  13:14 47:11
  63:13
find  11:24 19:7
  27:14 33:19
  56:6 66:5,6
fine  10:12 59:8
fingers  47:7
firms  49:5
first  3:6 4:24
  9:12 13:17,22
  13:23 15:15
  16:5 17:22
  18:6 21:23
  27:11 35:8,23
  36:23 39:20
  40:20 41:4
  45:8 49:6
  50:22 53:5,14
  53:19,22 54:7
  54:13,21 55:24
  63:20
fits  46:5
fitzgerald
  30:13
fitzgerald's
  30:21
fitzpatrick  10:7
  10:8 18:1,6,10
  23:11 24:3,9
  24:12,19 25:17
  26:2 32:18
  33:1,2 35:14
  36:11,18,22

fitzpatrick's
  50:22 54:25
  55:4 57:3
five  2:14 18:21
fix  67:1
fizz  66:8
flatten  46:7
fly  38:14
focusing  13:18
follow  11:20
  25:10 41:21
  52:19 67:4
following  6:15
follows  5:3
forced  41:8
foregoing  69:4
foremost  35:9
forgot  32:13
forward  23:23
  43:23
found  41:12,15
  61:3
foundation
  42:7,11
founded  60:5
four  2:14
framework
  5:23 14:20
  15:14 16:25
  43:20
frankly  17:11
free  44:20,20
  46:23 53:2

freeman  63:14
friend  28:13
friends  61:9,19
  66:10,15
front  40:15
fronts  35:22
fruit  31:22
full  14:24 61:11
fully  49:8 50:15
functionality
  8:20
fundamental
  43:15
further  7:4,13
  41:17 43:8
future  2:19
  46:8 62:9,11

g

game  4:17
  20:20 37:18
games  22:11
  25:24
gap  43:19
gate  16:11,22
gated  63:4
gatekeeper
  63:7
gateway  42:20
  60:19,20
gating  17:3
gee  39:10 42:3
  42:6 44:3,7

| | | | h |
|---|---|---|---|

**general** 3:23 43:16 44:17
**generally** 49:24
**gentlemen** 24:6 26:25
**getting** 27:10 27:15 66:2
**girl** 18:21 19:17 38:7,23
**girls** 35:2 37:2
**give** 10:14 11:19 26:9,13 26:20 36:16 38:22 39:22 42:2 44:11 46:6 52:18,21 59:15,20,24 60:16 65:3,19
**given** 17:12 29:10 45:14 58:16
**gives** 31:7
**giving** 19:15 24:14,15,22
**glad** 18:5 21:25
**go** 12:17 14:5 15:21 16:1 18:4 20:2 24:10,17 27:16 30:17 33:8 34:9 35:2,25 36:21 37:21 38:3,20 44:12 46:17 48:22

56:23 61:13 62:2,23
**goal** 44:23 49:8
**god** 20:23 36:23 37:3,6,9 37:15 38:12
**goes** 43:7
**going** 12:15 13:15,21 18:20 21:22 26:5 27:13 28:18 29:12,15 31:5 31:10 33:18,19 34:19 36:2,13 38:14 39:2 54:13,21 56:9 61:4 64:21 65:18,24
**good** 3:9 9:3,18 28:13 39:11,23 48:7,7,23 52:24 62:3
**google** 11:4 12:14,17 15:24 65:1
**government** 9:14 41:24 43:14,15 46:5 53:6,21 54:15
**governor** 6:12
**grace** 20:23
**grade** 20:20
**graduate** 20:18

**graduated** 21:5
**grandchildren** 31:17
**grandkids** 2:17
**grandmother** 2:14
**grassroots** 10:19
**grateful** 2:21 18:8
**great** 12:20 14:11 44:15
**greyson** 39:10 42:3,6 44:7
**griffin** 40:17
**grocery** 34:9
**groom** 19:22 22:15,22
**grooming** 18:24 22:16 34:4
**group** 61:15
**groups** 50:4
**grow** 20:16
**growing** 60:10
**grown** 19:18 21:6
**guardian** 7:3,6 7:10
**guardrails** 3:5
**guess** 22:23
**guiding** 45:21
**guys** 44:19 56:14

**hand** 55:24
**handled** 16:7
**hands** 3:11 21:11 29:6,17 36:1
**hanging** 31:21
**happen** 24:5
**happening** 19:20 34:17,17 34:24,25 68:4
**happens** 11:24 11:25 22:24 67:8
**happy** 44:14,14 44:15 52:19
**hard** 20:21 31:4
**harder** 13:21
**harm** 11:24,25 12:2 13:12 32:16 42:20 65:10
**harmful** 2:11 32:12,14 44:24
**harmonize** 28:5
**harms** 15:7 60:9
**harvested** 68:1
**havoc** 27:25
**head** 34:10

**[health - indifferent]**                                    Page 12

| | | | |
|---|---|---|---|
| **health** 15:2 | **higher** 49:24 | 52:21,24 53:11 | **implement** 9:11 |
| 17:17,18 30:25 | **highlighting** | 53:18 54:1,6 | 50:11 |
| 33:3 | 26:18 | 54:12,24 55:3 | **implementati...** |
| **hear** 12:21 18:3 | **highly** 4:2 | 55:6,9,19,25 | 6:24 9:1 |
| 24:17 30:22 | 40:13 | 56:8,16,19,22 | **implemented** |
| 39:19 50:24 | **history** 15:5 | 57:2,5,9,24 | 45:25 |
| 55:10,16,16 | 31:20 63:17 | 58:6,12,21 | **implications** |
| 56:13 57:2 | **hit** 11:6 | 59:3,9,15 60:1 | 30:6 |
| 68:3 | **hitchhiked** | 61:25 64:4 | **important** 2:16 |
| **heard** 2:8 3:16 | 19:6 | 68:12,17 | 3:10,13 11:1 |
| 23:24 33:2 | **hold** 16:16 | **human** 18:12 | 30:10 31:14 |
| 46:11,22 57:14 | 50:14 54:21 | 20:11 | 61:22 |
| 62:17 | **holds** 17:19 | **hundreds** | **impose** 12:23 |
| **hearing** 1:13 | **home** 34:17 | 27:20 | 41:7 |
| 41:22 68:22 | 44:14 60:13 | **hurt** 14:13 | **imposing** 41:11 |
| **heart** 18:20 | 63:11 | **hyde** 69:3 | **impression** |
| **heck** 30:2 | **homeless** 23:3 | **i** | 46:6 |
| **held** 12:18 | **honors** 48:12 | **idea** 12:22 | **inappropriate** |
| 14:13 | **hope** 18:9 | 36:16 63:18 | 42:21 |
| **help** 2:22,24 | 30:22 53:4 | **identity** 62:14 | **incase** 55:16 |
| 21:9 26:22 | **horny** 66:18 | 63:8 | **including** 66:13 |
| 27:1 31:10 | **house** 19:14 | **ids** 63:6 | **inclusive** 62:10 |
| 32:24 35:21 | **huge** 14:9 41:7 | **illinois** 19:7 | **income** 67:14 |
| 36:13 37:6,6 | 67:13 | **illness** 33:9 | 67:17 |
| 38:4 44:2 | **hughes** 2:1 | **illustrated** | **incorporates** |
| 66:22 | 3:19 6:2 9:25 | 41:14 | 6:9 |
| **helped** 14:19 | 14:3 17:25 | **image** 49:21 | **increasingly** |
| 15:14 | 23:10,14 24:16 | **imagine** 19:20 | 60:20 |
| **helping** 23:22 | 36:7 39:4,21 | **immune** 41:2 | **indicate** 56:20 |
| **hey** 25:1 | 41:25 42:4 | **impacting** | **indicated** 56:17 |
| **high** 17:16 | 43:25 44:8 | 10:21 | **indifferent** |
| 20:18 21:5 | 46:15 48:20 | **impinge** 54:13 | 15:6 29:21 |
| 37:22 | 50:20,24 51:3 | | 32:12,14,15 |
| | 51:8,11 52:3,6 | | 65:10 |

