UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660 |

## ORDER

The Court, having considered Plaintiff Computer & Communications Industry Association's ("CCIA") Motion for Preliminary Injunction ("Motion"), the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Ken Paxton, in his official capacity as Attorney General of Texas, including his officers, officials, agents, employees, and any other persons or entities acting on his behalf, is preliminarily **ENJOINED** from taking any action to implement, enact, or enforce Texas S.B. 2420, codified at Tex. Bus. & Com. Code §§ 121.021, *et seq*.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____

1