UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660-RP |

**STIPULATION FOR EXTENSION OF TIME FOR REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Computer & Communications Industry Association ("CCIA") and Defendant Ken Paxton, in his official capacity as Attorney General of Texas ("Defendant") (collectively, the "parties") hereby stipulate and respectfully ask the Court to extend the time for CCIA to file a reply in support of its Motion for Preliminary Injunction. In support of this stipulation, the parties state as follows:

1. On October 16, 2025, CCIA filed a Complaint and Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Unopposed Motion"). In the Unopposed Motion, CCIA requested leave to file a Motion for Preliminary Injunction in excess of the page limit in the Court's Local Rules.

2. On October 23, 2025, this Court granted the Unopposed Motion and filed CCIA's Motion for Preliminary Injunction.

3. Defendant's deadline to respond to CCIA's Motion for Preliminary Injunction is currently November 6, 2025. CCIA's deadline to file a reply is currently November 13, 2025.

3.     In related Case No. 1:25-cv-1662-RP, *Students Engaged in Advancing Texas v. Paxton*, Defendant's deadline to respond to Plaintiffs' Motion for Preliminary Injunction is November 3, 2025.

4.     To promote efficiency and judicial economy, the parties seek to align the preliminary injunction briefing schedules in both cases. Accordingly, Plaintiffs in *SEAT v. Paxton* have asked this Court to extend Defendant's deadline to respond to Plaintiffs' Preliminary Injunction to November 6, 2025 to align with the deadline in this case. SEAT has also sought a reciprocal extension of its reply deadline to November 20, 2025, which Defendant has not opposed.

5.     In this case, CCIA also seeks—and Defendant has agreed to—a brief extension of CCIA's deadline to file a reply in support of its Motion for Preliminary Injunction to align the deadlines in both cases. The parties therefore ask that this Court extend CCIA's reply deadline from November 13, 2025 to November 20, 2025.

For the foregoing reasons, the parties respectfully request that this Court grant the requested extension and extend CCIA's reply deadline from November 13, 2025 to November 20, 2025.

[Signatures on next page]

|  |  |
|---|---|
| Brian Willen*<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 6th Ave #40<br>New York, New York 10019<br>Telephone: (650) 849-3340<br>bwillen@wsgr.com<br><br>Lauren Gallo White*<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza, Spear Tower #3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2158<br>lwhite@wsgr.com<br><br>Deno Himonas*<br>WILSON SONSINI GOODRICH & ROSATI<br>95 S State St Suite 1000,<br>Salt Lake City, UT 84111<br>Telephone: (801) 401-8520<br>dhimonas@wsgr.com<br><br>*Admitted pro hac vice | Respectfully submitted,<br><br>/s/ Michael J. Lambert<br>Laura Lee Prather<br>Texas Bar No. 16234200<br>laura.prather@haynesboone.com<br>Catherine L. Robb<br>Texas Bar No. 24007924<br>catherine.robb@haynesboone.com<br>Michael J. Lambert<br>Texas Bar No. 24128020<br>michael.lambert@haynesboone.com<br>Reid Pillifant<br>Texas Bar No. 24126157<br>reid.pillifant@haynesboone.com<br><br>HAYNES AND BOONE, LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 867-8400<br>Facsimile: (512) 867-8470<br><br>*Attorneys for Plaintiff Computer & Communications Industry Association*<br><br><br>/s/ Zachary W. Berg<br>Zachary W. Berg<br>Texas Bar No. 24107706<br>Office of the Texas Attorney General<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>Telephone: (512) 936-1808<br>zachary.berg@oag.texas.gov<br><br>*Attorney for Defendant* |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 31, 2025, the parties conferred by email on the issues raised in this stipulation. Counsel for Defendant stated that Defendant agreed with the requested relief.

/s/ Michael J. Lambert
Michael J. Lambert

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 5, 2025, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

/s/ Michael J. Lambert
Michael J. Lambert