UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660-RP |

### ORDER

The Court, having considered Plaintiff Computer & Communications Industry Association's ("CCIA") and Defendant Ken Paxton's Stipulation for Extension of Time for Reply in Support of Motion for Preliminary Injunction, finds that the request for extension should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for CCIA to file its reply in support of its Motion for Preliminary Injunction is extended from November 13, 2025 to November 20, 2025.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____
ROBERT PITMAN
UNITED STATE DISTRICT JUDGE