UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Computer & Communications Industry Association | § § § § § | NO: AU:25-CV-01660-RP |
| vs. | | |
| Ken Paxton | | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on November 20, 2025 at 09:30 AM . The parties are directed to use the below dial-in information:

    **Please call in 5 minutes prior to start of hearing.**

    1. Toll free number: 1-855-244-8681

    2. Meeting number: 2317 325 7654

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case before they speak.

**SIGNED** on 18th day of November, 2025.

                                                                  ROBERT PITMAN
                                                                  UNITED STATES DISTRICT JUDGE