UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:25-cv-1660-RP |
| KEN PAXTON, in his official capacity as Attorney General of Texas, | § § § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
AMICUS BRIEF OF ACT | THE APP ASSOCIATION
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

TO THE HONORABLE ROBERT PITMAN:

Amicus Curiae ACT | The App Association ("ACT") moves for leave to file an amicus curiae brief in support of Plaintiff Computer & Communications Industry Association's Motion for Preliminary Injunction (Dkt. 15) and would respectfully show:

1. ACT is a non-profit advocacy and education organization founded in 1988 that represents mobile software application developers, particularly small app developers, innovators, and entrepreneurs who create and/or use apps in their businesses.

2. The Plaintiff's Motion for Preliminary Injunction thoroughly explains – from the perspective of the tech giants that operate app stores such as Apple and Google – why the law at issue in this case, S.B. 2420,[1] imposes substantial burdens on app stores and will likely fail constitutional scrutiny and should be enjoined.

3. However, if S.B. 2420 goes into effect, it also will impose significant and

---

[1] S.B. 2420, 89th Leg., R.S. (Tex. 2025), Tex. Bus. & Com. Code § 121.001 *et seq.*

potentially insurmountable compliance burdens on ACT's members, who include small businesses with limited resources. S.B. 2420, if implemented, will also impose on ACT's members difficult and possibly unresolvable conflicts with an existing federal law, the Child Online Privacy Protection Act ("COPPA").[2] ACT's proposed amicus brief explains – from the perspective of its members – the burdens this new law creates would impose on the thousands of small businesses who make their apps available for download or purchase in the app stores.

4.     Counsel for ACT has conferred with counsel for Plaintiff and Defendant, who indicate that the parties do not oppose this motion for leave to file ACT's amicus brief.

WHEREFORE, PREMISES CONSIDERED, Amicus Curiae ACT | The App Association moves for leave to file its Amicus Curiea Brief in Support of Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

*/s/ Peter D. Kennedy*
Peter D. Kennedy
Texas Bar No. 11296650
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764 (Phone)
(512) 536-9908 (Fax)
pkennedy@gdhm.com

---

[2] 15 U.S.C. §§ 6501, et. seq.

Graham Dufault (Virginia 83840)
Brian Scarpelli (Virginia 77299)
Chapin Gregor (New York 5355011)
ACT | The App Association
1401 K St., NW, Suite 501
Washington, DC 20005
(503) 781-9037
(517) 507-1446
(917) 621-5465
gdufault@actonline.org
bscarpelli@actonline.org
cgregor@actonline.org

**ATTORNEYS FOR AMICUS CURIAE
ACT | THE APP ASSOCIATION**

## Certificate of Conference

I certify that counsel for Amicus Curiea ACT conferred with counsel for Plaintiff and counsel for Defendant regarding this motion, and both indicated that they do not oppose the filing of ACT's amicus brief.

*/s/ Peter D. Kennedy*
Peter D. Kennedy

## Certificate of Service

I certify that the foregoing was served on all counsel of record via eService on November 26, 2025.

*/s/ Peter D. Kennedy*
Peter D. Kennedy