AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSN., )<br>*Plaintiff* )<br>v. )<br>KEN PAXTON, in his official capacity as AG of Texas, )<br>*Defendant* ) | Case No. 1:25-cv-1660 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The National Center on Sexual Exploitation and the Digital Childhood Institute    .

Date:    12/02/2025

/s/ Annie McAdams
*Attorney's signature*

Annie McAdams, Bar No. 24051014
*Printed name and bar number*

Annie McAdams PC
2900 North Loop West, Ste. 1130
Houston, Texas 77092

*Address*

annie@mcadamspc.com
*E-mail address*

(713) 785-6262
*Telephone number*

(866) 713-6141
*FAX number*