IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**KEN PAXTON**, *in his official capacity as the Texas Attorney General*,<br><br>Defendant. | Civil Action No. 1:25-cv-1660-RP |

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, STUDENT PRESS LAW CENTER, ADVANCE PUBLICATIONS, INC., THE ASSOCIATED PRESS, AND THE NEW YORK TIMES COMPANY FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule CV-7, proposed *amicus curiae*, The Reporters Committee for Freedom of the Press, Student Press Law Center, Advance Publications, Inc., The Associated Press, and The New York Times Company respectfully request leave to file the accompanying *amicus curiae* brief (Ex. 1) in support of Plaintiff's Motion to preliminarily enjoin the Texas App Store Accountability Act, Tex. Bus. & Com. Code § 121.001 *et seq.* (the "Act").

Proposed *amici* are a collection of news companies and professional organizations that support and advocate on behalf of journalists and free expression. They have a core interest in ensuring that willing readers, listeners, and viewers—including young people—are able to access news content and engage in public discourse. The attached *amicus* brief, which discusses the impact of the Act on the First Amendment rights of news organizations to communicate with the public on matters of public concern, will aid the Court in deciding the important constitutional

issues raised by the case. The attached brief is no longer than 12 pages exclusive of those portions that do not count towards the page limit.

Proposed *amici* have reached out to the parties in this case about the relief requested herein. Plaintiff and Defendant consent to the filing of the *amicus* brief, including to the 12-page page limit. Accordingly, *amici* respectfully request leave to file the attached *amicus* brief.

Respectfully submitted,

/s/ Tesia Stanley
Tesia Stanley Tx. Bar No. 24144698
BALLARD SPAHR LLP
201 S. Main Street, Suite 800
Salt Lake City, UT 84111-2221
Telephone: 801-531-3000
Facsimile: 801-531-3001
Email: stanleyt@ballardspahr.com

Paul Safier (*of counsel*)
BALLARD SPAHR LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103-7599
Telephone: 215-665-8500
Facsimile: 215-864-8999
Email: safierp@ballardspahr.com

*Attorneys for Reporters Committee for Freedom of the Press, Student Press Law Center, Advance Publications, Inc., The Associated Press, and The New York Times Company*

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, *amici curiae* make the following disclosures as non-governmental corporate parties:

**The Reporters Committee for Freedom of the Press** is an unincorporated association of reporters and editors with no parent corporation and no stock.

**Student Press Law Center** is a 501(c)(3) not-for-profit corporation that has no parent and issues no stock.

**Advance Publications, Inc.** is not a publicly held corporation and no publicly held corporations owns 10% or more of its stock.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**The New York Times Company** has no parent company and there is no publicly held corporation that owns 10% or more of its stock.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with the conference requirement set forth in Local Rule CV-7(g).  Counsel for Movants conferred with counsel for Plaintiff and Defendant and they consent to the filing of this brief.

Executed this 3rd day of December 2025.

> /s/ Tesia N. Stanley
> Tesia N. Stanley

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of same on all counsel of record.

> /s/ Tesia N. Stanley
> Tesia N. Stanley