# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:25-cv-01660-RP<br><br>**CCIA'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Computer & Communications Industry Association ("CCIA") respectfully submits this Notice of Supplemental Authority in support of its Motion for Preliminary Injunction, Dkt. No. 15.

Attached hereto as **Exhibit A** is a decision of the United States District Court, Middle District of Louisiana in *NetChoice v. Murrill, et al.*, Civil Action No. 25-231-JWD-RLB.

Dated: December 16, 2025                                          /s/ Catherine L. Robb

Brian Willen*  
WILSON SONSINI GOODRICH & ROSATI  
1301 6th Ave #40  
New York, New York 10019  
Telephone: (650) 849-3340  
bwillen@wsgr.com  

Lauren Gallo White*  
WILSON SONSINI GOODRICH & ROSATI  
One Market Plaza, Spear Tower #3300  
San Francisco, California 94105  
Telephone: (415) 947-2158  
lwhite@wsgr.com  

Deno Himonas*  
WILSON SONSINI GOODRICH & ROSATI  
95 S State St, Suite 1000  
Salt Lake City, Utah 84111  
Telephone: (801) 401-8520  
dhimonas@wsgr.com  

*Attorneys for Plaintiff*

*pro hac vice

Laura Lee Prather  
Texas Bar No. 16234200  
laura.prather@haynesboone.com  
Catherine L. Robb  
Texas Bar No. 24007924  
catherine.robb@haynesboone.com  
Michael J. Lambert  
Texas Bar No. 24128020  
michael.lambert@haynesboone.com  
Reid Pillifant  
Texas Bar No. 24126157  
reid.pillifant@haynesboone.com  

HAYNES AND BOONE, LLP  
98 San Jacinto Blvd., Suite 1500  
Austin, Texas 78701  
Telephone: (512) 867-8400  
Facsimile: (512) 867-8470