IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,<br><br>*Defendant*. | CASE NO. 1:25-CV-01660-RP |

### NOTICE OF APPEARANCE BY KEN PAXTON

Ken Paxton, in his official capacity as Attorney General of Texas ("Defendant Paxton"), files this Notice of Appearance hereby notifies the Court that Jacob Dustin will appear as counsel in the above-captioned case along with counsel listed below. Jacob Dustin is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block.

1

| | |
|---|---|
| Date: February 3, 2026 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **ZACHARY W. BERG**<br>Special Counsel<br>Texas Bar No. 24107706 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **STEVEN B. LOOMIS**<br>Special Counsel<br>Texas Bar No. 00793177 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | */s/Jacob Dustin*<br>**JACOB DUSTIN** |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | Assistant Attorney General<br>Texas Bar No. 24149843 |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998 | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Zachary.Berg@oag.texas.gov<br>Steven.Loomis@oag.texas.gov<br>Jacob.Dustin@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT PAXTON** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 3, 2026 and that all counsel of record were served by CM/ECF.

*/s/Jacob Dustin*
**JACOB DUSTIN**