

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

May 1, 2026

**Via ECF**
Hon. Robert Pitman
United States District Court of the Western District of Texas
501 West 5th Street, Suite 5300
Austin, TX 78701

    **Re:**    No. 1:25-cv-01660, *Comput. & Commc'ns Indus. Ass'n v. Paxton*

Dear Judge Pitman:

On January 23, 2026, Attorney General Paxton filed an Opposed Motion to Stay Preliminary Injunction Pending Appeal. Dkt. 69. The Motion addressed the State's likelihood of success on appeal, the irreparable harm to the State of Texas absent a stay, and the balancing of equities and public interest. Plaintiff filed a response opposing such relief on February 6, 2026. Dkt. 73.

Defendant Paxton respectfully requests that the Court consider and rule upon his Opposed Motion to Stay on or before Friday, May 8, 2026. If the Court is unable to consider Defendant's Motion by such time, or if it denies the relief requested, then Defendant Paxton intends to seek identical relief in the Fifth Circuit.

    Sincerely,

    */s/Zachary W. Berg*
    Zachary W. Berg
    *Counsel for Attorney General Paxton*

Page 2

cc:     **Via ECF**
        Brian Willen
        WILSON SONSINI GOODRICH & ROSATI
        1301 6th Ave #40
        New York, New York 10019
        bwillen@wsgr.com

        Lauren Gallo White
        WILSON SONSINI GOODRICH & ROSATI
        One Market Plaza, Spear Tower #3300
        San Francisco, California 94105
        lwhite@wsgr.com

        Deno Himonas
        WILSON SONSINI GOODRICH & ROSATI
        95 S State St, Suite 1000
        Salt Lake City, Utah 84111
        dhimonas@wsgr.com

        Laura Lee Prather
        Catherine L. Robb
        Michael J. Lambert
        Reid Pillifant
        HAYNES AND BOONE, LLP
        98 San Jacinto Blvd., Suite 1500
        Austin, Texas 78701
        laura.prather@haynesboone.com
        catherine.robb@haynesboone.com
        michael.lambert@haynesboone.com
        reid.pillifant@haynesboone.com

        *Counsel for Plaintiff*