# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-51073 Consolidated with No. 26-50001
               Students v. Paxton
              USDC No. 1:25-CV-1662
              USDC No. 1:25-CV-1660

Enclosed is an order entered in these cases.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Mary Frances Yeager, Deputy Clerk
        504-310-7686

Mr. Zachary Berg
Mr. Harvey Grannis Brown Jr.
Mr. Joseph Carl Cecere Jr.
Mr. Philip Devlin
Mr. William C. Duncan
Ms. Abigail Everdell
Mr. David Morris Gossett
Mr. Liam Ross Harrell
Ms. Ambika Kumar
Mr. Michael Lambert
Mr. Jonathan F. Mitchell
Mr. Edward Peter Percarpio
Mr. William Reid Pillifant
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Adam Sieff
Mr. Jeffrey A. Stephens
Mr. Joel Thayer
Mr. Brian M. Willen
Ms. Haley B. Zoffer