**indiscernible**
  13:16 29:8
  59:17
**individual**
  51:10
**individual's**
  6:20
**individually**
  63:6
**individuals**
  50:6 65:9
**industries**
  47:18
**industry**  9:20
  12:12 46:25
  47:5,21 48:14
  49:1 62:9
**industry's**  15:1
**influenced**
  49:20
**information**
  8:23,25 11:16
  11:24 13:1,12
  36:1 43:11
  50:7 65:15
**infrastructure**
  17:2
**initially**  24:4
**initiative**  60:6
**injunctions**
  40:22
**input**  6:10
**inside**  60:14

**insight**  31:8
**inspiration**
  23:16
**instances**  8:13
**institute**  14:16
  49:13
**intentionally**
  17:20
**intentioned**
  40:7
**intentions**  48:8
**interact**  13:7
**interaction**
  27:11 31:2
**interactions**
  49:22
**interest**  48:13
  54:16,17
**interesting**
  63:16
**international**
  49:2
**internet**  17:9
  44:20
**intersection**
  42:14
**intervention**
  5:3
**introduce**
  10:14 14:4
  18:4 39:22
  42:2 44:10
  46:16 48:22
  59:23 62:2

**introduced**
  18:23
**investing**  23:17
**invited**  10:5
**involved**  44:25
  48:2
**ipads**  46:2
**iphone**  12:15
  64:11,14,16,16
  64:22
**iphones**  46:1
**issue**  12:20
  40:5
**issues**  30:25
  41:19

**j**

**january**  2:7
  9:10 46:22
**job**  43:15
**jobs**  38:19
**joel**  10:6,7 14:6
  14:14 27:3
  29:1,7,18 32:2
**john**  10:6,7,16
  10:16 15:20
  30:12
**johnny**  39:12
  39:24 57:1,4,7
  57:13 58:3,11
**joint**  2:7
**joy**  35:10
**judge**  28:25
  29:3,15 44:4

  63:14
**judges**  50:14
**judging**  29:4
**judicial**  45:17
**july**  69:16
**jury**  12:19
**justice**  10:23
  41:20 47:18

**k**

**kampis**  39:12
  39:20,23,24
  56:24 57:1,4,7
  57:13 58:3,11
**keep**  16:6 43:18
  60:22
**keeping**  8:10
**keeps**  39:2
**kept**  19:15
**key**  63:19
**kick**  22:1
**kid**  17:10 29:11
  34:9 61:11
**kiddos**  33:4
**kids**  2:16 9:21
  9:23 13:10,13
  14:13,24 15:6
  16:17,20 17:5
  19:24 20:3,11
  20:17 21:9
  22:13 24:11,14
  26:21,22,23
  27:2,10 30:4
  30:16,23 32:25

[kids - literally]                                                                Page 14

33:7,23 38:10
42:16 43:18
60:25 61:5,6
61:24 65:3,8
66:22 68:3
**kind**  10:10
31:14 53:13
64:12 65:3
**kinds**  3:15,17
53:16 67:6
68:1
**kingdom**  63:18
63:19
**knew**  22:25
60:11
**know**  3:19 4:5
4:21 13:2
18:17 20:1,8
20:15 21:13
22:4 24:14,21
24:24 25:5,6,7
25:8 27:8,13
29:10,14 30:16
32:4,7,8 33:4,5
33:6,8,10,12,13
33:14,16,17,23
34:11,24 35:2
35:4,7,8,12
36:2,19 37:2
37:25 38:11,22
43:6 44:8,19
45:24 47:19
51:12,12 52:8
52:25 53:11,12

53:15 55:23
56:14,25 57:19
57:21,22 59:4
62:19 63:10
64:11,24 67:3
67:7,11
**knowing**  31:4
**knowingly**
26:16
**known**  44:1
53:1
**knows**  7:12
**kouri**  39:13
59:11,14,19
62:3,5 64:9,13
64:19 68:9,16

**l**

**lack**  31:1
**lady**  55:6 59:16
**laid**  4:13
**lancaster**  37:4
**landscape**
42:18 45:14
**language**  6:17
7:1 8:2 66:1,13
**large**  17:6
41:12
**largest**  3:24
**latitude**  11:22
**law**  6:12 9:8
30:16 40:25
41:5,14 51:14
53:15

**lawmakers**
50:1
**laws**  17:14
40:21 45:10,19
50:14
**lawyer**  10:23
52:25
**lawyers**  11:3
**layout**  67:12
**lays**  2:2
**leader**  14:8
**learned**  4:19
38:10
**learning**  20:6
**lease**  54:16
**ledanski**  69:3
**left**  15:1 39:16
59:22 68:23
**legal**  14:20
15:17 16:9
45:14,20 47:8
69:11
**legalese**  11:14
**legislates**  12:10
**legislation**  2:22
6:15 17:23
40:13 42:24
44:23 45:5
48:10,17 50:10
63:15
**legislative**
63:17
**legislators**
63:17

**legislature**  40:4
48:1,17
**letter**  58:15
**level**  52:17
**leverages**  16:8
**liable**  16:16
**license**  13:6
50:6
**lies**  28:21
**life**  5:9 19:1,2
20:3,6,12,17,24
37:14,19 38:2
38:8,17,20
**lifeline**  42:25
**lift**  13:9
**light**  12:11
**likely**  4:24 5:2
12:17
**limit**  53:22
**limitations**
40:10 50:2
**limiting**  43:9
**line**  3:7 9:13
17:15
**list**  11:17 45:13
**listed**  27:21,22
50:17
**listen**  11:2
25:12,14
**listening**  21:14
52:8
**literally**  2:15
4:18 61:6

litigation   62:19
little   3:21 19:17
  24:16 53:2
live   20:3,6,12
  31:19 37:13
  38:1
lived   20:4
living   37:16
loan   30:17
long   8:4 35:25
  42:11 45:21
  53:1
longer   5:1,4
  7:12 22:18
  23:6
longitude   11:22
look   16:21 27:9
  27:24 33:18
  34:6 43:23
  45:2 58:19,24
looked   23:19
looking   2:17
  39:12 59:18,20
  66:2
looks   59:18
loopholes   47:8
lost   38:19
lot   13:14 22:14
  27:18 30:18
  33:8 34:14
  37:18 47:19
  67:23 68:4
love   23:1

low   31:21
lower   40:16
lucrative   3:14

**m**

made   61:14
maintains   8:7
major   16:25
majority   41:21
make   2:22 9:17
  12:20 14:12
  15:20 17:1
  19:2 25:3,5
  28:8 30:17
  32:21 36:4
  37:9 44:19
  53:3 58:15
  61:9,18 63:11
  66:15 68:2
makes   4:7
  61:13
making   23:21
  29:5 63:5
man   19:15
  34:12
mandate   7:18
  7:21 40:5 46:5
mandated   11:9
mandates   43:5
  45:7
mann   39:9,10
  48:21,23,24
  50:21,23 51:2
  51:6,10,16

52:19,23 56:9
manufacturers
  40:6 62:13
march   1:15
market   4:8 5:5
  5:7 30:1 67:13
  67:22
marketed   4:11
marketing   3:22
marshall   39:14
  59:11,14,19
  62:1,3,5 64:9
  64:13,19 68:9
  68:16
material   8:15
materially   8:19
materials   59:13
matter   20:22
  23:21 29:25
  32:11 38:20,21
  46:4
maximally   15:5
mean   27:11,20
  27:21 28:8
  31:17 37:23
  58:22 66:4,21
meaningful   5:3
  43:2
means   9:17
  29:20 50:7
  54:17
measure   2:4
measures   50:12

mechanism
  5:16 48:8
media   2:8,10
  22:15 27:18
  30:1 40:18
meet   61:9,19
  66:9
members   2:6
  10:1 42:4
  44:16 59:9
  60:1 62:5,19
  68:13
men   49:25
mental   17:17
  30:25 33:3,9
mention   26:8
mentioned
  13:11 25:10
  55:14 56:24
  62:17
mentor   22:13
  22:14 38:8
merchants
  41:19
method   6:22
methodology
  49:10
mic   36:19
  39:18
microphone
  18:3 24:17
  48:22
millions   40:2

**[mind - note]**                                                    Page 16

| | | | |
|---|---|---|---|
| **mind**  15:15 | **modernization** | **monopoly** | **necessary** |
| 16:6 | 26:25 | 12:18 | 48:14 |
| **mindful**  35:4 | **modernize** | **mood**  33:15 | **need**  8:3 9:17 |
| **minds**  2:11 | 24:11 27:1 | **morning**  3:17 | 22:19 23:8 |
| **mineola**  69:14 | 30:10 | 4:11 39:23 | 24:1 32:20,23 |
| **minor**  3:23 | **modernizes** | 48:24 62:4 | 32:24 33:22 |
| 5:12 7:2,7,13 | 30:16 | **morris**  16:19 | **needed**  22:25 |
| 13:2 47:24 | **modernizing** | **mortar**  2:25 | 38:18 |
| 48:4 52:1 | 24:1,7 | 28:2 | **neighborhood** |
| **minor's**  7:5,7 | **modes**  22:10 | **mother**  2:14 | 63:9 |
| 7:10 51:19 | 25:23 | 19:1 22:21 | **neither**  41:3 |
| **minors**  2:8 3:3 | **modification** | **movement** | **netchoice**  40:16 |
| 6:19 11:5 | 8:15 | 20:25 21:2 | 44:18 56:1 |
| 12:24 15:20 | **molested**  18:21 | 37:19 | 58:23 59:4 |
| 30:18 42:21 | **mom**  19:7,8 | **multi**  15:18 | **netchoice's** |
| 44:24 57:15 | 20:9 34:13 | | 53:4,7 56:11 |
| 61:16 | 60:13 | **n** | **network**  7:15 |
| **mirror**  6:11 | **moment**  11:21 | **n**  69:1 | **neutral**  41:2,13 |
| **misguided** | 11:21 | **name**  10:16 | **neutrality** |
| 26:11 | **moms**  14:25 | 14:14 18:7,10 | 41:16 |
| **misrepresent** | 22:12 | 39:24 44:3,9 | **never**  33:17 |
| 26:16 | **monetization** | 48:24 56:14 | **new**  8:13,18,24 |
| **misrepresent...** | 8:18 | 60:1 | 60:15 61:9 |
| 26:12 | **monetize**  11:22 | **name's**  42:6 | 66:9 |
| **mission**  44:19 | **monetized** | **national**  18:15 | **ngl**  18:17 |
| 60:7 | 11:17 | 45:2 49:13 | **nicotine**  4:14 |
| **mississippi** | **monetizing** | **natural**  3:6 | **night**  37:1 |
| 45:12 | 9:22 | 9:12 | **non**  18:17 21:8 |
| **mistake**  15:20 | **money**  4:1,6 | **navigate**  3:3 | 38:13 60:4 |
| **mister**  52:4 | 38:3 67:4,20 | **ncose**  18:16,17 | **normal**  22:9 |
| **mobile**  28:16 | 67:23 | 21:1 | 25:22 |
| 28:17 42:19 | **monitoring** | **necessarily** | **north**  4:18 |
| **model**  27:5 | 8:10 | 16:17 | **note**  14:14 |
| | | | 67:16 |

noted 4:10
notes 49:19
  56:17,20
notice 7:24
notify 5:12 7:9
numerous
  50:13
ny 69:14

**o**

o 69:1
obligate 11:15
obligation 12:7
obtain 5:11 7:5
  8:24 40:18
obtained 9:5
obtaining 8:9
obviously 4:25
  30:15
offer 49:9
offerings 46:7
office 14:9
oh 20:13
ohio 19:7 45:11
okay 18:6
  24:19 29:11,12
  33:20 58:16,19
  64:20
old 11:13 18:22
  18:22 19:6
  26:7 34:23
  38:25 39:1
  47:20 51:15
  56:7 57:15,16

60:17 64:24
  65:4 69:12
olds 21:9 38:15
once 17:8 20:20
  22:22 60:24
ones 46:12
  65:25
ongoing 33:9
online 34:25
  41:15 44:24
  45:22,24 49:9
  50:11 60:9
  63:1,25
onus 16:11
open 10:2,5
  14:1 26:20
  39:7
openness 49:7
opinion 62:18
opportunities
  2:19
opportunity
  4:20 20:17
  43:22 50:19
oppose 40:3
  44:22 45:5
  64:3
opposed 67:3
opposition 49:1
  62:7
options 22:10
  25:23
oral 46:23
  47:17

order 7:7
organization
  10:18 58:8
outside 37:5
  60:11
overall 17:18
overcoming
  23:15
overreach
  43:14
own 8:6 15:1
  19:1 21:8 32:4

**p**

paid 38:19
pair 67:7
pairs 37:4
panel 23:12
  39:13 50:22
  59:10 64:6
parallel 24:5
pardon 54:2
parent 7:3,5,6
  7:10 8:9 9:4
  12:7 15:12
  17:7,9 25:13
  26:4 29:10
  31:4,11,24
  33:21 35:23
  47:23,25 57:15
  57:19,21
parent's 24:21
  29:14 45:21

parental 5:11
  5:15,20 6:25
  8:14 9:5 11:9
  40:19 41:17
  45:15,25 48:4
  48:12 50:12
parented 31:25
  35:13
parenting
  35:10
parents 2:23
  3:6,11 5:13,23
  9:12 12:6
  13:10 15:11
  16:1 17:5
  26:10,13,20
  29:6,17 31:3,8
  31:23 33:5,13
  35:9,22,23
  36:1 41:23
  43:1,17 47:2
  47:13,19 48:2
  48:7,9 67:15
  67:16 68:7
parker 4:13
part 9:16,21
  11:2 26:9,19
  28:11 32:22
  45:13 64:16
particular
  13:20
particularly
  46:2 57:17

parties  15:25
partisan  18:17
pass  48:17,18
passing  17:13
  17:21
past  3:20
path  38:4
patron  16:15
paxton  2:3,5
  6:4,6 10:4,25
  13:11 14:7
  18:8 21:1 22:2
  23:12,13 25:9
  25:25 26:3
  28:22 29:2,9
  30:8 31:12
  32:3,19 34:15
  35:6,15 36:8
  36:20 42:4
  44:16 52:4
  55:15 58:13
  60:3 61:22
  64:5,7,10,15,20
  65:22 67:10
  68:10,13
pay  4:4 33:25
  34:11 38:2
  67:16
paying  23:22
payment  4:6
pdi  36:25 37:7
  37:8
pedaling  46:11

pedophiles
  61:12
pending  68:23
people  19:10
  32:15,16 34:22
  37:14 58:25
  61:10 65:8,11
perfect  59:8
permission
  11:19
permutations
  53:16
perp  61:8
perpetuating
  15:9
person's  49:16
personal  8:1,3
  43:8 46:10
  50:7,8 52:2
  57:18
personally
  44:25 58:17
perspective
  24:10
pervasiveness
  2:10
petitioner's
  46:24
philip  16:19
phone  11:16
  13:3,7 14:9
  19:3 24:4
  60:25 64:8,12
  64:23 65:2,3

66:2 67:8
phones  19:21
  21:11 34:2
photo  49:18
physical  17:17
  49:17
physically
  34:24
pic  66:17,18
pick  10:11
picking  37:2
pictures  24:24
pixel  12:16
placed  50:14
places  64:1
placing  17:3
  63:1
platforms
  40:18 43:7
  45:24
play  12:14,17
  22:9 25:22
playing  60:10
please  37:6
  48:18 61:15
plus  22:6,12
  25:11,15,19
point  26:12
  28:15 29:19
  31:14 41:3
  47:7,17
police  19:8
policies  8:6
  15:24

policy  14:20
  17:14 39:25
  42:7,10
porn  46:25
  47:4,5,18
pornography
  16:16 53:25
  54:4
position  2:21
  51:12,13,16,25
  52:12,13,15
  53:5,7 56:1,11
  57:25 58:23
positioned
  14:19
positive  49:23
possibilities
  41:24
potential  5:8
  40:20
pouring  37:5
power  29:5,16
  31:8 41:22
powerful  15:4
  30:14,22
practices  5:18
  42:22 43:13
prayed  37:3
  38:6
precedent  16:3
  40:9
precisely  27:5
precursor  4:14

**predators**
11:24 20:2
22:14,21 31:22
60:21
**predatory**
42:22
**prerogatives**
45:21
**prescription**
16:9
**present** 68:20
**presents** 40:4
**president** 14:15
**pretty** 24:24
**prevent** 16:9
41:22
**prevents** 53:5
**previsions** 12:3
**price** 27:9
**principle** 15:18
16:25
**principles**
15:15
**prior** 41:23
**privacy** 8:6
12:25 13:10
15:24 40:8
50:9
**private** 5:17
**proactively**
47:14
**probably** 56:24
**problem** 15:9
61:23

**problems** 38:17
**proceedings**
69:5
**process** 11:6
33:9
**product** 16:12
16:18
**products** 3:2,18
4:11,14 5:6
15:4,8,25 16:8
16:17,20 28:7
**professor** 28:9
**profit** 21:8
38:14 49:3
60:4 68:1
**profitable** 5:5
**program** 36:25
**progress** 14:16
49:12 62:6,8
**prohibitions**
30:18
**prohibits** 5:14
13:11
**promoting**
12:25 43:16
**pronounce**
44:9
**pronouncing**
44:3
**proponents**
40:23
**proposal** 16:8
**proposals**
40:24

**protect** 2:24
9:15 13:10,15
14:24 21:11,20
21:21 25:2
27:1 32:24
46:3 47:10,15
48:8,13 61:1,7
61:24 62:25
63:23 65:16
66:24 68:3
**protecting** 2:16
9:21 17:21
24:2,11 44:24
49:8 53:6 60:9
62:20
**protection** 8:1
17:13 30:10
40:1 43:3,20
57:25
**protects** 43:8
53:14 65:8
**proud** 17:23
20:25 21:25
23:6
**provide** 42:24
50:6
**provided** 9:8
**providers** 47:5
48:6
**provides** 4:19
5:16 7:22 9:2
43:1,19 48:11
48:14

**providing** 5:23
50:3
**provision** 6:19
**public** 39:7
42:7,10 66:5
68:22
**publicly** 5:21
**published**
49:14
**purchase** 3:1
7:8
**purchases**
16:15 46:21
48:3
**purchasing**
16:20 27:9
**purposes** 8:5
**pushed** 19:16
27:15
**put** 10:18 13:21
22:17 25:3
64:23
**puts** 3:10 29:4
30:19
**putting** 17:22
28:8,20 29:16
36:1 64:17

| q |
|---|

**quality** 49:21
**question** 12:21
12:24 13:22
25:10 52:22
58:14

**[questionable - respond]** Page 20

**questionable**
40:14 46:11
57:14
**questions** 10:1
13:24 14:1
36:9 42:1
43:24 59:10
68:13
**quick** 58:14
**quickly** 13:25
**quite** 66:19
**quote** 22:8
**quoting** 25:21

**r**

**r** 69:1
**radar** 16:1
**raining** 37:5
**raise** 20:10
26:22,23 31:18
**raised** 63:14
**ran** 60:13
**rated** 25:11,15
25:19 61:5
66:9,15
**rates** 22:6
49:23
**rather** 47:2
**rating** 7:16,19
7:19,22,23,24
8:17 26:16,17
**read** 10:6,7,16
10:16 50:25
55:11 57:11

63:17
**reading** 61:3
**reads** 30:12
**ready** 10:13
12:8 66:2
**real** 43:2 61:10
**reality** 9:24
14:24 42:16
60:24
**really** 24:24
28:4 31:9
32:11,25 35:7
55:24
**reason** 17:14
26:17 30:9
**reasonable**
3:11 6:22
**reasons** 50:16
50:16 64:2
**receive** 8:22 9:3
**recent** 50:10
**recently** 45:10
49:14
**recognize** 3:13
4:22 31:15,17
53:19
**recognized** 6:4
**recognizes** 2:2
**reconnected**
21:5
**record** 17:12
37:24 53:8
69:5

**records** 8:10
**reduces** 17:4
**refuse** 47:14
48:15
**regarding** 4:14
6:16 7:16 8:1
8:11,21 9:2
**region** 49:21
**register** 13:4
**registered**
68:19
**regulate** 15:16
**regulating**
29:24
**reign** 14:12
**reinvent** 17:2
**relate** 6:18
**related** 45:16
**relatively** 12:11
**reliably** 50:3
**relies** 15:17
**relinquish** 52:1
**rely** 16:19
**remains** 40:13
**remarked**
63:16
**remedies** 9:6,8
**remember** 3:20
**remove** 6:19
**removes** 7:18
7:21 8:2
**rent** 4:4
**rephrases** 7:1

**report** 49:14,19
50:18
**reports** 51:20
**represent** 3:14
40:3 58:25
**representing**
46:25 48:25
49:3
**request** 6:20
**requesting** 6:19
**require** 16:14
46:20 52:1
62:13,15 65:6
**required** 8:14
65:1
**requirements**
3:12 41:18
45:15,16
**requires** 5:10
6:21,25 7:4,9
8:8 47:10
**requiring** 6:20
8:2 40:18 47:3
**rescued** 36:23
**research** 4:23
42:15
**resident** 63:6
**residents** 63:5
**respect** 51:17
**respectful** 62:6
**respectfully**
64:2
**respond** 56:10
58:7,18

**responsibilities**
 17:4
**responsibility**
 35:9 47:12,15
 48:6 57:18
 62:25 63:25
**responsible**
 63:7 65:15
**restate** 7:20
**restricted** 3:2
**restrictive**
 54:17
**retailers** 3:15
**revenue** 3:15
**reverse** 53:14
**reverting** 44:2
**review** 45:17
 56:9 58:7
 66:11,11
**reviewed** 50:15
**reviewing**
 58:17
**reviews** 66:5,10
 66:20
**revokes** 7:11
**rid** 68:5
**ride** 38:10
**right** 12:3 18:9
 21:12,20 23:20
 24:15 25:15
 28:7,9,10,10
 29:4 32:1,18
 34:17 35:14
 37:24 39:10,14

39:16 40:10
 44:7 45:3
 51:21 52:10
 54:14 56:20
 57:12 59:16,21
 59:22 63:22
 67:16
**rightly** 28:18
**rights** 41:7
 45:8
**risk** 43:12
**risks** 40:8
**road** 37:4
 69:12
**robust** 43:5
 45:25
**role** 2:20 9:14
**route** 62:22
**ruled** 45:6
**rules** 54:8
**run** 16:4 40:22
 41:18
**runs** 13:16

**s**

**sad** 14:24
**sadly** 35:12
**safe** 36:13
 43:18 44:20
 60:22
**safeguards**
 48:14
**safety** 17:13
 46:7 50:9

63:25
**sale** 16:7
**samsung** 12:16
**sat** 11:10
**saved** 36:25
**savvy** 47:20
**saw** 60:12
**saying** 13:19
 23:25 40:24
 41:23 63:18
 65:23 66:22
**says** 4:23 25:15
 27:16 28:15
 61:11 66:12
**sb** 1:14 14:21
 45:14 60:2
 62:7,12 63:24
**scalia** 41:20
**scapegoated**
 47:12
**scared** 66:19,22
**scenes** 20:2
**schizophrenia**
 33:12
**school** 20:18,19
 21:5 34:3 35:2
 37:21,22 53:16
**screen** 4:16
 65:25
**scrolling** 30:25
 31:1
**scrutiny** 41:3
**seat** 10:9 39:14

**second** 16:25
 41:11 52:7,7
 61:17
**section** 7:1 49:4
**security** 46:6
**see** 9:14 18:23
 19:24,25 24:5
 27:25 34:1,9
 38:7 44:15
 63:17 66:19
**seeing** 68:22
**seem** 58:5
**seen** 2:13
**sees** 17:11
 66:20
**sen** 2:1,5 6:2,6
 9:25 14:3
 17:25 23:10,13
 24:16 25:9,25
 26:3 28:22
 29:2,9 30:8
 31:12 32:3,19
 35:6,15 36:7
 36:20 39:4,21
 41:25 43:25
 44:8 46:15
 48:20 50:20,24
 51:3,8,11 52:3
 52:4,6,21,24
 53:11,18 54:1
 54:6,12,24
 55:3,6,9,19,25
 56:8,16,19,22
 57:2,5,9,24

**[sen - sound]**

58:6,12,21
59:3,9,15
61:25 64:4,7
64:10,15,20
65:22 67:10
68:10,12,17
**senate**  1:13 2:2
3:10 4:13 5:10
10:2,5 14:11
18:13 39:7
42:8 43:1
46:19 48:18
49:1 68:19,21
**senator**  2:3,21
3:19 4:13 6:2,4
6:7 10:1,3,25
13:11 14:7
18:8 21:1 22:1
23:12 27:3
28:18 34:15
36:8,8 44:15
52:7 55:15
58:13 60:3
61:22 64:5,13
68:9,13
**send**  67:5
**sends**  6:3
**sense**  30:20
48:11 61:23
65:9 67:1
**sent**  66:18
**separate**  61:16
**separately**  8:25

**september**  9:10
**service**  8:16
11:7 12:1,24
15:23 30:3
47:5
**services**  16:10
40:11
**serving**  45:1
**set**  64:16,23
**setting**  64:17
**seven**  34:23,23
**several**  22:10
25:23 33:3
**sex**  49:21
**sexual**  18:16
22:10 25:23
**sexually**  23:3
**share**  44:23
47:14 61:2,4
**shared**  8:17
24:6 62:25
**sharing**  23:14
**she'll**  59:16
**shield**  43:12
**shifts**  63:24
**shock**  67:25
**shoes**  67:7
**short**  17:20
**should've**  47:1
**shoulders**  63:2
**show**  24:24,25
54:15
**showing**  24:20
51:20

**side**  16:4 21:1
24:21 37:4
**sided**  11:12
**sign**  11:7
**signature**  69:8
**signed**  6:12
**signs**  34:11
36:3
**similar**  40:21
63:15
**simmons**  39:9
46:18,19
**simple**  30:20
**simplify**  6:24
9:1
**simply**  17:7
24:1
**single**  3:24
28:15 29:20
**sir**  30:9 39:21
44:7 57:1 62:3
64:8
**sit**  22:18
**sites**  47:4
**situation**  35:19
**sivadge**  39:8
59:12,20
**six**  49:15
**sixth**  20:19
**size**  46:5
**small**  17:6
**smartphone**
60:15

**smartphones**
32:9
**social**  2:10
22:15 27:18
30:1 31:1
40:18
**society**  34:8
47:16
**sociopaths**
32:17,23 65:11
65:13
**socks**  37:5
**software**  7:17
8:11 49:15
**solution**  48:11
61:23
**solutions**  47:9
69:11
**solve**  12:20
**somebody**
18:25 21:22
**son**  57:16,16
**sonya**  69:3
**soon**  66:19
**sophisticated**
15:19
**sorry**  24:20
35:16 55:1
56:18
**sort**  5:2 23:25
24:6
**sound**  26:5,6
51:4 57:12

| | | | |
|---|---|---|---|
| source 3:14 | stakes 17:16 | store 6:11,16 | study 2:8 |
| space 30:2 | stamping 11:21 | 6:18 7:4,9,18 | stuff 34:4 37:3 |
| sparks 39:14 | stand 20:25 | 7:19,22,23 8:5 | 38:19 |
| 59:12,19,23,25 | 23:7 25:1 | 12:13,14,16,18 | submit 41:8 |
| 60:2 65:21,24 | standard 15:17 | 14:18 15:21 | substance 4:15 |
| speak 10:24 | 16:9 | 16:11,13,14,16 | substantial |
| 14:19 55:24 | standards | 17:8 18:13 | 5:13 40:8 |
| 56:4 | 49:13 | 22:8 25:21 | substitute 5:25 |
| speaking 18:11 | start 10:13 | 27:12 34:9 | 6:3,5,9,14 7:18 |
| specifically | 15:13 24:9 | 40:6,23 42:9 | 8:12 |
| 6:14 26:13,21 | 38:21 39:15 | 46:20 51:1,19 | suddenly 67:8 |
| 28:24 | 59:22 | 55:12 64:1 | sue 12:2 |
| speech 13:20 | started 23:3 | 66:20,25 | suffering 15:7 |
| 40:25 41:6,7 | starting 21:8 | stored 8:16 | 30:23 |
| 41:12,15 46:23 | 32:5 38:13 | stores 2:25 5:10 | sufficiently |
| 53:2,20 54:6 | starts 34:4,5 | 5:14,21 6:17 | 41:11 |
| 68:4 | state 1:13 2:20 | 6:21 7:2 8:2,3 | suite 15:25 |
| spelling 44:5 | 35:21 41:21 | 8:23 17:4,15 | 69:13 |
| spend 4:1 | 46:24 50:10 | 17:19 24:22 | sum 17:19 |
| spendable | 54:16 | 27:15,17 28:16 | summer 3:20 |
| 67:14 | state's 31:11 | 28:19 43:6 | 3:20 |
| spending 4:3 | 48:12 | 63:4 66:6 | super 58:17 |
| spent 10:22 | stated 34:15 | story 23:15 | supermarkets |
| spicy 22:9,9 | states 40:22 | strength 42:12 | 16:21 |
| 25:22,22 | 45:11 47:8 | stretches 40:15 | supplier 16:18 |
| sponsor 49:6 | stay 5:2 38:6,6 | strong 15:8 | support 9:16 |
| sponsoring | 60:11,23 | 17:12 | 11:1 14:2 |
| 10:25 | step 9:21 16:4 | strongly 14:2 | 17:23 18:12 |
| stage 37:23 | 17:22 35:23 | 49:20 | 42:8 48:9 49:8 |
| stages 22:16 | 47:3 | structured | supporters |
| stakeholder | stick 33:20 | 12:12 15:16 | 62:20 |
| 6:10 | stop 12:5 14:24 | students 2:18 | supporting |
| stakeholder's | 21:12 27:19 | studied 42:14 | 48:1 |
| 17:1 | | | |

**[supports - things]**  Page 24

| | | | |
|---|---|---|---|
| **supports** 48:12 | **teach** 57:19 | **terrific** 30:13 | 17:23,25 18:7 |
| **supreme** 16:3 | **teacher** 2:17 | **test** 54:18,20 | 23:8,10,13,14 |
| 40:9,14 45:5 | **tech** 9:20 11:3 | **testify** 14:17 | 23:23 25:25 |
| 46:22 | 11:18,19 12:22 | 36:5 42:7 | 26:18,24 28:22 |
| **sure** 9:17 14:12 | 13:1,8 14:12 | 43:23 44:15 | 30:8 31:12 |
| 17:1 25:3,5 | 15:1,6 47:20 | 50:19 68:19,21 | 35:5,6,7 36:5,6 |
| 28:8 37:9 53:4 | 48:5 62:8 | **testifying** 60:2 | 36:7 37:9 39:4 |
| 58:15,16,24 | 65:14 67:3 | **testimony** 3:16 | 39:5,6,23 42:3 |
| 65:21 67:24 | **technological** | 3:21 10:2,5,15 | 43:22,25 44:5 |
| **surely** 66:5 | 50:2 | 14:4 18:1 | 46:13,18 48:18 |
| **surveilled** 30:7 | **technologies** | 23:11 28:23 | 48:20,23 49:6 |
| **survive** 45:16 | 51:23 | 30:14,21,22 | 52:25 59:25 |
| **survivor** 18:12 | **technology** 3:8 | 32:25 39:5,7 | 60:3 61:20 |
| **sweep** 37:1,8,8 | 3:12 9:18 | 39:22 42:2 | 62:3 64:7 |
| **swipe** 61:19 | 10:20 32:14,20 | 44:1,11 46:16 | 65:16,17 67:9 |
| **syllable** 28:10 | 42:15,17 49:4 | 48:21 50:21,22 | 68:7,8,9,10,12 |
| **system** 8:24 | 49:14 51:18 | 54:25 55:4,14 | 68:14,16 |
| **t** | 62:10 67:2 | 55:17 56:10 | **thankful** 36:10 |
| **t** 69:1,1 | **teen** 66:9,16 | 57:3 58:7 | **thanks** 20:23 |
| **table** 39:18 | **teenagers** 31:2 | 59:11,24 62:1 | 23:11 42:1 |
| **take** 33:21 38:3 | 31:5 | 64:5 65:16 | 46:15 50:20 |
| 39:10 58:23 | **teens** 61:12 | **testimony's** | 52:8 59:10 |
| 66:23 | **telecom** 39:25 | 68:22 | 61:25 64:4 |
| **taken** 52:9 | **tell** 19:5 22:13 | **texan** 21:25 | 66:17 |
| **takes** 29:20 | 52:11 60:13 | **texas** 1:13 2:20 | **thayer** 10:7,8 |
| **talked** 3:21 | 67:5 | 18:11,19 30:17 | 14:6,15 27:3 |
| 36:11,15 53:2 | **telling** 60:23 | 38:16 42:6,10 | 29:1,7,18 32:2 |
| 55:9 | **ten** 18:22,25 | 45:13 46:24 | **theories** 15:14 |
| **talking** 58:22 | **term** 8:4 11:6 | 47:1 48:1 60:5 | **thing** 20:9 |
| **target** 11:23 | 32:13 | 60:6 | 29:10 33:7 |
| 31:20 | **terms** 8:15 | **texas's** 17:12 | 36:11,18,22 |
| **taxpayers** 40:1 | 11:25 12:23 | **thank** 2:6,6 6:6 | 38:15 |
| 40:2 57:25 | 15:23 30:3 | 6:7 9:25 10:3 | **things** 2:12 |
| | | 10:23 14:3,6,7 | 19:23,25 21:15 |

**[things - understand]**                                         Page 25

21:16 23:24
28:5 31:25
32:8,21 34:14
35:8,19 67:6
**think**  12:21
14:22 16:24
19:12 20:14
24:2 26:19
27:22 29:10
31:13 32:21
35:20,25 36:3
44:9 53:3,7
56:4 57:6,10
58:3 59:1
60:14,22 61:4
62:22 66:25
67:6,7,24
**thinking**  32:7
32:20
**third**  15:24
**thoughts**  26:25
30:9 49:10
**thumb**  13:21
**ticket**  62:18
**tied**  13:25
**tiktok**  27:21,24
**time**  9:11,20,24
11:11 17:24
18:22 19:5
23:20 31:18
38:7 53:1
65:13,14 67:9
68:23

**times**  32:22
33:3
**tired**  37:14
**titles**  6:15
**today**  12:22
15:11 16:8
20:14 28:6
30:23 31:23
34:8 36:6,16
38:1,2 42:8
43:23 44:23
46:12 48:24
49:10 50:19
51:14,16 52:11
66:3
**today's**  42:18
**together**  10:18
**told**  19:8,16
**tom**  39:9 48:23
48:24 50:23
51:2,6,10,16
52:19,23
**took**  37:9 63:18
**tool**  3:10
**tools**  2:23
49:11,16 50:3
**top**  3:25
**touch**  12:11
**touting**  5:22
**track**  17:12
**trade**  5:17
44:18 49:3
**traditionally**
16:6

**trafficked**
20:14 25:7
**traffickers**
19:10 20:1
**trafficking**
18:12 20:11
30:24 33:7
**tragedy**  23:17
**transaction**
29:24
**transcript**  69:4
**transparency**
5:24 43:20
68:6
**trauma**  33:8
**treats**  63:3
**tremendously**
67:21
**tried**  60:14
65:25
**trillion**  15:18
**triple**  22:9
25:22 26:6
**troubles**  38:17
**true**  64:22 69:4
**truly**  18:7
33:19
**trust**  47:2
**trying**  14:12
62:23
**turned**  18:22
19:6 27:7
**turning**  9:22

**twelve**  37:12
**twice**  56:24
**two**  12:19
15:15 19:19
28:5,7,19
34:20,20 37:7
38:19
**type**  7:23 66:17
**typically**  27:14

**u**

**unacceptable**
48:5
**unchanged**
17:9
**unchecked**
42:22
**uncomfortable**
10:11
**unconstitutio...**
41:13,16 45:9
45:19
**under**  9:7 16:1
53:19,21 54:7
**underlying**
15:13
**underneath**
35:3
**underscore**
63:13
**understand**
11:13 12:4
33:6 54:18,20

**understood**
46:3
**unethical** 43:13
**unfavorable**
50:18
**unfortunately**
44:22 60:20
**uniform** 35:3,3
**uninvolved**
48:2
**united** 63:18,19
**unrealistic**
60:25
**unsafe** 61:14
**unseen** 2:13
**unusual** 58:23
**upbringing**
45:22
**urge** 40:3 64:3
**use** 6:22 13:6
17:1 22:14,21
42:17
**used** 8:8 11:8
19:13 23:1
32:13 44:5
50:6 51:18
**user** 4:24 5:1,4
8:20 22:7
25:20 28:6
62:15
**user's** 5:11 40:7
40:10
**users** 5:12,12
22:9 25:22

46:6 62:14
**using** 13:12
37:14 38:21
43:7 54:16
**usually** 16:1
**utah** 6:13 45:11
62:17,18

**v**

**v** 40:16 41:19
**value** 50:9,9
**van** 60:12,15
60:24
**vanessa** 39:8
59:12,20
**vapes** 21:16
**vaping** 3:17
**various** 40:11
**varying** 49:23
**verification** 8:4
8:9,21 17:5
40:13,19,21,23
41:5,8 43:5
45:7,10,15,19
46:20 47:4
49:10,16 50:11
51:18
**verified** 51:21
51:22,24
**verifies** 6:18
17:7
**verify** 3:1 5:11
6:22 9:4 13:4
40:6 51:19

62:13
**verifying** 63:7
**veritext** 69:11
**version** 8:13
**vice** 2:5 6:6
23:13 25:9,25
26:3 28:22
29:2,9 30:8
31:12 32:3,19
35:6,15 36:20
42:4 52:4 64:7
64:10,15,20
65:22 67:10
68:10
**video** 4:17
56:23
**violate** 40:9
**violated** 40:20
**violation** 9:6
26:15
**violations** 9:2
**voluntarily**
48:15
**vowed** 37:15
**vulnerable**
9:15 42:19
47:16 57:17

**w**

**waived** 12:3
**wake** 20:13,14
**walk** 16:13
20:25 34:13
37:22

**walking** 34:10
34:12
**want** 4:8 10:23
18:7 19:9 20:9
20:15 21:3,24
25:1,12,13
26:8,23 35:22
37:13,13 49:6
51:12,12 52:9
53:8 58:15,19
58:24 61:2,20
63:13 67:6,22
**wanted** 22:3
26:12 37:21,21
37:22 38:12
**washington**
14:16 18:18
**watch** 33:25
36:3 56:23
60:5,6
**watching** 32:4
**way** 2:15 12:11
13:6 16:2
19:18 26:14,23
27:1 30:11
35:25 37:16
45:3 51:24,25
52:1 61:15
62:18 67:1
68:2
**ways** 23:25
24:1 68:1
**we've** 3:15
42:14 53:1,1

**[wearing - youth]**                                                    Page 27

| | | x |
|---|---|---|

**wearing**  66:16
**web**  25:7
**week**  6:13
**weeks**  19:14,19
  37:7
**welcome**  14:4
  18:1,4 26:2
  42:1 44:10
  46:16 59:23
  62:1
**welfare**  42:11
  43:16
**wellbeing**  2:18
  42:25
**went**  36:14
**what'd**  57:9
**wheel**  17:3
**white**  60:11,15
**win**  5:7 17:11
  17:11
**window**  26:10
  26:20
**windows**  60:12
**wings**  38:14
**wish**  21:21
  37:24
**wishing**  68:20
**withstands**
  41:3
**witness**  2:9,9
  52:16 58:9
**witnesses**  36:9
  68:14,18

**woman**  19:18
  21:6 34:12
**women**  22:14
  22:21 49:24
  60:6,7
**wonder**  24:8
  28:1 65:19
**wonders**  11:3
**words**  16:18
**work**  2:22
  14:11 49:12
**working**  62:9
**world**  3:4 28:1
  30:19 31:6,18
  32:10 43:4
  60:19
**worlds**  31:3
**worried**  10:20
**worry**  50:8
**worse**  15:6
**worth**  12:6
**worthless**
  23:20
**wreaked**  27:25
**wreck**  38:18
**writing**  52:12
  52:18,22 56:10
  58:8
**written**  50:17
  59:13 62:12
**wrong**  44:10
**wrote**  41:20

**x**

**x**  22:9 25:22
  26:6

**y**

**yeah**  32:2
**year**  11:13 21:9
  26:7 38:15,25
  39:1 47:20
  51:15 57:15,16
  65:4
**years**  10:22
  11:2,4,11 14:1
  18:22,22 19:6
  19:11,12 20:5
  20:24 23:2
  34:23 45:1
  56:7 60:17
**yesterday**  66:2
**young**  2:11
  21:9 38:7
  47:15 66:15
**younger**  4:23
  4:25
**youngest**  34:22
**youth**  2:10 4:20
  46:7

# EXHIBIT E-2

## BILL ANALYSIS

Senate Research Center

S.B. 2420
By: Paxton
State Affairs
7/8/2025
Enrolled

## AUTHOR'S / SPONSOR'S STATEMENT OF INTENT

Growing concerns regarding the rise of social media and its pervasiveness in the lives of children and teens leave parents in the position of grasping for the best ways to protect their children. Unlike brick and mortar stores which must verify a consumer's age before the purchase of age restricted products such as alcohol and cigarettes, minors are currently able to navigate through the digital world without such parameters.

The App Store Accountability Act remedies this by requiring app stores to gain consent from parents to consent to the use of mobile applications by their minor children and, additionally, to provide information from the app developers regarding the app's rating and the reasoning for the rating. App stores have touted that they already employ age verification, so this simply provides additional framework, transparency, and enforcement to protect the children of Texas.

(Original Author's/Sponsor's Statement of Intent)

S.B. 2420 amends current law relating to the regulation of platforms for the sale and distribution of software applications for mobile devices.

## RULEMAKING AUTHORITY

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

## SECTION BY SECTION ANALYSIS

SECTION 1. Amends Subtitle C, Title 5, Business & Commerce Code, by adding Chapter 121, as follows:

CHAPTER 121. SOFTWARE APPLICATIONS

SUBCHAPTER A. GENERAL PROVISIONS

Sec. 121.001. SHORT TITLE. Authorizes this chapter to be cited as the App Store Accountability Act.

Sec. 121.002. DEFINITIONS. Defines "age category," "app store," "minor," "mobile device," and "personal data."

SUBCHAPTER B. DUTIES OF APP STORES

Sec. 121.021. DUTY TO VERIFY AGE OF USER; AGE CATEGORIES. (a) Requires the owner of an app store, when an individual in this state creates an account with the app store, to use a commercially reasonable method of verification to verify the individual's age category under Subsection (b).

(b) Requires the owner of an app store to use certain age categories for assigning a designation.

Sec. 121.022. PARENTAL CONSENT REQUIRED. (a) Requires the owner of the app store, if the owner determines under Section 121.021 that an individual is a minor who belongs to an age category that is not "adult," to require that the minor's account be affiliated with a parent account belonging to the minor's parent or guardian.

(b) Requires the owner of an app store, for an account to be affiliated with a minor's account as a parent account, to use a commercially reasonable method to verify that the account belongs to an individual who the owner of the app store has verified belongs to the age category of "adult" under Section 121.021 and has legal authority to make a decision on behalf of the minor with whose account the individual is seeking affiliation.

(c) Authorizes a parent account to be affiliated with multiple minors' accounts.

(d) Requires the owner of an app store, except as provided by this section, to obtain consent from the minor's parent or guardian through the parent account affiliated with the minor's account before allowing the minor to download a software application, purchase a software application, or make a purchase in or using a software application.

(e) Requires the owner of an app store to obtain consent for each individual download or purchase sought by the minor and notify the developer of each applicable software application if a minor's parent or guardian revokes consent through a parent account.

(f) Authorizes the owner of an app store, to obtain consent from a minor's parent or guardian under Subsection (d), to use any reasonable means to disclose to the parent or guardian certain information, give the parent or guardian a clear choice to give or withhold consent for the download or purchase, and ensure that the consent is given by the parent or guardian and through the account affiliated with a minor's account under Subsection (a).

(g) Requires the owner of an app store, if a software developer provides the owner of the app store with notice of a change under Section 121.053, to notify any individual who has given consent under this section for a minor's use or purchase relating to a previous version of the changed software application and obtain consent from the individual for the minor's continued use or purchase of the software application.

(h) Provides that the owner of an app store is not required to obtain consent from a minor's parent or guardian for the download or purchase of software applications meeting certain criteria.

Sec. 121.023. DISPLAY OF AGE RATING FOR SOFTWARE APPLICATION. (a) Requires the owner of an app store that operates in this state, if the owner has a mechanism for displaying an age rating or other content notice, to make available to users an explanation of the mechanism and display for each software application available for download and purchase on the app store the age rating and other content notice.

(b) Requires the owner of an app store that operates in this state, if the owner does not have a mechanism for displaying an age rating or other content notice, to display for each software application available for download and purchase on the app store the rating under Section 121.052 assigned to the software application and the specific content or other elements that led to the rating assigned under Section 121.052.

(c) Requires that the information displayed under this section be clear, accurate, and conspicuous.

Sec. 121.024. INFORMATION FOR SOFTWARE APPLICATION DEVELOPERS. Requires the owner of an app store that operates in this state, using a commercially available method, to allow the developer of a software application to access current information related to the age category assigned to each user under Section 121.021(b) and whether consent has been obtained for each minor user under Section 121.022.

Sec. 121.025. PROTECTION OF PERSONAL DATA. Requires the owner of an app store that operates in this state to protect the personal data of users by:

> (1) limiting the collection and processing of personal data to the minimum amount necessary for verifying the age of an individual, obtaining consent under Section 121.022, and maintaining compliance records; and

> (2) transmitting personal data using industry-standard encryption protocols that ensure data integrity and confidentiality.

Sec. 121.026. VIOLATION. (a) Provides that the owner of an app store that operates in this state violates this subchapter if the owner enforces a contract or a provision of a terms of service agreement against a minor that the minor entered into or agreed to without consent under Section 121.022, knowingly misrepresents information disclosed under Section 121.022(f)(1) (relating to certain disclosures to a parent or guardian), obtains a blanket consent to authorize multiple downloads or purchases, or shares or discloses personal data obtained for purposes of Section 121.021, except as required by Section 121.024 or other law.

> (b) Provides that the owner of an app store is not liable for a violation of Section 121.021 or 121.022 if the owner of the app store uses widely adopted industry standards to verify the age of each user as required by Section 121.021 and obtain parental consent as required by Section 121.022 and applies those standards consistently and in good faith.

Sec. 121.027. CONSTRUCTION OF SUBCHAPTER. Provides that nothing in this subchapter is authorized to be construed to:

> (1) prevent the owner of an app store that operates in this state from taking reasonable measures to block, detect, or prevent the distribution of obscene material, as that term is defined by Section 43.21 (Definitions), Penal Code, or other material that may be harmful to minors;

> (2) require the owner of an app store that operates in this state to disclose a user's personal data to the developer of a software application except as provided by this subchapter;

> (3) allow the owner of an app store that operates in this state to use a measure required by this chapter in a manner that is arbitrary, capricious, anticompetitive, or unlawful;

> (4) block or filter spam;

> (5) prevent criminal activity; or

> (6) protect the security of an app store or software application.

SUBCHAPTER C. DUTIES OF SOFTWARE APPLICATION DEVELOPERS

Sec. 121.051. APPLICABILITY OF SUBCHAPTER. Provides that this subchapter applies only to the developer of a software application that the developer makes available to users in this state through an app store.

Sec. 121.052. DESIGNATION OF AGE RATING. (a) Requires the developer of a software application to assign to each software application and to each purchase that can be made through the software application an age rating based on the age categories described by Section 121.021(b).

(b) Requires the developer of a software application to provide to each app store through which the developer makes the software application available:

(1) each rating assigned under Subsection (a); and

(2) the specific content or other elements that led to each rating provided under Subdivision (1).

Sec. 121.053. CHANGES TO SOFTWARE APPLICATIONS. (a) Requires the developer of a software application to provide notice to each app store through which the developer makes the software application available before making any significant change to the terms of service or privacy policy of the software application.

(b) Provides that, for purpose of this section, a change is significant if it:

(1) changes the type or category of personal data collected, stored, or shared by the developer;

(2) affects or changes the rating assigned to the software application under Section 121.052 or the content or elements that led to that rating;

(3) adds new monetization features to the software application, including new opportunities to make a purchase in or using the software application or new advertisements in the software application; or

(4) materially changes the functionality or user experience of the software application.

Sec. 121.054. AGE VERIFICATION. (a) Requires the developer of a software application to create and implement a system to use information received under Section 121.024 to verify for each user of the software application, the age category assigned to that user under Section 121.021(b) and, for each minor user of the software application, whether consent has been obtained under Section 121.022.

(b) Requires the developer of a software application to use information received from the owner of an app store under Section 121.024 to perform the verification required by this section.

Sec. 121.055. USE OF PERSONAL DATA. (a) Provides that the developer of a software application is authorized to use personal data provided to the developer under Section 121.024 only to enforce restrictions and protections on the software application related to age, ensure compliance with applicable laws and regulations, and implement safety-related features and default settings.

(b) Requires the developer of a software application to delete personal data provided by the owner of an app store under Section 121.024 on completion of the verification required by Section 121.054.

(c) Provides that, notwithstanding Subsection (a), nothing in this chapter relieves a social media platform from doing age verification as required by law.

Sec. 121.056. VIOLATION. (a) Provides that the developer of a software application, except as provided by this section, violates this subchapter if the developer enforces a contract or a provision of a terms of service agreement against a minor that the minor entered into or agreed to without consent under Section 121.054, knowingly

misrepresents an age rating or reason for that rating under Section 121.052, or shares or discloses the personal data of a user that was acquired under this subchapter.

(b) Provides that the developer of a software application is not liable for a violation of Section 121.052 if the software developer uses widely adopted industry standards to determine the rating and specific content required by this section and applies those standards consistently and in good faith.

(c) Provides that the developer of a software application is not liable for a violation of Section 121.054 if the software developer relied in good faith on age category and consent information received from the owner of an app store and otherwise complied with the requirements of this section.

### SUBCHAPTER D. ENFORCEMENT

Sec. 121.101. DECEPTIVE TRADE PRACTICE. Provides that a violation of this chapter is a deceptive trade practice in addition to the practices described by Subchapter E (Deceptive Trade Practices and Consumer Protection), Chapter 17 (Deceptive Trade Practices), and is actionable under that subchapter.

Sec. 121.103. CUMULATIVE REMEDIES. Provides that the remedies provided by this chapter are not exclusive and are in addition to any other action or remedy provided by law.

SECTION 2. Severability clause.

SECTION 3. Effective date: January 1, 2026.